<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><br>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td>Chapter    11</td></tr>
</table>

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | A Cab, Series L.L.C. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | FKA  A Cab, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-0470590 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>1500 Searles Avenue<br>Las Vegas, NV 89101<br>Number, Street, City, State & ZIP Code<br><br>Clark<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.acablv.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>■ Other. Specify:    Series LLC |

Debtor    A Cab, Series L.L.C.                              Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     __4121__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|--------------|------|--------------|-------------|--------------|
| District | _____ | When | _____ | Case number | _____ |

Debtor    A Cab, Series L.L.C. _____    Case number (*if known*) _____
             Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____ When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

| Statistical and administrative information |

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor    A Cab, Series L.L.C.                                    Case number (*if known*) _____
          Name

☐  $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐  $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐  $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | A Cab, Series L.L.C. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 12, 2022___
MM / DD / YYYY

**X** /s/ Creighton J. Nady                    Creighton J. Nady
Signature of authorized representative of debtor    Printed name

Title ___Manager___

**18. Signature of attorney**

**X** /s/ Matthew C. Zirzow                    Date December 12, 2022
Signature of attorney for debtor                    MM / DD / YYYY

Matthew C. Zirzow 7222
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone ___702-382-1170___    Email address ___mzirzow@lzlawnv.com___

7222 NV
Bar number and State

## WRITTEN CONSENT OF THE MANAGER AND MEMBER OF
## A CAB, SERIES L.L.C., A NEVADA SERIES LIMITED LIABILITY COMPANY

The undersigned, being the manager and member, respectively, of A CAB, SERIES L.L.C., f/k/a A CAB, LLC, a Nevada series limited liability company (the "Company"), hereby approve and adopt the following resolutions effective as the date set forth below:

RESOLVED that in the judgment of the manager and the member of the Company, and in consultation with and upon the advice of the Company's legal advisors, it is desirable and in the best interests of the Company and its creditors, and other interested parties, that a voluntary petition for relief be filed under chapter 11, Subchapter V, of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that CREIGHTON J. NADY (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules and related documents under chapter 11 of the Bankruptcy Code, Subchapter V, and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case as general reorganization counsel, and the Responsible Person is further authorized to engage such other professionals or persons as are necessary and appropriate to complete the Company's chapter 11 bankruptcy reorganization, and with all of the foregoing being subject to any requisite bankruptcy court approval.

RESOLVED that the Responsible Person, and such other persons as she shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all motion, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which she deems necessary, proper or desirable in connection with the chapter 11 case.

RESOLVED that the Responsible Person, and such other persons as she shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11

1

reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, being the manager and member of the Company, by execution hereof, hereby approve this Written Consent as of the date first above written.

Dated: December 12, 2022.

A CAB, SERIES L.L.C,
a Nevada series limited liability company:

  By:  */s/ Creighton J. Nady*
  Its:  Manager

  -and-

  By: LAURIE NADY FAMILY TRUST
  Its: Member

    By:  */s/ Creighton J. Nady, as Trustee*

    By:  */s/ Laurie B. Nady, as Trustee*

2

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | A Cab, Series L.L.C. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Michael Murray, et al. Attn: Leon Greenberg, Esq. 2965 S. Jones Blvd., Suite E3 Las Vegas, NV 89146 | | Judgment for class members as detailed in column F of Schedule F, Exhibit 1 attached in pending litigation of Murray et al. v. A Cab Taxi Service LLC, | Contingent Unliquidated Disputed Subject to Setoff | | | $685,886.60 |
| Leon Greenberg, P.C. Attn: Leon Greenberg, Esq. 2965 S. Jones Blvd., Suite E3 Las Vegas, NV 89146 | | Attorneys Fees and Costs in pending litigation known as Murray et al. v. A Cab Taxi Service LLC et al. / Case No.: A-12-669926-C, subject to appeal; w | Disputed Subject to Setoff | | | $541,271.00 |
| Internal Revenue Service Attn: Bankruptcy Dept/Managing Agent P.O. Box 7346 Philadelphia, PA 19101 | | 2022 Taxes - Estimated | Contingent Unliquidated | | | $330,000.00 |
| Internal Revenue Service Attn: Bankr. Dept/Managing Agent P.O. Box 7346 Philadelphia, PA 19101 | | Taxes (TY 2016) | Disputed | | | $282,244.77 |

Debtor    A Cab, Series L.L.C.                              Case number *(if known)*
                 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Douglas & Natalie McPhail & Susan Thomas c/o The Hulse Law Firm 5700 Tennyson Pkwy, Suite 300 Plano, TX 75024 | | Pending litigation, Case No. A-22-858792-C; auto negligence | Contingent Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Hocine & Dalia Aouli Mokhtari c/o Nettles Morris Attn:  Brian Nettles, Esq. 1389 Galleria Drive Las Vegas, NV 89104 | | Pending litigation, Case No. A-22-848558-C; auto negligence | Contingent Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Nilson Abrahao c/o Richard Harris Law Firm Attn:  Richard A. Harris, Esq. 801 S. Fourth St. Las Vegas, NV 89101 | | Pending litigation, Case No. A-22-849391-C; auto negligence | Contingent Unliquidated Disputed Subject to Setoff | | | $0.00 |
| U.S. Small Business Admin. Attn: Saul Ramos, Dist. Director 300 S. 4th Street, Ste. 400 Las Vegas, NV 89101 | | All tangible and intangible personal property, including all inventory, equipment, instruments, chattel paper, letter of credit rights, accounts, depo | | $129,953.63 | Unknown | Unknown |
| Wendy Gagliano, et al. c/o Leon Greenberg, P.C. Attn:  Leon Greenberg, Esq. 2965 S. Jones Blvd., Suite E3 Las Vegas, NV 89146 | | Pending litigation, Case No. A-19-802346-C; various wage & hour claims | Contingent Unliquidated Disputed Subject to Setoff | | | $0.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

# United States Bankruptcy Court
### District of Nevada

In re    A Cab, Series L.L.C.                     Case No.                              
                                     Debtor(s)             Chapter      11

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the Series LLC named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     December 12, 2022                  /s/ Creighton J. Nady
                                             Creighton J. Nady/Manager
                                             Signer/Title

A Cab, Series L.L.C.
1500 Searles Avenue
Las Vegas, NV 89101

.

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Office of the Regional Chief Counsel
Region IX
160 Spear Street, Ste. 800
San Francisco, CA 94105-1545

Ategrity Specialty Insurance Company
Attn: Bankr. Dept/Managing Agent
14000 N. Pima Rd., Ste. 200
Scottsdale, AZ 85260

Douglas & Natalie McPhail
& Susan Thomas
c/o The Hulse Law Firm
5700 Tennyson Pkwy, Suite 300
Plano, TX 75024

Four Fours LLC
Attn: Creighton J. Nady, Manager
1500 Searles Ave.
Las Vegas, NV 89101-1123

Hocine & Dalia Aouli Mokhtari
c/o Nettles Morris
Attn:  Brian Nettles, Esq.
1389 Galleria Drive
Las Vegas, NV 89104

Internal Revenue Service
Attn: Bankr. Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Leon Greenberg, P.C.
Attn: Leon Greenberg, Esq.
2965 S. Jones Blvd., Suite E3
Las Vegas, NV 89146

Michael Murray, et al.
Attn: Leon Greenberg, Esq.
2965 S. Jones Blvd., Suite E3
Las Vegas, NV 89146

Nilson Abrahao
c/o Richard Harris Law Firm
Attn:  Richard A. Harris, Esq.
801 S. Fourth St.
Las Vegas, NV 89101

Paratransit Insurance Co.
Attn: Bankr. Dep't/Managing Agent
1669 Kirby Parkway, Suite 201
Memphis, TN 38120

Preferred Transportation Self Insured
Attn: Bankr. Dep't/Managing Agent
10624 S. Eastern Ave., Ste. A-790
Henderson, NV 89052

Safety National Casualty Corp.
Attn: Bankr. Dept/Managing Agent
1832 Schuetz Rd.
Saint Louis, MO 63146

U.S. Small Business Admin.
Attn: Saul Ramos, Dist. Director
300 S. 4th Street, Ste. 400
Las Vegas, NV 89101

Wendy Gagliano, et al.
c/o Leon Greenberg, P.C.
Attn:  Leon Greenberg, Esq.
2965 S. Jones Blvd., Suite E3
Las Vegas, NV 89146

Abdirashid Abdulle
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Abdul Alnaif
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Abraham Ali
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Ahmed Ahmed
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Alan Abuel
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Alemayehu Awalom
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Ali Bataineh
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Ali Saad,
as Special Master
c/o Peter Dubowsky Esq.
300 S. Fourth St., Ste #1020
Las Vegas, NV 89101

Andrew Briggs
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Angela Applegate
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Anthony Alessi
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Arthur Blum III
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Artur Barseghyan
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Ategrity Specialty Insurance Co.
Attn: Bankruptcy Dept/Managing Agent
14000 N. Pima Rd., Ste. 200
Scottsdale, AZ 85260

Awa Ba
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Benjamin Barnes
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Bert Archer
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Bobby Azmoudeh
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Burton Black
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Calvin Anderson
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Charles Ackman
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Charles Bass
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Christian Benel
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Christopher Bowen
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Clark County, Nevada
P.O. Box 551217
Las Vegas, NV 89155

Cory Reade Dows & Shafer
Attn:  Jay A. Shafer, Esq.
1333 N. Buffalo Dr., Suite 210
Las Vegas, NV 89128

Creighton J Nady
c/o Esther C. Rodriguez, Esq.
10161 Park Run Drive Ste #150
Las Vegas, NV 89145

Daniel Abt
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Danilo Barrameda
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Darvious Alexander
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Edward Barich
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

El Azzouay
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Enrique Abarca
c/o Leon Greenberg Esq.
2965 S. Jones Blvd., Ste E3
Las Vegas, NV 89146

Eugenio Batista
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Fasil Abuhay
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Francis Arena
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Freddy Boling
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

George C. Swarts,
as Special Master
c/o Stephen J. Parson Esq.
10091 Park Run Drive Ste #200
Las Vegas, NV 89145

Glenn Auberry Jr.
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Harry Reid Int'l Airport
P.O. Box 11005
Las Vegas, NV 89111-1005

Howard  Appel
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Howard  Arnwine
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Hutchison & Steffen,  PLLC
Attn:  James H. Randall, Esq.
10080 Alta Dr., Suite 200
Las Vegas, NV 89145

Ibnel  Agacevic
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Internal  Revenue  Service
Independent Office of Appeals
110 City Parkway, Suite 350
MS  8000
Las Vegas, NV 89106

Ion  Barbu
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Isam  Arar
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

James  Anastasio
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

James  Baca
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

James  Berger
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Janeid  Anif
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Jasminka  Dubric
c/o Mark Bourassa Esq.
2350 W. Charleston Ste #100
Las Vegas, NV 89102

Jason  Anderson
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Jeffery  Bell
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Joe  Alfaro
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Joe  Ferradino & Wash.  Refrigeration
Lewis Brisbois Bisgaard & Smith, LLP
Attn:   Josh C. Aicklen, Esq.
5555 Kietzke Lane, Suite 200
Reno, NV 89511

Johny  Bartunek
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Joseph  Atterbury
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Josue  Bellegarde
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Juan  Aurich
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Juhar  Abdella
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Kamol  Anantagul
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Kenneth  Barr
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Lance  Barstow
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Leroy  Bradley
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Lewis  &  Roca
Attn: Bankr. Dept/Managing Agent
3993 H. Hughes Pkwy, Ste. 600
Las Vegas, NV 89169

Lorrie  Acosta
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Marco  Bakhtiari
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Mary  Alves
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Matthew  Bambenek
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Michael Adams
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Michael Brauchle
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Michael Murray
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Michael Reno
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Michael Rosten,
as Special Master
c/o Stephan R. Hackett Esq.
410 S. Rampart Blve Ste #350
Las Vegas, NV 89145

Mike Berichon
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Mulubahan Aseffa
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Nebojsa Bozic
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Nevada Taxicab Authority
Attn: Bankr. Dept/Managing Agent
2090 E. Flamingo Rd., Ste. 200
Las Vegas, NV 89119

Nicholas Agostino
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Nicolay Vlasenko
c/o Law Offices of S. Denise McCurry
Attn: Sarah A. Smith, Esq.
7521 W. Lake Mead Blvd., Suite 349
Las Vegas, NV 89128

Nicole Adamson
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Nikolay Atanasov
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Otis Allen
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Paratransit Insurance Company
Attn: Bankruptcy Dept/Managing Age
C/o Lammel Associates, LLC
1669 Kirby Parkway, Suite 201
Memphis, TN 38120

Pedram Bandi
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Preferred Transp. Self Insured Grp.
Attn: Bankruptcy Dept/Managing Agent
10624 S. Eastern Ave.
Suite A-790
Henderson, NV 89052

Resolution Economics LLC,
as Special Master
1925 Century Park East, 15th Floor
Los Angeles, CA 90067

Richard Bialorucki
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Robert Adamian
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Rodriguez Law Offices, P.C.
Attn: Esther Rodriguez, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

Roger Arell
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Roger P. Croteau & Assocs, Ltd.
Attn: Roger P. Croteau, Esq.
2810 W. Charleston, Suite 75
Las Vegas, NV 89102

Ronald Bey
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Roosevelt Anderson
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Rox Management LLC
Attn: Bankruptcy Dept/Manag. Agent
10624 S. Eastern Ave, Suite A-790
Henderson, NV 89052

Ruben Banuelos
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Safety National Casualty Corp.
Attn: Bankruptcy Dept/Managing Agent
1832 Schuetz Rd.
Saint Louis, MO 63146

Samuale Ameha
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Santiago Alvarado
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Serigo  Baca-Perez
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Tamrat  Abeb
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Tassawar  Asad
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Tesfalem  Abraha
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Tewodros  Alemayehu
c/o  Leon Greenberg Esq.
2965 S. Jones Blvd., Ste E3
Las Vegas, NV 89146

Tewoldebrhan  Adhanom
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Timothy  Baker
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Timothy  Bardo
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Tracey  Brimhall
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

U.S. Small Business Admin.
SBA Disater Loan Service Ctr.
1545 Hawkins Blvd., Ste. 202
El Paso, TX 79925-2652

U.S. Small Business Admin.
Attn: Bankr. Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

U.S. Small Business Admin.
Attn: Bankr. Dep't/Managing Agent
312 N. Spring St., Fifth Floor
Los Angeles, CA 90012

Valerie  Bliss
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Vincent  Altamura
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Virginia  Borja
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

WAFD  Insurance  Group, Inc.
Attn: Bankr. Dep't/Managing Agent
1880 Warm Springs Rd., Ste. 140
Las Vegas, NV 89119

Wells  Fargo  Bank, N.A.
Attn:  Kelly H. Dove, Esq.
3883 Howard Hughes Pkwy., #1100
Las Vegas, NV 89169

William  Anderson
c/o  Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

William  Bauer
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Wossen  Asefa
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Yusnier  Allegue
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Zenebech  Assena
c/o Leon Greenberg Esq.
2965 S. Jones Ste E3
Las Vegas, NV 89146

Laurie  Nady  Family  Trust
Laurie & Jay Nady, Trustees
3418 Pama Lane
Las Vegas, NV 89120