LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

Attorney for Creditor
Leon Greenberg Professional Corporation
Attorney for *Murray* Case Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

-------------------------------------------------------X

**In re:**

                                        **Case No. BK-22-14361-nmc**

**A CAB, SERIES L.L.C.**
     **fka A CAB, LLC,**                      **Chapter 11**

               **Debtor.**             Hearing Date: February 14, 2023
                                      Hearing Time: 9:30 am

-------------------------------------------------------X

## MOTION FOR ORDER GRANTING
## LEON GREENBERG, ESQ PERMISSION TO FILE A
## SINGLE ITEMIZED PROOF OF CLAIM FOR 661 CREDITORS

       Michael Murray and 660 additional creditors, (the "*Murray* Case creditors"), all of whom are identified in Ex. "1" (itemized list of creditors and claim amounts) to Ex. "A" (proposed single proof of claim form to be filed with the Clerk of the Court), all of whom are represented by and through their counsel, Leon Greenberg Professional Corporation, hereby move this Court for entry of an order substantially in the form of

Exhibit "B" hereto, authorizing them to file a single proof of claim form via one electronic transaction with an annexed itemized list of their 661 individual claims.

This Motion is made and based on the following Memorandum of Law, the Exhibits annexed hereto, the papers, pleadings, and records on file herein, judicial notice of which is respectfully requested, and any argument of counsel considered by the Court at the time of the hearing on the Motion.

DATED this 3rd day of February, 2023.

**Leon Greenberg Professional Corporation**

**By:  /s/ _Leon Greenberg_**
**Leon Greenberg (NSB 8094)**
**1811 South Rainbow Boulevard, Suite 210**
**Las Vegas, Nevada 89146**
**Telephone: 702-383-6085**
**Facsimile: 702-385-1827**
**Email: leongreenberg@overtimelaw.com**

**_Counsel to Murray Case Creditors_**

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**JURISDICTION AND VENUE**

This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and Local Rule 1001(b)(l).  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

Pursuant to Local Rule 9014.2 the *Murray* Case creditors consent to the entry of final orders and judgments by the bankruptcy judge as to matters at issue in this Application.

## II.

**PRELIMINARY STATEMENT AND
NATURE OF RELIEF REQUESTED**

Moving counsel represents 661 judgment creditors of the Debtor who were determined by the state court to be owed unpaid minimum wages. Ex. "C" Order entered November 17, 2022, in *Murray v. A Cab Taxi Service LLC,* Eighth Judicial District Court, with at Ex. "A" thereto a list of the names of those 661 judgment creditors and judgment amounts in Column "F." Moving counsel is seeking to protect his clients' interests by having their claims against the Debtor appropriately set forth in a proof of claim. He intended to do so on January 20, 2023 and reviewed the Court's electronic systems (both at its website and via the ECF system) to proceed with such a filing. Ex. "D," Dec. of Leon Greenberg, ¶ 2. Upon doing so he ascertained that the Court's systems for filing proofs of claim requires an individual docket entry/filing for each creditor's claim and that would involve 661 manually entered individual electronic docket entries/filings in this case. *Id.* Moving counsel contacted the Court Clerk's office on that day and was advised by personnel in that office, including supervisory personnel, that a single proof of claim document, with an itemized list of the 661 creditor claims, would not be processed and entered by the Clerk. *Id.* He was further advised that the Clerk's office could not deviate from that "per creditor manual docket entry" proof of claim filing

process without an Order from the Court, it further being the understanding of the Clerk's office that such a process was desired by case trustees. *Id.*

In response to the foregoing, moving counsel spoke with the case trustee, Nathan Smith, who advised he had no objection to having a single proof of claim document filed with an itemized list of the 661 creditor claims. *Id.* ¶ 3. Moving counsel communicated more than once with Debtor's counsel on agreeing to the filing of a single proof of claim, with an itemized list of the 661 creditor claims, and drafted a stipulation to effectuate the same. *Id.* On January 27, 2023, Debtor's counsel indicated there would be no such stipulation. *Id.* Accordingly, it is now requested the Court enter an appropriate Order to allow such a single proof of claim filing (with itemized individual amounts) for these 661 creditors (proposed Order at Ex. "B").

**III.**

**WHY THE RELIEF SOUGHT SHOULD BE GRANTED**

**A. The Court is empowered to allow the expeditious filing of creditor claims as is being requested.**

The 661 creditors represented by moving counsel were determined by the state court to be owed unpaid minimum wages and pre-judgment interest in amounts varying between $11.75 and $9,657 and were awarded corresponding judgments. Ex. "D" Greenberg Dec., ¶ 4. Most of those judgments were for small amounts (though now larger when over four years of post-judgment interest is calculated), 323 being awards for amounts under $500; 165 being awards for less than $200; and 94 being awards for less than $100. *Id.* Each of those 661 creditors present identical circumstances for the

purposes of the Debtor's Petition (except for the amount of their judgment against the Debtor).  They received such judgment awards on the same date; arising out of the same litigation; they are represented by the same counsel; none are priority claims;[1] none of the claims have been transferred; and all of the claims are subject to the identical conditions attached to their award by the state court.

The filing of a timely proof of claim on behalf of each of these 661 creditors is essential to protecting their rights as judgment creditors to collect their unpaid minimum wages.   There is no requirement under statute or Local Rule 3001 or FRBP Rule 3001 or any other applicable rule that these 661 creditors must have their proof of claims manually entered, one at a time, through separate electronic docket entries, as the Clerk of the Court's standing procedures direct.  Such a process would consume over 33 hours of time (if each manual entry took but three minutes to complete) and involve many small judgment amounts and would be likely to contain data entry errors.  The Court has the inherent power to set the processes followed by the Clerk of the Court and grant the relief sought and relieve these 661 creditors of that undue burden.

**B.      The Debtor will not be unfairly prejudiced
by the granting of the requested relief.**

The Debtor is aware of these 661 judgment creditors' claims and has noted the collective amount of their judgments ($685,886.60) as constituting one of its 20 largest creditors.  It has also had these 661 persons entered on its creditors' matrix.  It has no

---

[1]  All of the unpaid minimum wages owed to these 661persons date from 2015 or earlier and cannot qualify for any priority as wage claims under bankruptcy law.

right to burden counsel for these creditors by compelling the filing of 661 individual proofs of claim via 661 time consuming and substantively pointless manual electronic filings.   The relief requested will merely accomplish for these 661 persons the requisite *filing* of a proof of claim in the amount of their individual state court judgment.  It will afford no other rights to any of these 661 persons.   No unfair prejudice will inure to the Debtor from granting the requested relief.[2]

## C.    No issue of class action certification or granting leave to file a class proof of claim is presented.

The claims of these 661 creditors do not involve any class action issues such as the need to certify a class action or grant leave to file a "class" proof of claim.    While the state court proceeding was certified as a class action in respect to these creditors' claims, that class action has been concluded by the entry of a final judgment setting forth 661 separate judgment awards in a specific amount for each of these 661 creditors.  There are no "class" issues to adjudicate, no "class" damages claims for these 661 creditors pending in the state court, and no "class claims" to certify.   These 661 creditors each possess a separate final judgment award in a specified amount, as set forth in, and arising from, the state court's final judgment and orders.   Under these

---

[2]   Debtor's counsel has implied it may assert moving counsel lacks authority to represent these 661 persons and file any proof of claim for them.   Such an assertion would be without merit, as the state court in its Order of August 21, 2018, at p. 33-34, (Ex. "E") appointed moving counsel as the attorney for all of these 661 judgment creditors and stated such counsel was "authorized to proceed with whatever remedies it deems advisable to enforce the money judgments rendered…"   This issue is also irrelevant to the relief sought as the Debtor may later raise this argument if it wishes and seek to disallow the timely filed proofs of claim on that basis.

circumstances there is no need to make any finding justifying a "class treatment" of claims akin to that made when a class action is certified under FRCP Rule 23 (commonality of issues, superior means of resolution, numerosity, etc.)   This Court must treat all of these creditor's claims, fully adjudicated by the state court, in the same fashion as a matter of law for bankruptcy purposes once they are presented in a proof of claim.

**IV.**

**CONCLUSION**

For all the foregoing reasons, the Court should grant the relief requested along with such other relief it deems appropriate.

Respectfully submitted,

**Leon Greenberg Professional Corporation**

**By:** **/s/ *Leon Greenberg***
**Leon Greenberg (NSB 8094)**
**1811 South Rainbow Boulevard, Suite 210**
**Las Vegas, Nevada 89146**
**Telephone: 702-383-6085**
**Facsimile: 702-385-1827**
**Email: leongreenberg@overtimelaw.com**

***Counsel to Murray Case Creditors***

### ###

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed using the Court's CM/ECF system on this 3rd day of February 2023, which will send electronic notification of this filing to all counsel of record.

*/s/Ruthann Devereaux-Gonzalez*
Ruthann Devereaux-Gonzalez

INDEX TO EXHIBITS

A. Proof of Claim with Itemized list of Creditors                43 pages

B. Proposed Order granting Motion                                 5 pages

C. Order Modifying Judgment in Case No.:                         18 pages
   A-12-669926-C

D. Declaration of Leon Greenberg, Esq.                           4 pages

E. Order Granting Summary Judgment in Case No.:                 35 pages
   A-12-669926-C

# EXHIBIT "A"

**Fill in this information to identify the case:**

Debtor 1       A CAB SERIES LLC

Debtor 2       FKA A CAB LLC
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Nevada

Case number    22-14361

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Michael Murray and attached list of 660 additional creditors - See Ex. "1" annexed
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.   From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Leon Greenberg, Attorney
Name

1811 S. Rainbow Blvd Suite 210
Number       Street

Las Vegs              NV        89146
City               State        ZIP Code

Contact phone  702-383-6085

Contact email  leongreenberg@overtimelaw.com

**Where should payments to the creditor be sent?** (if different)

Name

Number       Street

City          State          ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

— — — — — — — — — — — — — — — — — — — — — — — —

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.   Claim number on court claims registry (if known) _____    Filed on _____
                                                                                          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.   Who made the earlier filing?

Official Form 410                                    Proof of Claim                                    page 1

0002

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**     $ 870,441.77 . **Does this amount include interest or other charges?**

THE ABOVE  AMOUNT OF $870,441.77 IS THE TOTAL OF ALL    ☐ No
661 CREDITORS ON ATTACHED EX. 1 LIST - THAT LIST SETS    ☑ Yes. Attach statement itemizing interest, fees, expenses, or other
FORTH EACH CREDITOR'S INDIVIDUAL CLAIM AMOUNT           charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.  THESE 661 CREDITORS

HAVE BEEN AWARDED JUDGMENTS AGAINST THE DEBTOR BY THE NEVADA 8TH JUDICIAL DISTRICT

COURT ON AUGUST 21, 2018 FOR UNPAID MINIMUM WAGES, AS MODIFIED BY ORDER OF 11/17/22

**9. Is all or part of the claim secured?**

☐ No
☑ Yes.    The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle
☑ Other. Describe:    APPELLATE BOND FUNDS OF $303,694.54 HELD IN WELLS FARGO IOLTA OF LEON GREENBERG, ATTORNEY, ACCOUNT #8226330226

Basis for perfection:    ANNEXED ORDER OF JULY 17, 2020 IN MURRAY CASE - AT EX 2.

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                          $_____

Amount of the claim that is secured:        $_____

Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:        $_____

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**        $_____

**11. Is this claim subject to a right of setoff?**

☐ No          Total setoff of $7,052.87 apportioned pro rata among the 661 Murray Judgment creditors per Court Order subject to appeal (appeal stayed).  If not reversed setoff against each
☑ Yes. Identify the property:    of the 661 Murray judgment creditors is set forth on attached list at Ex. 3

0003

| | | | |
|---|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | | |
| | ☐ Yes. *Check one:* | | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐   I am the creditor.

☑   I am the creditor's attorney or authorized agent.

☐   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___February 2, 2023___
MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Leon Greenberg | | |
| | First name | Middle name | Last name |
| Title | Attorney for 661 Murray Judgment Creditors | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1811 S. Rainbow Blvd Suite 210 | | |
| | Number        Street | | |
| | Las Vegas, NV 89146 | | |
| | City | State | ZIP Code |
| Contact phone | 702-383-6085 | Email | leongreenberg@overtimelaw.com |

Official Form 410                              Proof of Claim                              page 3

0004

# EXHIBIT "1"

# EXHIBIT "1"

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Creditor Last Name | Creditor First Name | Amount of Judgment Award | Post Judgment Interest Pursuant to Nevada Law from August 21, 2018 through Petition Filing December 12, 2022 | Total Claim With Post-Judgment, Pre-Petition, interest |
| 2 | Abarca | Enrique | $935.27 | $251.66 | $1,186.93 |
| 3 | Abdella | Juhar | $204.96 | $55.15 | $260.10 |
| 4 | Abdulle | Abdirashid | $189.74 | $51.05 | $240.79 |
| 5 | Abebe | Tamrat | $3,454.44 | $929.50 | $4,383.94 |
| 6 | Abraha | Tesfalem | $472.53 | $127.15 | $599.68 |
| 7 | Abt | Daniel | $1,022.74 | $275.19 | $1,297.93 |
| 8 | Abuel | Alan | $30.97 | $8.33 | $39.30 |
| 9 | Abuhay | Fasil | $229.34 | $61.71 | $291.05 |
| 10 | Ackman | Charles | $441.99 | $118.93 | $560.92 |
| 11 | Acosta | Lorrie | $154.99 | $41.70 | $196.70 |
| 12 | Adamian | Robert | $911.74 | $245.33 | $1,157.07 |
| 13 | Adams | Michael | $221.98 | $59.73 | $281.71 |
| 14 | Adamson | Nicole | $1,161.54 | $312.54 | $1,474.09 |
| 15 | Adhanom | Tewoldebrhan | $142.46 | $38.33 | $180.80 |
| 16 | Agacevic | Ibnel | $344.21 | $92.62 | $436.82 |
| 17 | Agostino | Nicholas | $1,648.07 | $443.46 | $2,091.53 |
| 18 | Ahmed | Ahmed | $1,062.63 | $285.93 | $1,348.56 |
| 19 | Alemayehu | Tewodros | $48.30 | $13.00 | $61.29 |
| 20 | Alessi | Anthony | $15.63 | $4.21 | $19.84 |
| 21 | Alexander | Darvious | $72.43 | $19.49 | $91.92 |
| 22 | Alfaro | Joe | $345.03 | $92.84 | $437.87 |
| 23 | Ali | Abraham | $2,552.82 | $686.90 | $3,239.72 |
| 24 | Allegue | Yusnier | $1,623.31 | $436.79 | $2,060.10 |
| 25 | Allen | Otis | $7,296.71 | $1,963.36 | $9,260.07 |
| 26 | Alnaif | Abdul | $815.98 | $219.56 | $1,035.54 |
| 27 | Altamura | Vincent | $578.17 | $155.57 | $733.74 |
| 28 | Alvarado | Santiago | $107.95 | $29.05 | $136.99 |
| 29 | Alves | Mary | $1,134.33 | $305.22 | $1,439.55 |
| 30 | Ameha | Samuale | $280.91 | $75.59 | $356.49 |
| 31 | Anantagul | Kamol | $177.15 | $47.67 | $224.82 |
| 32 | Anastasio | James | $127.63 | $34.34 | $161.97 |
| 33 | Andersen | Jason | $1,374.03 | $369.72 | $1,743.74 |
| 34 | Anderson | Calvin | $1,552.95 | $417.86 | $1,970.80 |
| 35 | Anderson | Roosevelt | $2,426.36 | $652.87 | $3,079.23 |
| 36 | Anderson | William | $332.06 | $89.35 | $421.41 |
| 37 | Anif | Janeid | $1,613.88 | $434.25 | $2,048.13 |
| 38 | Appel | Howard | $26.93 | $7.25 | $34.17 |
| 39 | Applegate | Angela | $299.44 | $80.57 | $380.01 |
| 40 | Arar | Isam | $1,981.36 | $533.14 | $2,514.50 |
| 41 | Archer | Bert | $415.78 | $111.88 | $527.66 |

0006

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY*  JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 42 | Arell | Roger | $48.66 | $13.09 | $61.75 |
| 43 | Arena | Francis | $604.83 | $162.75 | $767.58 |
| 44 | Arnwine | Howard | $2,318.78 | $623.93 | $2,942.71 |
| 45 | Asad | Tassawar | $32.69 | $8.80 | $41.49 |
| 46 | Asefa | Wossen | $523.57 | $140.88 | $664.45 |
| 47 | Aseffa | Mulubahan | $2,285.84 | $615.06 | $2,900.90 |
| 48 | Assena | Zenebech | $48.02 | $12.92 | $60.95 |
| 49 | Atanasov | Nikolay | $176.90 | $47.60 | $224.50 |
| 50 | Atterbury | Joseph | $183.49 | $49.37 | $232.86 |
| 51 | Auberry Jr. | Glenn | $355.67 | $95.70 | $451.37 |
| 52 | Aurich | Juan | $1,708.78 | $459.79 | $2,168.57 |
| 53 | Awalom | Alemayehu | $7,215.20 | $1,941.43 | $9,156.63 |
| 54 | Azmoudeh | Bobby | $238.92 | $64.29 | $303.21 |
| 55 | Azzouay | El | $155.45 | $41.83 | $197.27 |
| 56 | Ba | Awa | $1,457.22 | $392.10 | $1,849.33 |
| 57 | Baca | James | $121.54 | $32.70 | $154.25 |
| 58 | Baca-Paez | Sergio | $2,438.08 | $656.03 | $3,094.11 |
| 59 | Baker | Timothy | $2,450.64 | $659.41 | $3,110.05 |
| 60 | Bakhtiari | Marco | $3,099.52 | $834.00 | $3,933.52 |
| 61 | Bambenek | Matthew | $387.31 | $104.22 | $491.53 |
| 62 | Bandi | Pedram | $12.86 | $3.46 | $16.32 |
| 63 | Banuelos | Ruben | $172.36 | $46.38 | $218.74 |
| 64 | Barbu | Ion | $2,877.34 | $774.22 | $3,651.56 |
| 65 | Bardo | Timothy | $856.71 | $230.52 | $1,087.22 |
| 66 | Barich | Edward | $217.21 | $58.45 | $275.66 |
| 67 | Barnes | Benjamin | $6,812.00 | $1,832.94 | $8,644.94 |
| 68 | Barr | Kenneth | $658.64 | $177.22 | $835.86 |
| 69 | Barrameda | Danilo | $65.20 | $17.54 | $82.75 |
| 70 | Barseghyan | Artur | $428.54 | $115.31 | $543.84 |
| 71 | Barstow | Lance | $150.81 | $40.58 | $191.40 |
| 72 | Bartunek | Johnny | $22.34 | $6.01 | $28.35 |
| 73 | Bataineh | Ali | $250.53 | $67.41 | $317.94 |
| 74 | Batista | Eugenio | $56.25 | $15.14 | $71.39 |
| 75 | Bauer | William | $249.47 | $67.13 | $316.59 |
| 76 | Bell | Jeffrey | $30.34 | $8.16 | $38.51 |
| 77 | Bellegarde | Josue | $13.21 | $3.55 | $16.76 |
| 78 | Benel | Christian | $1,672.01 | $449.90 | $2,121.91 |
| 79 | Berger | James | $66.65 | $17.93 | $84.58 |
| 80 | Berichon | Mike | $1,086.75 | $292.42 | $1,379.16 |
| 81 | Bey | Ronald | $3,125.58 | $841.02 | $3,966.60 |
| 82 | Bialorucki | Richard | $956.32 | $257.32 | $1,213.64 |
| 83 | Black | Burton | $200.43 | $53.93 | $254.37 |
| 84 | Bliss | Valerie | $142.38 | $38.31 | $180.70 |
| 85 | Blum III | Arthur | $54.01 | $14.53 | $68.54 |
| 86 | Boling | Freddy | $606.11 | $163.09 | $769.20 |

0007

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 87 | Borja | Virginia | $523.79 | $140.94 | $664.73 |
| 88 | Bowen | Christopher | $774.17 | $208.31 | $982.48 |
| 89 | Bozic | Nebojsa | $301.88 | $81.23 | $383.11 |
| 90 | Bradley | Leroy | $2,744.36 | $738.44 | $3,482.80 |
| 91 | Brauchle | Michael | $3,837.48 | $1,032.57 | $4,870.05 |
| 92 | Briggs | Andrew | $60.08 | $16.16 | $76.24 |
| 93 | Brimhall | Tracy | $4,365.69 | $1,174.70 | $5,540.39 |
| 94 | Brisco | Allen | $3,701.93 | $996.10 | $4,698.03 |
| 95 | Briski | Louis | $259.58 | $69.85 | $329.43 |
| 96 | Brooks | Jose | $53.13 | $14.30 | $67.42 |
| 97 | Brown | Daniel | $837.82 | $225.44 | $1,063.25 |
| 98 | Brown | Maurice | $888.97 | $239.20 | $1,128.17 |
| 99 | Buergey | Christopher | $1,206.24 | $324.57 | $1,530.81 |
| 100 | Bunns | Tommy | $648.16 | $174.40 | $822.56 |
| 101 | Burns | Brittany | $141.08 | $37.96 | $179.04 |
| 102 | Caldwell Jr. | Paul | $417.90 | $112.45 | $530.35 |
| 103 | Calise | Domenic | $65.55 | $17.64 | $83.19 |
| 104 | Cancio-Betancourt | Rene | $324.55 | $87.33 | $411.88 |
| 105 | Capone | Gary | $1,351.40 | $363.63 | $1,715.03 |
| 106 | Carr | Jamaal | $145.84 | $39.24 | $185.08 |
| 107 | Carracedo | Sonny | $413.69 | $111.31 | $525.00 |
| 108 | Casiello | Anthony | $633.58 | $170.48 | $804.06 |
| 109 | Castellanos | Joaquin | $481.40 | $129.53 | $610.93 |
| 110 | Catoggio | Alfred | $164.21 | $44.18 | $208.39 |
| 111 | Caymite | Luc | $253.60 | $68.24 | $321.84 |
| 112 | Chana | Chen | $754.99 | $203.15 | $958.13 |
| 113 | Chang | Yun-Yu | $799.78 | $215.20 | $1,014.98 |
| 114 | Charouat | Malek | $472.86 | $127.23 | $600.09 |
| 115 | Charov | Ivaylo | $77.83 | $20.94 | $98.77 |
| 116 | Chasteen | Jeffery | $44.52 | $11.98 | $56.49 |
| 117 | Chatrizeh | Shahin | $854.61 | $229.95 | $1,084.56 |
| 118 | Chavez | Rosemarie | $15.25 | $4.10 | $19.35 |
| 119 | Chico | David | $2,582.95 | $695.01 | $3,277.96 |
| 120 | Choudhary | Krishna | $1,944.71 | $523.27 | $2,467.99 |
| 121 | Christensen | Rosa | $2,155.22 | $579.92 | $2,735.14 |
| 122 | Christodoulou | Panos | $670.23 | $180.34 | $850.57 |
| 123 | Clark | Dennis | $589.27 | $158.56 | $747.83 |
| 124 | Clarke | Michael | $79.65 | $21.43 | $101.08 |
| 125 | Cobon | Karl | $1,173.95 | $315.88 | $1,489.83 |
| 126 | Cobos | Aaron | $296.85 | $79.88 | $376.73 |
| 127 | Cohoon | Thomas | $2,394.77 | $644.37 | $3,039.15 |
| 128 | Coizeau | Leonardo | $3,769.81 | $1,014.36 | $4,784.18 |
| 129 | Collier | Ella | $336.19 | $90.46 | $426.65 |
| 130 | Collins | Lincoln | $469.18 | $126.24 | $595.42 |
| 131 | Comeau | Brian | $81.19 | $21.85 | $103.04 |

0008

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 132 | Conde | Carlos | $118.19 | $31.80 | $149.99 |
| 133 | Coney-Cummings | Keisha | $609.32 | $163.95 | $773.27 |
| 134 | Conway | James | $3,993.82 | $1,074.64 | $5,068.46 |
| 135 | Corona | Fernando | $890.35 | $239.57 | $1,129.92 |
| 136 | Costello | Brad | $1,497.97 | $403.07 | $1,901.04 |
| 137 | Craddock | Charles | $639.51 | $172.08 | $811.58 |
| 138 | Craffey | Richard | $771.36 | $207.55 | $978.92 |
| 139 | Crawford | Darryl | $162.05 | $43.60 | $205.66 |
| 140 | Crawford | Maximillian | $179.64 | $48.34 | $227.98 |
| 141 | Cruz-Decastro | Antonio | $54.35 | $14.62 | $68.97 |
| 142 | Curtin | Ronald | $2,170.52 | $584.03 | $2,754.56 |
| 143 | Dacayanan | Liza | $590.92 | $159.00 | $749.92 |
| 144 | Daffron | Daniel | $1,425.23 | $383.49 | $1,808.72 |
| 145 | Daggett Jr. | Rudolph | $709.87 | $191.01 | $900.88 |
| 146 | Daniels | Donald | $3,757.26 | $1,010.99 | $4,768.25 |
| 147 | Daniels | James | $65.56 | $17.64 | $83.20 |
| 148 | Danielsen | Danny | $433.71 | $116.70 | $550.41 |
| 149 | D'Arcy | Timothy | $5,313.00 | $1,429.60 | $6,742.60 |
| 150 | Davila-Romero | Monica | $67.52 | $18.17 | $85.69 |
| 151 | Davis | Bradley | $2,487.40 | $669.30 | $3,156.69 |
| 152 | Deguzman | Fermin | $337.59 | $90.84 | $428.42 |
| 153 | Deguzman | Leloi | $710.71 | $191.24 | $901.95 |
| 154 | Dejacto | Giovanna | $757.77 | $203.90 | $961.67 |
| 155 | Delgado | Carlos | $120.78 | $32.50 | $153.28 |
| 156 | DeMarco | William | $667.05 | $179.49 | $846.54 |
| 157 | Deocampo | Michael | $228.19 | $61.40 | $289.59 |
| 158 | Dial | Donald | $931.60 | $250.67 | $1,182.27 |
| 159 | Diamond | Jeffrey | $313.46 | $84.34 | $397.80 |
| 160 | Diaz | Aiser | $26.28 | $7.07 | $33.35 |
| 161 | Dibaba | Desta | $1,099.99 | $295.98 | $1,395.97 |
| 162 | Dillard | Corey | $1,037.56 | $279.18 | $1,316.74 |
| 163 | Dinok | Ildiko | $1,755.96 | $472.49 | $2,228.44 |
| 164 | Dionas | John | $100.66 | $27.08 | $127.74 |
| 165 | Disbrow | Ronald | $2,840.56 | $764.33 | $3,604.89 |
| 166 | Dixon | Julius | $767.72 | $206.57 | $974.29 |
| 167 | Djapa-Ivosevic | Davor | $338.87 | $91.18 | $430.05 |
| 168 | Dobszewicz | Gary | $2,614.57 | $703.52 | $3,318.09 |
| 169 | Donahoe | Stephen | $543.44 | $146.23 | $689.66 |
| 170 | Dontchev | Nedeltcho | $2,818.81 | $758.47 | $3,577.29 |
| 171 | Dotson | Contessa | $56.84 | $15.29 | $72.13 |
| 172 | Dotson | Eugene | $266.63 | $71.74 | $338.37 |
| 173 | Doyle | William | $349.85 | $94.14 | $443.99 |
| 174 | Draper | Ivan | $1,016.35 | $273.48 | $1,289.83 |
| 175 | Dudek | Anthony | $1,631.39 | $438.97 | $2,070.36 |
| 176 | Duna | Lawrence | $873.15 | $234.94 | $1,108.10 |

0009

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 177 | Durey | Robert | $912.19 | $245.45 | $1,157.64 |
| 178 | Durtschi | Jeffrey | $570.23 | $153.43 | $723.66 |
| 179 | Dymond | Ernest | $72.24 | $19.44 | $91.68 |
| 180 | Eddik | Muhannad | $36.26 | $9.76 | $46.02 |
| 181 | Edwards | Jeffrey | $945.21 | $254.33 | $1,199.54 |
| 182 | Egan | Joseph | $3,543.88 | $953.57 | $4,497.45 |
| 183 | Ekoue | Ayi | $3,228.50 | $868.71 | $4,097.21 |
| 184 | Elgendy | Mohamed | $111.17 | $29.91 | $141.08 |
| 185 | Eliades | George | $313.04 | $84.23 | $397.28 |
| 186 | Ellis | Charles | $876.40 | $235.82 | $1,112.22 |
| 187 | Emling | Paul | $167.95 | $45.19 | $213.14 |
| 188 | Emter | Christopher | $142.88 | $38.44 | $181.32 |
| 189 | Ernst | William | $2,376.27 | $639.40 | $3,015.67 |
| 190 | Esfarjany | Mahmood | $71.06 | $19.12 | $90.18 |
| 191 | Eshaghi | Mohammad | $279.85 | $75.30 | $355.15 |
| 192 | Estrada | Michael | $249.80 | $67.21 | $317.01 |
| 193 | Evans | Steven | $26.97 | $7.26 | $34.23 |
| 194 | Fadlallah | Michel | $774.88 | $208.50 | $983.38 |
| 195 | Fair | Kirby | $569.77 | $153.31 | $723.08 |
| 196 | Farah | Yohannes | $449.64 | $120.99 | $570.63 |
| 197 | Fears | Thomas | $2,990.00 | $804.54 | $3,794.54 |
| 198 | Feleke | Melak | $1,135.67 | $305.58 | $1,441.26 |
| 199 | Fesehazion | Teabe | $1,499.14 | $403.38 | $1,902.52 |
| 200 | Filatov | Andrey | $23.16 | $6.23 | $29.40 |
| 201 | Filfel | Kamal | $3,600.84 | $968.90 | $4,569.74 |
| 202 | Fitzsimmons | Marc | $376.25 | $101.24 | $477.49 |
| 203 | Flanders | Mary | $238.88 | $64.28 | $303.15 |
| 204 | Fleming | Gary | $3,703.17 | $996.43 | $4,699.60 |
| 205 | Ford | Todd | $1,127.33 | $303.34 | $1,430.67 |
| 206 | Fox | Gordon | $296.41 | $79.76 | $376.17 |
| 207 | Frankenberger | Grant | $717.58 | $193.08 | $910.67 |
| 208 | Franklin | David | $608.81 | $163.82 | $772.63 |
| 209 | Furst III | James | $55.66 | $14.98 | $70.64 |
| 210 | Galtieri | Frank | $309.02 | $83.15 | $392.17 |
| 211 | Garcia | John | $6,686.15 | $1,799.08 | $8,485.22 |
| 212 | Garcia | Miguel | $1,283.96 | $345.48 | $1,629.45 |
| 213 | Gardea | Alfred | $1,676.12 | $451.00 | $2,127.13 |
| 214 | Gared | Yaekob | $88.34 | $23.77 | $112.11 |
| 215 | Garras | Bill | $183.97 | $49.50 | $233.47 |
| 216 | Garrett | Kathleen | $23.03 | $6.20 | $29.22 |
| 217 | Gaumond | Gerard | $226.61 | $60.98 | $287.59 |
| 218 | Gebrayes | Henock | $413.08 | $111.15 | $524.23 |
| 219 | Gebremariam | Meley | $230.61 | $62.05 | $292.66 |
| 220 | Gebreyes | Fanuel | $588.93 | $158.47 | $747.40 |
| 221 | Gelane | Samuel | $5,075.28 | $1,365.63 | $6,440.91 |

0010

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 222 | Gessese | Worku | $93.59 | $25.18 | $118.77 |
| 223 | Ghori | Azhar | $235.48 | $63.36 | $298.84 |
| 224 | Gianopoulos | Samuel | $1,300.57 | $349.95 | $1,650.53 |
| 225 | Gillett | David | $596.58 | $160.53 | $757.11 |
| 226 | Gilmore | Paula | $18.98 | $5.11 | $24.08 |
| 227 | Gilo | Hobart | $740.75 | $199.32 | $940.07 |
| 228 | Glaser | Stephen | $176.55 | $47.51 | $224.06 |
| 229 | Gleason | John | $3,201.46 | $861.43 | $4,062.89 |
| 230 | Glogovac | Goran | $692.30 | $186.28 | $878.58 |
| 231 | Godsey | Kelly | $1,415.83 | $380.97 | $1,796.80 |
| 232 | Godsey | Thomas | $103.89 | $27.96 | $131.85 |
| 233 | Goettsche | Dale | $36.26 | $9.76 | $46.01 |
| 234 | Gokcek | Guney | $114.55 | $30.82 | $145.37 |
| 235 | Golden | Theresa | $788.10 | $212.06 | $1,000.15 |
| 236 | Golla | Dawit | $83.12 | $22.37 | $105.49 |
| 237 | Gomez-Gomez | Arlene | $158.70 | $42.70 | $201.41 |
| 238 | Gonzalez | Luis | $1,554.78 | $418.35 | $1,973.13 |
| 239 | Gonzalez | Pedro | $302.67 | $81.44 | $384.12 |
| 240 | Gonzalez | Ramon | $577.33 | $155.35 | $732.68 |
| 241 | Gonzalez-Ruiz | Jose | $205.34 | $55.25 | $260.59 |
| 242 | Goolsby | Victor | $1,070.74 | $288.11 | $1,358.85 |
| 243 | Grafton | Natasha | $2,032.90 | $547.00 | $2,579.90 |
| 244 | Granchelle | Andrew | $803.96 | $216.33 | $1,020.29 |
| 245 | Gray | Gary | $3,585.16 | $964.68 | $4,549.84 |
| 246 | Green | Tony | $1,441.57 | $387.89 | $1,829.46 |
| 247 | Gross | Timothy | $993.85 | $267.42 | $1,261.27 |
| 248 | Guerrero | Daniel | $1,389.76 | $373.95 | $1,763.72 |
| 249 | Guinan | William | $365.09 | $98.24 | $463.32 |
| 250 | Gyuro | John | $393.70 | $105.94 | $499.64 |
| 251 | Habtom | Ermias | $761.21 | $204.82 | $966.03 |
| 252 | Hadley | Aaron | $254.44 | $68.46 | $322.90 |
| 253 | Haigh III | Walter | $232.48 | $62.55 | $295.03 |
| 254 | Hammoud | Wissam | $709.83 | $191.00 | $900.83 |
| 255 | Handlon | Michael | $745.71 | $200.65 | $946.36 |
| 256 | Hanna | Christopher | $405.48 | $109.10 | $514.58 |
| 257 | Hansen | Jordan | $1,421.26 | $382.42 | $1,803.68 |
| 258 | Haralambov | Valko | $298.88 | $80.42 | $379.30 |
| 259 | Harms | Michael | $835.69 | $224.86 | $1,060.56 |
| 260 | Harrell | Mark | $1,227.79 | $330.37 | $1,558.16 |
| 261 | Harris | Dennis | $2,817.84 | $758.21 | $3,576.05 |
| 262 | Harris | Jay | $1,143.01 | $307.56 | $1,450.57 |
| 263 | Harris III | Reggie | $21.95 | $5.91 | $27.86 |
| 264 | Harrison | Andrew | $341.65 | $91.93 | $433.58 |
| 265 | Hart | Brandi | $186.40 | $50.15 | $236.55 |
| 266 | Harun | Idris | $131.47 | $35.38 | $166.84 |

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY*  JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 267 | Hasen | Akmel | $131.69 | $35.44 | $167.13 |
| 268 | Haskell | William | $4,364.03 | $1,174.25 | $5,538.28 |
| 269 | Hays | Larry | $2,357.84 | $634.44 | $2,992.27 |
| 270 | Hearne | Stephen | $216.85 | $58.35 | $275.19 |
| 271 | Henderson | Lloyd | $535.98 | $144.22 | $680.20 |
| 272 | Hendricks | Mark | $404.97 | $108.97 | $513.94 |
| 273 | Herbert | Christopher | $1,351.06 | $363.54 | $1,714.60 |
| 274 | Herga | Ryan | $343.32 | $92.38 | $435.70 |
| 275 | Hernandez | Rene | $312.30 | $84.03 | $396.33 |
| 276 | Hernandez-Ocampo | Amilcar | $252.33 | $67.89 | $320.22 |
| 277 | Hill | Douglas | $338.06 | $90.96 | $429.02 |
| 278 | Hinds | Monroe | $349.06 | $93.92 | $442.99 |
| 279 | Hinks | Dana | $893.10 | $240.31 | $1,133.42 |
| 280 | Hirsi | Kamal | $612.33 | $164.76 | $777.09 |
| 281 | Hodge | Lee | $1,346.10 | $362.20 | $1,708.30 |
| 282 | Hoffman | Gery | $34.86 | $9.38 | $44.24 |
| 283 | Holcomb | Dalton | $1,334.16 | $358.99 | $1,693.14 |
| 284 | Holler | Alfonso | $564.18 | $151.81 | $715.98 |
| 285 | Hollis | James | $106.61 | $28.68 | $135.29 |
| 286 | Holt | John | $3,350.60 | $901.56 | $4,252.16 |
| 287 | Hooper | Donald | $606.50 | $163.19 | $769.69 |
| 288 | Hoschouer | Christina | $1,516.33 | $408.01 | $1,924.34 |
| 289 | Hosley | Tracie | $212.50 | $57.18 | $269.68 |
| 290 | Hu | Karl | $157.76 | $42.45 | $200.20 |
| 291 | Huerena | Samuel | $58.72 | $15.80 | $74.53 |
| 292 | Hughes | Jerry | $654.49 | $176.11 | $830.60 |
| 293 | Hunter | James | $367.96 | $99.01 | $466.96 |
| 294 | Huntington | Walter | $357.94 | $96.31 | $454.25 |
| 295 | Hurd | Donald | $1,752.39 | $471.52 | $2,223.92 |
| 296 | Hurley | Robert | $282.89 | $76.12 | $359.01 |
| 297 | Hurtado | Hubert | $2,919.05 | $785.44 | $3,704.50 |
| 298 | Hussien | Leykun | $652.14 | $175.47 | $827.61 |
| 299 | Imran | Muhammad | $119.46 | $32.15 | $151.61 |
| 300 | Isaac | Edsel | $302.48 | $81.39 | $383.86 |
| 301 | Isanan | Claro | $228.35 | $61.44 | $289.79 |
| 302 | Ivanov | Yordan | $85.54 | $23.02 | $108.56 |
| 303 | Ivey | Timothy | $1,200.82 | $323.11 | $1,523.93 |
| 304 | Jackson | Anthony | $568.62 | $153.00 | $721.62 |
| 305 | Jackson | Frederick | $3,186.18 | $857.32 | $4,043.50 |
| 306 | Jackson | Willie | $3,073.67 | $827.05 | $3,900.72 |
| 307 | Jacobi | Donald | $1,328.66 | $357.51 | $1,686.17 |
| 308 | Jafarian | Moharram | $15.55 | $4.18 | $19.73 |
| 309 | Jelancic | Vladko | $1,567.64 | $421.81 | $1,989.45 |
| 310 | Jellison | Charles | $375.60 | $101.06 | $476.66 |
| 311 | Jimenez | Michael | $934.05 | $251.33 | $1,185.38 |

0012

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

|     | A             | B         | C          | D          | E           |
|-----|---------------|-----------|------------|------------|-------------|
| 312 | Johnson       | Brian     | $71.59     | $19.26     | $90.85      |
| 313 | Johnson       | Cary      | $105.44    | $28.37     | $133.81     |
| 314 | Johnson       | Kennard   | $892.69    | $240.20    | $1,132.89   |
| 315 | Johnson       | Richard   | $186.34    | $50.14     | $236.48     |
| 316 | Johnson       | Rodney    | $51.32     | $13.81     | $65.13      |
| 317 | Johnson       | Tony      | $433.41    | $116.62    | $550.03     |
| 318 | Jones         | Glenn     | $1,535.03  | $413.04    | $1,948.07   |
| 319 | Joseph        | Leroy     | $2,800.21  | $753.47    | $3,553.67   |
| 320 | Kabbaz        | David     | $88.26     | $23.75     | $112.01     |
| 321 | Kadir         | Tura      | $27.39     | $7.37      | $34.77      |
| 322 | Kadri         | Abdelkrim | $11.75     | $3.16      | $14.91      |
| 323 | Kaiyoorawongs | Chaipan   | $3,517.55  | $946.49    | $4,464.04   |
| 324 | Kalimba       | Gaston    | $608.67    | $163.78    | $772.45     |
| 325 | Kang          | Chong     | $116.84    | $31.44     | $148.28     |
| 326 | Karner        | Adam      | $1,002.27  | $269.69    | $1,271.96   |
| 327 | Keba          | Woldmarim | $653.03    | $175.72    | $828.75     |
| 328 | Keller        | Roger     | $448.52    | $120.69    | $569.21     |
| 329 | Kenary        | Brian     | $403.99    | $108.70    | $512.69     |
| 330 | Kern          | Gary      | $9,657.56  | $2,598.61  | $12,256.17  |
| 331 | Key           | Roy       | $200.46    | $53.94     | $254.40     |
| 332 | Khan          | Zaka      | $60.86     | $16.38     | $77.24      |
| 333 | Kimler        | Ryan      | $228.19    | $61.40     | $289.59     |
| 334 | King Jr.      | John      | $132.54    | $35.66     | $168.20     |
| 335 | Kingsley      | David     | $57.06     | $15.35     | $72.41      |
| 336 | Kissel        | Sean      | $58.78     | $15.82     | $74.59      |
| 337 | Klein         | Phillip   | $4,168.54  | $1,121.65  | $5,290.19   |
| 338 | Knight        | Tyree     | $301.04    | $81.00     | $382.05     |
| 339 | Kogan         | Martin    | $7,772.22  | $2,091.31  | $9,863.53   |
| 340 | Krouse        | Stephen   | $97.99     | $26.37     | $124.35     |
| 341 | Kull Jr.      | William   | $155.98    | $41.97     | $197.95     |
| 342 | Kunik         | Robert    | $345.87    | $93.07     | $438.94     |
| 343 | Laico         | Paul      | $117.63    | $31.65     | $149.29     |
| 344 | Lant          | Mark      | $796.29    | $214.26    | $1,010.56   |
| 345 | Lantis        | Glen      | $490.49    | $131.98    | $622.47     |
| 346 | Lathan        | Joseph    | $309.30    | $83.23     | $392.52     |
| 347 | Lay           | Gilbert   | $160.40    | $43.16     | $203.56     |
| 348 | Leacock       | Brian     | $1,367.37  | $367.92    | $1,735.29   |
| 349 | Leal          | Jill      | $2,503.43  | $673.61    | $3,177.04   |
| 350 | Lee           | Melvin    | $538.51    | $144.90    | $683.41     |
| 351 | Lee           | Thomas    | $3,388.06  | $911.64    | $4,299.71   |
| 352 | Legesse       | Dereje    | $637.68    | $171.59    | $809.27     |
| 353 | Ligus         | Thomas    | $252.01    | $67.81     | $319.82     |
| 354 | Link          | Peter     | $1,219.66  | $328.18    | $1,547.84   |
| 355 | Linzer        | Steven    | $48.83     | $13.14     | $61.97      |
| 356 | Little        | Dennis    | $852.50    | $229.39    | $1,081.89   |

0013

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 357 | Lombana | Francisco | $59.43 | $15.99 | $75.42 |
| 358 | Lonbani | Khosro | $697.06 | $187.56 | $884.62 |
| 359 | Lopez-Silvero | Fidel | $92.96 | $25.01 | $117.97 |
| 360 | Lorenz | Dierdra | $993.69 | $267.38 | $1,261.07 |
| 361 | Lovelady | Warren | $13.65 | $3.67 | $17.32 |
| 362 | Lovin | Charles | $283.77 | $76.36 | $360.13 |
| 363 | Macato | Jaime | $2,818.73 | $758.45 | $3,577.18 |
| 364 | Madi | Adam | $157.74 | $42.44 | $200.18 |
| 365 | Magana | Luis | $649.12 | $174.66 | $823.79 |
| 366 | Maharit | Khamkhrung | $73.41 | $19.75 | $93.16 |
| 367 | Mahoney | Kevin | $495.56 | $133.34 | $628.91 |
| 368 | Mainwaring | David | $3,532.95 | $950.63 | $4,483.57 |
| 369 | Majors | John | $7,903.46 | $2,126.63 | $10,030.09 |
| 370 | Manitien | Ted | $15.87 | $4.27 | $20.13 |
| 371 | Manor | Quincy | $1,567.99 | $421.91 | $1,989.89 |
| 372 | Maras | Maria | $2,519.05 | $677.82 | $3,196.87 |
| 373 | Martinez | Arturo | $72.83 | $19.60 | $92.43 |
| 374 | Martinez | Francisco | $1,965.80 | $528.95 | $2,494.75 |
| 375 | Martinez-Ramirez | Eduardo | $868.98 | $233.82 | $1,102.80 |
| 376 | Martins | Julio | $342.24 | $92.09 | $434.32 |
| 377 | Mastrio | Angelo | $329.75 | $88.73 | $418.48 |
| 378 | Mastrio | Pamela | $268.76 | $72.32 | $341.08 |
| 379 | Mathis | George | $341.26 | $91.82 | $433.09 |
| 380 | Maza | Inez | $401.51 | $108.04 | $509.55 |
| 381 | McCall | Melvin | $194.88 | $52.44 | $247.32 |
| 382 | McCarroll-Jones | Claudia | $20.11 | $5.41 | $25.52 |
| 383 | McCarter | Patrick | $2,465.99 | $663.54 | $3,129.52 |
| 384 | McCarthy | John | $3,986.97 | $1,072.79 | $5,059.76 |
| 385 | McConnell | Therral | $1,002.32 | $269.70 | $1,272.02 |
| 386 | McCoubrey | Earl | $1,546.63 | $416.16 | $1,962.80 |
| 387 | McDougle | Jeffrey | $143.27 | $38.55 | $181.82 |
| 388 | McGarry | James | $204.81 | $55.11 | $259.91 |
| 389 | McGowan | Sean | $262.40 | $70.60 | $333.00 |
| 390 | McGregor | Matthew | $984.05 | $264.78 | $1,248.84 |
| 391 | McNeece | James | $169.07 | $45.49 | $214.57 |
| 392 | McSkimming | John | $1,034.87 | $278.46 | $1,313.33 |
| 393 | Mekonen | Solomon | $440.54 | $118.54 | $559.07 |
| 394 | Melesse | Abebe | $37.69 | $10.14 | $47.83 |
| 395 | Melka | Tariku | $31.34 | $8.43 | $39.77 |
| 396 | Meloro | Paul | $3,733.38 | $1,004.56 | $4,737.94 |
| 397 | Mengesha | Alemayehu | $598.60 | $161.07 | $759.67 |
| 398 | Menocal | Pedro | $1,181.48 | $317.91 | $1,499.38 |
| 399 | Meyer | Ronald | $61.64 | $16.59 | $78.22 |
| 400 | Mezzenasco | Pedro | $1,511.19 | $406.63 | $1,917.82 |
| 401 | Michilena | Luis | $76.03 | $20.46 | $96.48 |

0014

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 402 | Miller | Jason | $1,128.32 | $303.60 | $1,431.92 |
| 403 | Milliron | Darrol | $1,947.13 | $523.92 | $2,471.05 |
| 404 | Mindyas | James | $665.00 | $178.94 | $843.94 |
| 405 | Mirkulovski | Danny | $631.18 | $169.83 | $801.01 |
| 406 | Mitrikov | Ilko | $2,559.19 | $688.61 | $3,247.80 |
| 407 | Miyazaki | Nisaburo | $1,046.90 | $281.70 | $1,328.60 |
| 408 | Mogeeth | Ehab | $371.10 | $99.85 | $470.95 |
| 409 | Monforte II | Peter | $5,822.92 | $1,566.80 | $7,389.73 |
| 410 | Monteagudo | Oscar | $1,076.04 | $289.54 | $1,365.58 |
| 411 | Montoya Villa | Francisco | $632.93 | $170.31 | $803.24 |
| 412 | Moore | Aileen-Louise | $377.01 | $101.44 | $478.45 |
| 413 | Moreno | James | $5,017.71 | $1,350.14 | $6,367.85 |
| 414 | Moretti | Bryan | $1,632.63 | $439.30 | $2,071.93 |
| 415 | Morley | David | $590.61 | $158.92 | $749.53 |
| 416 | Morris | Robert | $1,660.20 | $446.72 | $2,106.92 |
| 417 | Morris | Thomas | $5,277.68 | $1,420.09 | $6,697.77 |
| 418 | Mosely | David | $1,311.92 | $353.00 | $1,664.92 |
| 419 | Mostafa | Ahmed | $573.93 | $154.43 | $728.37 |
| 420 | Motazedi | Kamran | $208.44 | $56.09 | $264.53 |
| 421 | Mottaghian | Joseph | $35.54 | $9.56 | $45.11 |
| 422 | Muhtari | Abdulrahman | $706.50 | $190.10 | $896.60 |
| 423 | Murawski | Richard | $1,827.93 | $491.85 | $2,319.78 |
| 424 | Murray | Mark | $27.24 | $7.33 | $34.57 |
| 425 | Murray | Michael P. | $883.88 | $237.83 | $1,121.71 |
| 426 | Nantista | Peter | $243.57 | $65.54 | $309.11 |
| 427 | Nazarov | Mikael | $2,817.84 | $758.21 | $3,576.05 |
| 428 | Ndichu | Simon | $420.16 | $113.05 | $533.21 |
| 429 | Nedyalkov | Atanas | $369.00 | $99.29 | $468.28 |
| 430 | Negashe | Legesse | $576.93 | $155.24 | $732.17 |
| 431 | Nemeth | Zoltan | $405.65 | $109.15 | $514.80 |
| 432 | Ngo | Tuan | $1,844.47 | $496.30 | $2,340.77 |
| 433 | Nichols | Keith | $385.86 | $103.83 | $489.69 |
| 434 | Nigussie | Gulilat | $550.95 | $148.25 | $699.20 |
| 435 | Nolan | Eamonn | $123.77 | $33.30 | $157.08 |
| 436 | Norberg | Christopher | $1,054.73 | $283.80 | $1,338.53 |
| 437 | Norvell | Chris | $5,383.49 | $1,448.57 | $6,832.06 |
| 438 | Ocampo | Leonardo | $1,012.66 | $272.48 | $1,285.14 |
| 439 | Ogbazghi | Dawit | $561.65 | $151.13 | $712.78 |
| 440 | O'Grady | Francis | $464.08 | $124.87 | $588.95 |
| 441 | Ohlson | Ryan | $863.14 | $232.25 | $1,095.39 |
| 442 | Olen | Virginia | $2,551.91 | $686.66 | $3,238.56 |
| 443 | Oliveros | Mario | $769.93 | $207.17 | $977.10 |
| 444 | Olson | Eric | $590.38 | $158.86 | $749.23 |
| 445 | Ontura | Tesfalem | $297.41 | $80.02 | $377.43 |
| 446 | Orr | Mark | $169.38 | $45.58 | $214.95 |

0015

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 447 | Ortega | Paul | $54.20 | $14.58 | $68.78 |
| 448 | Ortega | Saul | $504.27 | $135.69 | $639.96 |
| 449 | O'Shea | Kevin | $187.96 | $50.57 | $238.53 |
| 450 | Osterman | Victor | $239.81 | $64.53 | $304.33 |
| 451 | Overson | Michael | $729.74 | $196.36 | $926.10 |
| 452 | Oyebade | Vincent | $133.45 | $35.91 | $169.36 |
| 453 | Ozgulgec | Tunc | $1,694.95 | $456.07 | $2,151.02 |
| 454 | Pak | Kon | $430.13 | $115.74 | $545.87 |
| 455 | Paone | Chris | $1,255.08 | $337.71 | $1,592.79 |
| 456 | Pariso | David | $5,498.67 | $1,479.56 | $6,978.23 |
| 457 | Park | Danny | $44.58 | $11.99 | $56.57 |
| 458 | Parker | Gary | $1,592.35 | $428.46 | $2,020.82 |
| 459 | Parker | Shawnette | $552.10 | $148.56 | $700.66 |
| 460 | Parmenter | William | $1,966.58 | $529.16 | $2,495.74 |
| 461 | Paros | Nicholas | $16.88 | $4.54 | $21.42 |
| 462 | Passera | Charles | $75.64 | $20.35 | $96.00 |
| 463 | Patry | Michael | $2,508.64 | $675.01 | $3,183.66 |
| 464 | Patton | Dorothy | $49.37 | $13.28 | $62.65 |
| 465 | Peace | Kimberly | $277.18 | $74.58 | $351.76 |
| 466 | Peacock | Paula | $136.04 | $36.61 | $172.65 |
| 467 | Pearson | Jon | $1,134.71 | $305.32 | $1,440.03 |
| 468 | Peer | Yuda | $94.69 | $25.48 | $120.17 |
| 469 | Penera | Eric | $143.21 | $38.53 | $181.74 |
| 470 | Perrotti | Dominic | $393.82 | $105.97 | $499.79 |
| 471 | Petculescu | Ciprian | $33.24 | $8.94 | $42.18 |
| 472 | Peterson | Kenneth | $840.68 | $226.21 | $1,066.89 |
| 473 | Peterson | Steven | $3,673.01 | $988.32 | $4,661.32 |
| 474 | Petrie | Theodore | $56.59 | $15.23 | $71.81 |
| 475 | Petrossian | Robert | $778.92 | $209.59 | $988.51 |
| 476 | Phillips | Larry | $1,011.78 | $272.24 | $1,284.02 |
| 477 | Phonesavanh | Paul | $851.84 | $229.21 | $1,081.04 |
| 478 | Pilkington | Margaret | $1,957.69 | $526.77 | $2,484.46 |
| 479 | Pineda | Carlos | $3,435.52 | $924.41 | $4,359.93 |
| 480 | Pitts | Amir | $745.07 | $200.48 | $945.55 |
| 481 | Platania | John | $638.75 | $171.87 | $810.62 |
| 482 | Pletz | David | $2,511.56 | $675.80 | $3,187.36 |
| 483 | Pohl | Daniel | $213.64 | $57.48 | $271.12 |
| 484 | Polchinski | Paul | $127.78 | $34.38 | $162.17 |
| 485 | Pony | David | $59.11 | $15.91 | $75.02 |
| 486 | Portillo | Mario | $680.98 | $183.24 | $864.22 |
| 487 | Presnall | Darryl | $434.97 | $117.04 | $552.01 |
| 488 | Price | Allen | $723.95 | $194.80 | $918.75 |
| 489 | Price | James | $1,711.38 | $460.49 | $2,171.87 |
| 490 | Prifti | Ilia | $480.42 | $129.27 | $609.69 |
| 491 | Punzalan | Luciano | $270.87 | $72.89 | $343.76 |

0016

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 492 | Purdue | Robert | $241.20 | $64.90 | $306.10 |
| 493 | Pyles | Joseph | $783.09 | $210.71 | $993.81 |
| 494 | Rainey | James | $251.60 | $67.70 | $319.30 |
| 495 | Ramirez | Erney | $872.70 | $234.82 | $1,107.53 |
| 496 | Rasheed | Willie | $4,608.05 | $1,239.91 | $5,847.96 |
| 497 | Ray | William | $14.47 | $3.89 | $18.36 |
| 498 | Regans | Mark | $435.99 | $117.31 | $553.30 |
| 499 | Relopez | Craig | $1,842.84 | $495.86 | $2,338.70 |
| 500 | Reno | Michael | $4,392.72 | $1,181.97 | $5,574.69 |
| 501 | Riipi | Karl | $145.11 | $39.04 | $184.15 |
| 502 | Rios-Lopez | Oscar | $217.73 | $58.59 | $276.31 |
| 503 | Risby | Clifford | $1,216.73 | $327.39 | $1,544.13 |
| 504 | Risco | Pedro | $636.30 | $171.21 | $807.51 |
| 505 | Rivas | Victor | $1,446.11 | $389.11 | $1,835.22 |
| 506 | Rivero-Vera | Raul | $331.46 | $89.19 | $420.65 |
| 507 | Rivers | Willie | $737.24 | $198.37 | $935.61 |
| 508 | Roach | Jayson | $763.44 | $205.42 | $968.86 |
| 509 | Roberson | Ronnie | $116.16 | $31.26 | $147.41 |
| 510 | Roberts | James | $878.85 | $236.48 | $1,115.32 |
| 511 | Robinson | Mikalani | $457.75 | $123.17 | $580.91 |
| 512 | Robles | Mark | $57.11 | $15.37 | $72.48 |
| 513 | Rockett Jr. | Roosevelt | $93.26 | $25.09 | $118.35 |
| 514 | Rodriguez | Armando | $35.33 | $9.51 | $44.83 |
| 515 | Rohlas | Polly | $3,425.39 | $921.69 | $4,347.07 |
| 516 | Romano | Anthony | $1,341.91 | $361.08 | $1,702.99 |
| 517 | Romero | Ruben | $788.54 | $212.18 | $1,000.72 |
| 518 | Ross | Larry | $85.15 | $22.91 | $108.07 |
| 519 | Ross | Lee | $200.07 | $53.83 | $253.90 |
| 520 | Rothenberg | Edward | $274.36 | $73.82 | $348.18 |
| 521 | Rotich | Emertha | $1,533.69 | $412.68 | $1,946.37 |
| 522 | Rousseau | James | $754.35 | $202.98 | $957.32 |
| 523 | Ruby | Melissa | $305.20 | $82.12 | $387.32 |
| 524 | Ruiz | Travis | $672.60 | $180.98 | $853.58 |
| 525 | Russell | Darrell | $754.33 | $202.97 | $957.30 |
| 526 | Sadler | James | $95.13 | $25.60 | $120.73 |
| 527 | Saevitz | Neil | $319.08 | $85.86 | $404.93 |
| 528 | Salameh | George | $1,240.48 | $333.78 | $1,574.26 |
| 529 | Saleh | Jemal | $5,677.69 | $1,527.73 | $7,205.42 |
| 530 | Sam | Phea | $718.09 | $193.22 | $911.32 |
| 531 | Sameli | Sabino | $1,057.01 | $284.42 | $1,341.43 |
| 532 | Sampson | James | $739.28 | $198.92 | $938.21 |
| 533 | Sanchez-Ramos | Natasha | $330.96 | $89.05 | $420.01 |
| 534 | Sanders | Acy | $846.33 | $227.73 | $1,074.06 |
| 535 | Sans | Thomas | $882.36 | $237.42 | $1,119.78 |
| 536 | Sapienza | Gino | $300.32 | $80.81 | $381.13 |

0017

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 537 | Saravanos | John | $5,901.46 | $1,587.94 | $7,489.40 |
| 538 | Sargeant | Michael | $188.91 | $50.83 | $239.74 |
| 539 | Sayed | Jamil | $740.58 | $199.27 | $939.86 |
| 540 | Schraeder | Scott | $653.98 | $175.97 | $829.95 |
| 541 | Schroeder | William | $2,421.42 | $651.55 | $3,072.97 |
| 542 | Schwartz | George | $690.06 | $185.68 | $875.73 |
| 543 | Schwartz | Steven | $2,657.88 | $715.17 | $3,373.04 |
| 544 | Secondo | Muridi | $449.12 | $120.85 | $569.97 |
| 545 | Sedgwick | Anthony | $148.45 | $39.95 | $188.40 |
| 546 | Serio | John | $879.43 | $236.63 | $1,116.07 |
| 547 | Serrano | Hector | $1,941.65 | $522.45 | $2,464.11 |
| 548 | Sevillet | Otto | $157.11 | $42.28 | $199.39 |
| 549 | Sexner | Alexis | $1,096.77 | $295.12 | $1,391.89 |
| 550 | Shafiei | Abdolreza | $633.56 | $170.48 | $804.04 |
| 551 | Shallufa | Azmy | $6,397.04 | $1,721.29 | $8,118.32 |
| 552 | Shein | Efraim | $349.13 | $93.94 | $443.07 |
| 553 | Sherman | Jason | $246.37 | $66.29 | $312.67 |
| 554 | Shinn | Kevin | $531.41 | $142.99 | $674.39 |
| 555 | Shoyombo | Rilwan | $1,636.76 | $440.41 | $2,077.17 |
| 556 | Siasat | Manuel | $37.15 | $10.00 | $47.15 |
| 557 | Sibre | Christopher | $337.56 | $90.83 | $428.39 |
| 558 | Siegel | Jeffrey | $104.78 | $28.19 | $132.97 |
| 559 | Siljkovic | Becir | $2,128.06 | $572.61 | $2,700.67 |
| 560 | Simmons | John | $232.59 | $62.58 | $295.17 |
| 561 | Sinay | Abraham | $268.85 | $72.34 | $341.19 |
| 562 | Singh | Baldev | $207.47 | $55.82 | $263.29 |
| 563 | Sitotaw | Haileab | $136.06 | $36.61 | $172.68 |
| 564 | Smale | Charles | $1,073.96 | $288.98 | $1,362.93 |
| 565 | Smith | Jepthy | $326.33 | $87.81 | $414.13 |
| 566 | Smith | Lottie | $3,500.84 | $941.99 | $4,442.83 |
| 567 | Smith Jr. | Willie | $1,477.21 | $397.48 | $1,874.69 |
| 568 | Solares | John | $520.29 | $140.00 | $660.29 |
| 569 | Solis | Brigido | $199.94 | $53.80 | $253.74 |
| 570 | Solymar | Istvan | $348.63 | $93.81 | $442.43 |
| 571 | Soree | Mladen | $1,658.62 | $446.29 | $2,104.91 |
| 572 | Sorkin | Jack | $385.85 | $103.82 | $489.67 |
| 573 | Sorrosa | Juan | $2,167.38 | $583.19 | $2,750.57 |
| 574 | Soto | Jacob | $135.46 | $36.45 | $171.90 |
| 575 | Soto | Johnny | $225.41 | $60.65 | $286.07 |
| 576 | Sparks | Cody | $22.45 | $6.04 | $28.49 |
| 577 | Spaulding | Ross | $280.25 | $75.41 | $355.66 |
| 578 | Spilmon | Mark | $5,329.10 | $1,433.93 | $6,763.03 |
| 579 | Springer | Marvin | $978.20 | $263.21 | $1,241.41 |
| 580 | Stanley | John | $328.46 | $88.38 | $416.84 |
| 581 | Stauff | John | $130.72 | $35.17 | $165.90 |

0018

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 582 | Stayton | William | $136.57 | $36.75 | $173.32 |
| 583 | Stearns | Thomas | $606.25 | $163.13 | $769.37 |
| 584 | Steck | Gregory | $6,688.75 | $1,799.78 | $8,488.53 |
| 585 | Stephanov | Liuben | $252.21 | $67.86 | $320.07 |
| 586 | Stern | Robert | $335.37 | $90.24 | $425.61 |
| 587 | Stevenson | John | $1,953.33 | $525.59 | $2,478.93 |
| 588 | Stockton | Clarence | $1,533.89 | $412.73 | $1,946.63 |
| 589 | Stonebreaker | Dawn | $2,285.92 | $615.09 | $2,901.01 |
| 590 | Talley | George | $346.24 | $93.17 | $439.41 |
| 591 | Tapia-Vergara | Agustin | $674.26 | $181.43 | $855.68 |
| 592 | Tarragano | Stephen | $774.54 | $208.41 | $982.94 |
| 593 | Taylor | Brent | $725.49 | $195.21 | $920.70 |
| 594 | Taylor | David | $372.00 | $100.10 | $472.09 |
| 595 | Taylor | Marvin | $819.89 | $220.61 | $1,040.50 |
| 596 | Tedros | Biserat | $465.13 | $125.16 | $590.29 |
| 597 | Terry | James | $1,075.38 | $289.36 | $1,364.74 |
| 598 | Thomas | Cator | $491.01 | $132.12 | $623.13 |
| 599 | Thomas | Hasan | $284.34 | $76.51 | $360.85 |
| 600 | Thomas | Scott | $3,067.17 | $825.30 | $3,892.48 |
| 601 | Thompson | Glen | $3,351.95 | $901.93 | $4,253.88 |
| 602 | Thompson | Michael | $7,738.38 | $2,082.21 | $9,820.59 |
| 603 | Timko | Robert | $257.09 | $69.18 | $326.27 |
| 604 | Toka | Tamas | $511.60 | $137.66 | $649.26 |
| 605 | Travis | Brian | $865.05 | $232.76 | $1,097.81 |
| 606 | Trumpp | Robert | $242.22 | $65.18 | $307.40 |
| 607 | Tsegaye | Miheret | $58.78 | $15.82 | $74.60 |
| 608 | Tucker | Kenlon | $3,196.83 | $860.19 | $4,057.02 |
| 609 | Tullao | Isaac | $472.54 | $127.15 | $599.69 |
| 610 | Turner | Michael | $45.58 | $12.26 | $57.84 |
| 611 | Tyler | Christopher | $307.33 | $82.69 | $390.02 |
| 612 | Uba | Chima | $231.20 | $62.21 | $293.41 |
| 613 | Ullah | Mohammad | $103.30 | $27.79 | $131.09 |
| 614 | Urban | David | $117.60 | $31.64 | $149.24 |
| 615 | Urbanski | Anthony | $1,619.25 | $435.70 | $2,054.95 |
| 616 | Valdes | Lazaro | $186.12 | $50.08 | $236.20 |
| 617 | Vanluven | RJ | $1,980.60 | $532.93 | $2,513.53 |
| 618 | Vences | Alfredo | $963.71 | $259.31 | $1,223.02 |
| 619 | Viado | Ramon | $2,354.16 | $633.45 | $2,987.61 |
| 620 | VonEngel | Stephen | $34.30 | $9.23 | $43.53 |
| 621 | Vongthep | Christopher | $3,110.20 | $836.88 | $3,947.08 |
| 622 | Vonkageler | Mark | $149.48 | $40.22 | $189.70 |
| 623 | Wagg | John | $254.10 | $68.37 | $322.48 |
| 624 | Wakeel | Daud | $780.16 | $209.92 | $990.09 |
| 625 | Walker | Arthur | $131.46 | $35.37 | $166.83 |
| 626 | Wallace | Roy | $4,224.00 | $1,136.57 | $5,360.57 |

0019

PROOF OF CLAIM - AMOUNT  CLAIMED BY EACH OF 661 *MURRAY* JUDGMENT CREDITORS

IN RE A CAB SERIES LLC - CASE # 22-14361

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 627 | Warner | Terrance | $1,944.27 | $523.16 | $2,467.43 |
| 628 | Weaver | Gerie | $4,350.45 | $1,170.60 | $5,521.05 |
| 629 | Webb | Ricky | $716.64 | $192.83 | $909.47 |
| 630 | Webster | Brock | $291.91 | $78.55 | $370.46 |
| 631 | Weiss | Matthew | $69.13 | $18.60 | $87.73 |
| 632 | Welborn | Paul | $975.22 | $262.41 | $1,237.63 |
| 633 | Weldu | Berhane | $305.73 | $82.26 | $387.99 |
| 634 | Welzbacher | Daniel | $2,716.47 | $730.94 | $3,447.41 |
| 635 | White II | Prinest | $175.81 | $47.31 | $223.11 |
| 636 | Williams | Danny | $314.25 | $84.56 | $398.81 |
| 637 | Wilson Jr. | Mose | $3,823.64 | $1,028.85 | $4,852.49 |
| 638 | Wing | Roland | $94.04 | $25.30 | $119.34 |
| 639 | Witte | Daniel | $262.05 | $70.51 | $332.56 |
| 640 | Wolde | Hailemariam | $442.81 | $119.15 | $561.96 |
| 641 | Woldeghebriel | Berhane | $1,190.11 | $320.23 | $1,510.34 |
| 642 | Wolfe | Thomas | $834.06 | $224.42 | $1,058.48 |
| 643 | Wondired | Eshetu | $485.63 | $130.67 | $616.30 |
| 644 | Wong | Jorge | $2,667.79 | $717.84 | $3,385.63 |
| 645 | Wong | Wanjin | $1,280.06 | $344.43 | $1,624.49 |
| 646 | Woodall | Charles | $700.13 | $188.39 | $888.52 |
| 647 | Workneh | Abent | $41.63 | $11.20 | $52.84 |
| 648 | Worku | Abiye | $291.13 | $78.34 | $369.47 |
| 649 | Wright | Edward | $854.02 | $229.80 | $1,083.82 |
| 650 | Yabut | Gerry | $3,629.39 | $976.58 | $4,605.96 |
| 651 | Yamaguchi | Alicia | $3,544.50 | $953.74 | $4,498.23 |
| 652 | Yepiz-Patron | Ubaldo | $21.54 | $5.80 | $27.34 |
| 653 | Yesayan | Razmik | $26.73 | $7.19 | $33.93 |
| 654 | Yihdego | Abdulkadir | $737.33 | $198.40 | $935.72 |
| 655 | Yimer | Yidersal | $738.61 | $198.74 | $937.35 |
| 656 | Younes | Ahmed | $261.96 | $70.49 | $332.45 |
| 657 | Yurckonis | Hilbert | $2,748.69 | $739.60 | $3,488.29 |
| 658 | Zabadneh | Randa | $191.77 | $51.60 | $243.37 |
| 659 | Zafar | John | $695.32 | $187.09 | $882.41 |
| 660 | Zawoudie | Masfen | $1,439.30 | $387.28 | $1,826.58 |
| 661 | Zekichev | Nick | $371.95 | $100.08 | $472.03 |
| 662 | Zeleke | Abraham | $473.81 | $127.49 | $601.30 |
| 663 |  |  |  |  |  |
| 664 |  | TOTALS: | $685,886.60 | $184,555.17 | $870,441.77 |

Page 15 of 15

0020

0021

# EXHIBIT "2"

0021

Electronically Filed
7/17/2020 2:37 PM
Steven D. Grierson
CLERK OF THE COURT

**NEOJ**
Esther C. Rodriguez, Esq.
Nevada Bar No. 6473
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
702-320-8400
info@rodriguezlaw.com

Michael K. Wall, Esq.
Nevada Bar No. 2098
Hutchison & Steffen, LLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
702-385-2500
mwall@hutchlegal.com

Jay A. Shafer, Esq.
Nevada Bar No. 006791
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
702-794-4411
jshafer@premierelegalgroup.com
*Attorneys for Defendants*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | | |
|---|---|---|
| MICHAEL MURRAY and MICHAEL RENO, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A CAB TAXI SERVICE LLC and A CAB, LLC, and CREIGHTON J. NADY,<br><br>Defendants. | Case No.:<br>Dept. No. | A-12-669926-C<br>XXXII |

**NOTICE OF ENTRY OF ORDER DENYING PLAINTIFFS' MOTION TO ALLOW JUDGMENT ENFORCEMENT; PLAINTIFFS' MOTION TO DISTRIBUTE FUNDS HELD BY CLASS COUNSEL; AND PLAINTIFFS' MOTION REQUIRING THE TURNOVER OF CERTAIN PROPERTY OF THE JUDGMENT DEBTOR PURSUANT TO NRS 21.320; AND ORDER GRANTING DEFENDANTS' COUNTERMOTION FOR STAY OF COLLECTION ACTIVITIES**

PLEASE TAKE NOTICE that an Order Denying *Plaintiffs' Motion to Allow Judgment*

Page 1 of 2

0022

*Enforcement; Plaintiffs' Motion to Distribute Funds Held by Class Counsel; and Plaintiffs' Motion Requiring the Turnover of Certain Property of the Judgment Debtor Pursuant to Nrs 21.320*; and Order Granting *Defendants' Countermotion for Stay of Collection Activities* was entered by the Court on July 17, 2020. A copy of the Order is attached hereto.

DATED this __17th__ day of July, 2020.

**RODRIGUEZ LAW OFFICES, P. C.**

__/s/   Esther C. Rodriguez, Esq.__
Esther C. Rodriguez, Esq.
Nevada State Bar No. 006473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this __17th__ day of July, 2020, I electronically filed the foregoing with the Eighth Judicial District Court Clerk of Court using the E-file and Serve System which will send a notice of electronic service to the following:

Leon Greenberg, Esq.
Leon Greenberg Professional Corporation
2965 South Jones Boulevard, Suite E4
Las Vegas, Nevada 89146
*Co-Counsel for Plaintiffs*

Christian Gabroy, Esq.
Gabroy Law Offices
170 South Green Valley Parkway # 280
Henderson, Nevada 89012
*Co-Counsel for Plaintiffs*

__/s/ Susan Dillow__
An Employee of Rodriguez Law Offices, P.C.

**Rodriguez Law Offices, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel (702) 320-8400
Fax (702) 320-8401

Page 2 of 2

0023

Electronically Filed
7/17/2020 11:08 AM
Steven D. Grierson
CLERK OF THE COURT

**ORDR**
Esther C. Rodriguez, Esq.
Nevada Bar No. 6473
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
702-320-8400
info@rodriguezlaw.com

Michael K. Wall, Esq.
Nevada Bar No. 2098
Hutchinson & Steffen, LLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
702-385-2500
mwall@hutchlegal.com

Jay A. Shafer, Esq.
Nevada Bar No. 006791
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada  89128
702-794-4411
jshafer@crdslaw.com
*Attorneys for Defendants*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

|  |  |
|---|---|
| MICHAEL MURRAY and MICHAEL RENO, Individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> A CAB TAXI SERVICE LLC and A CAB, LLC, <br><br> Defendants. | Case No.:  A-12-669926-C <br> Dept. No.  XXXII |

**ORDER DENYING PLAINTIFFS' MOTION TO ALLOW JUDGMENT ENFORCEMENT;**

**PLAINTIFFS' MOTION TO DISTRIBUTE FUNDS HELD BY CLASS COUNSEL; AND**

**PLAINTIFFS' MOTION REQUIRING THE TURNOVER OF CERTAIN PROPERTY OF**

**THE JUDGMENT DEBTOR PURSUANT TO NRS 21.320; AND ORDER GRANTING**

<u>**DEFENDANTS' COUNTERMOTION FOR STAY OF COLLECTION ACTIVITIES**</u>

Plaintiffs' *Motion to Allow Judgment Enforcement; Motion to Distribute Funds Held by*

Page 1 of 5

0024

*Class Counsel; and Plaintiffs' Motion Requiring the Turnover of Certain Property of the Judgment Debtor Pursuant to NRS 21.320* were filed on October 3, 2019. Defendants' *Oppositions* to said motions and *Countermotion for Stay of Collection Activities* were filed on October 23, 2019. The hearings on these motions and the countermotion were held on November 12, 2019 and December 3, 2019. Plaintiffs were represented at the hearings by their attorneys, Leon Greenberg and Dana Sniegocki of Leon Greenberg Professional Corporation. Defendants were represented at the hearings by their attorneys, Esther C. Rodriguez of Rodriguez Law Offices, P.C., Michael K. Wall, of Hutchison Steffen, and Jay A. Shafer of Cory Reade Dows & Shafer. Also present at the hearing of December 3, 2019, was Steven J. Parsons, Esq. on behalf of Special Master George C. Swarts.

Plaintiffs' *Motion to Allow Judgment Enforcement* requested an Order from the Court granting them leave to handle in their sole discretion without any further order from the Court nor challenge by Defendants on procedural grounds, collection of the judgment for $614,599.07; as well as an order to receive Defendants' information from Special Master Swarts, previously deemed confidential by the Court, in order to utilize such information to execute upon assets to satisfy their judgment.

In response and in opposition, Defendants argued that Plaintiffs' request is in contravention to the NRCP and NRS which provide for due process and rights to object to seizures and collection activities. Defendants also asserted that Plaintiffs are not entitled to confidential materials ordered by the Court for other purposes, not for purposes of facilitating Plaintiffs' collection activities.

Defendants' *Countermotion for Stay of Collection Activities Pending Appeal* moved the Court for a stay of Plaintiffs' collection activities. In support of said request, Defendants offered additional security consisting of another $100,000 to be deposited to Plaintiffs' counsels' trust account (increasing the deposit to $303,494.54), as well as a proposal to maintain corporate transparency with the Special Master to insure no improper transfers were made which would jeopardize Plaintiffs' judgment.

Plaintiffs' *Motion Requiring the Turnover of Certain Property* requested the seizure of certain motor vehicles alleged to be owned by the taxicab company. Defendants opposed this motion as the same requested relief had previously been denied; and EDCR 7.12 bars multiple application.

Page 2 of 5

0025

Defendants also opposed the seizure of income-generating assets.

Plaintiffs' *Motion to Distribute Funds Held by Class Counsel* requested authority to distribute the funds held in the trust account of Plaintiffs' counsel. Defendants opposed this motion arguing that said funds were improperly taken and declaratory relief pertaining to these funds is pending in another court; the Court does not have subject matter jurisdiction over these claims; and the Plaintiffs' proposed plan for distribution does not further the stated goals of the Court.

The Court reviewed the briefing; entertained argument from both Plaintiffs and Defendants; as well as heard from counsel for Special Master Swarts (Mr. Swarts was unavailable due to personal family issues). Mr. Parsons indicated to the Court that Mr. Swarts was definitely of the opinion that any significant shifting of capital or assets away from the business, threatened the existence of the business. Further, Mr. Parsons indicated to the Court that at the time of the Special Master's analysis and reporting, the posting of a supersedeas bond was not within the capacity of A Cab, but no information was available to confirm the current financial ability to do so.

The Court, having read all the pleadings and papers on file herein, hearing the arguments of the parties, and good cause appearing, finds that a limited stay is warranted and appropriate. Accordingly, Plaintiffs will be permitted to conducted discovery that would be appropriate in a post-judgment scenario, but actual collection activity will be stayed. The Court recognizes that the taking of assets or monies in a collection sense could cripple the business and put it out of business, which is not the desired outcome.

Accordingly, the Court **DENIES** Plaintiffs' *Motion Requiring the Turnover of Certain Property of the Judgment Debtor Pursuant to NRS 21.320.*

The Court finds that at this stage there are two main objectives: those being to keep the company going and to secure the judgment should Defendants lose their appeal to the Nevada Supreme Court. As such, the Court finds that it is appropriate to reactivate the role of Special Master Swarts to further analyze the corporate records of Defendant in order to report to the Court what, if any, percentage of profits could be segregated as a further security while the appeal proceeds. It is apparent to the Court that Defendants cannot post a supersedeas bond for the approximately $1.4 million; and therefore the Court cannot grant a stay for all purposes on everything, because

0026

Defendants are without means to post the entirety of the bond at this point.  However, the Court finds that Defendants have posted a partial security which will soon exceed $300,000, and that a limited stay is appropriate.

The Plaintiffs will maintain this security deposit as well as any future security deposits in the trust account of Plaintiffs' counsel.  The Court recognizes that disbursement of these funds offered as security was not appropriate as it would be impossible to recover said funds distributed to hundreds of class members in small amounts, in the event that Defendants prevail in their appeals.

Accordingly, the Court **DENIES** Plaintiffs' *Motion to Distribute Funds Held By Class Counsel*.

**IT IS HEREBY ORDERED** that:

1. *Plaintiffs' Motion To Allow Judgment Enforcement* is **DENIED**;

2. *Plaintiffs' Motion To Distribute Funds Held By Class Counsel* is **DENIED**;

3. *Plaintiffs' Motion Requiring The Turnover of Certain Property of The Judgment Debtor Pursuant to NRS 21.320* is **DENIED**; and

4. *Defendants' Countermotion For Stay of Collection Activities* is **GRANTED**.

**FURTHER THE COURT ORDERS**:

The Court-appointed Special Master, George Swarts, will be re-activated to provide additional information to the Court to address what, if any, percentage of Defendant's profits could be segregated as a further security while the appeal proceeds.

The Court will set a status check in light of the present circumstances created by the COVID-19 pandemic including the closure of non-essential businesses including the Defendants' business, to determine a realistic date to accomplish a report by the Special Master.

. . .

. . .

. . .

. . .

. . .

. . .

Page 4 of 5

0027

*Murray v. A Cab, LLC, et al; District Court Case A-12-669926-C*

The Court further instructs the parties to provide additional briefing as to whether the additional fees incurred by the Special Master should be borne equally between the parties. Plaintiffs' response on this issue is due December 17, 2019; and Defendants' response is due December 31, 2019. After reviewing the briefs, the Court ORDERS that Special Master's fees shall be equally borne by the parties.

DATED this 17th day of July_____, 2020.

_____

**DISTRICT COURT JUDGE**
ROB BARE

Submitted by:

**RODRIGUEZ LAW OFFICES, P.C.**

_____
ESTHER C. RODRIGUEZ, ESQ.
Nevada State Bar No. 6473
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendants*

Approved as to form and content:

**LEON GREENBERG PROFESSIONAL CORPORATION**

*Not approved*

_____
LEON GREENBERG, ESQ.
Nevada Bar No.: 8094
2965 South Jones Boulevard, Suite E3
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

Page 5 of 5

0028

0029

# EXHIBIT "3"

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661 *MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|  | A | B | C |
|---|---|---|---|
| 1 | Creditor Last Name | Creditor First Name | Set off Amount if Not Reversed on Appeal |
| 2 | Abarca | Enrique | $9.62 |
| 3 | Abdella | Juhar | $2.11 |
| 4 | Abdulle | Abdirashid | $1.95 |
| 5 | Abebe | Tamrat | $35.52 |
| 6 | Abraha | Tesfalem | $4.86 |
| 7 | Abt | Daniel | $10.52 |
| 8 | Abuel | Alan | $0.32 |
| 9 | Abuhay | Fasil | $2.36 |
| 10 | Ackman | Charles | $4.54 |
| 11 | Acosta | Lorrie | $1.59 |
| 12 | Adamian | Robert | $9.38 |
| 13 | Adams | Michael | $2.28 |
| 14 | Adamson | Nicole | $11.94 |
| 15 | Adhanom | Tewoldebrhan | $1.46 |
| 16 | Agacevic | Ibnel | $3.54 |
| 17 | Agostino | Nicholas | $16.95 |
| 18 | Ahmed | Ahmed | $10.93 |
| 19 | Alemayehu | Tewodros | $0.50 |
| 20 | Alessi | Anthony | $0.16 |
| 21 | Alexander | Darvious | $0.74 |
| 22 | Alfaro | Joe | $3.55 |
| 23 | Ali | Abraham | $26.25 |
| 24 | Allegue | Yusnier | $16.69 |
| 25 | Allen | Otis | $75.03 |
| 26 | Alnaif | Abdul | $8.39 |
| 27 | Altamura | Vincent | $5.95 |
| 28 | Alvarado | Santiago | $1.11 |
| 29 | Alves | Mary | $11.66 |
| 30 | Ameha | Samuale | $2.89 |
| 31 | Anantagul | Kamol | $1.82 |
| 32 | Anastasio | James | $1.31 |
| 33 | Andersen | Jason | $14.13 |
| 34 | Anderson | Calvin | $15.97 |
| 35 | Anderson | Roosevelt | $24.95 |
| 36 | Anderson | William | $3.41 |
| 37 | Anif | Janeid | $16.60 |
| 38 | Appel | Howard | $0.28 |
| 39 | Applegate | Angela | $3.08 |
| 40 | Arar | Isam | $20.37 |
| 41 | Archer | Bert | $4.28 |

0030

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661

*MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|    | A | B | C |
|----|---|---|---|
| 42 | Arell | Roger | $0.50 |
| 43 | Arena | Francis | $6.22 |
| 44 | Arnwine | Howard | $23.84 |
| 45 | Asad | Tassawar | $0.34 |
| 46 | Asefa | Wossen | $5.38 |
| 47 | Aseffa | Mulubahan | $23.50 |
| 48 | Assena | Zenebech | $0.49 |
| 49 | Atanasov | Nikolay | $1.82 |
| 50 | Atterbury | Joseph | $1.89 |
| 51 | Auberry Jr. | Glenn | $3.66 |
| 52 | Aurich | Juan | $17.57 |
| 53 | Awalom | Alemayehu | $74.19 |
| 54 | Azmoudeh | Bobby | $2.46 |
| 55 | Azzouay | El | $1.60 |
| 56 | Ba | Awa | $14.98 |
| 57 | Baca | James | $1.25 |
| 58 | Baca-Paez | Sergio | $25.07 |
| 59 | Baker | Timothy | $25.20 |
| 60 | Bakhtiari | Marco | $31.87 |
| 61 | Bambenek | Matthew | $3.98 |
| 62 | Bandi | Pedram | $0.13 |
| 63 | Banuelos | Ruben | $1.77 |
| 64 | Barbu | Ion | $29.59 |
| 65 | Bardo | Timothy | $8.81 |
| 66 | Barich | Edward | $2.23 |
| 67 | Barnes | Benjamin | $70.05 |
| 68 | Barr | Kenneth | $6.77 |
| 69 | Barrameda | Danilo | $0.67 |
| 70 | Barseghyan | Artur | $4.41 |
| 71 | Barstow | Lance | $1.55 |
| 72 | Bartunek | Johnny | $0.23 |
| 73 | Bataineh | Ali | $2.58 |
| 74 | Batista | Eugenio | $0.58 |
| 75 | Bauer | William | $2.57 |
| 76 | Bell | Jeffrey | $0.31 |
| 77 | Bellegarde | Josue | $0.14 |
| 78 | Benel | Christian | $17.19 |
| 79 | Berger | James | $0.69 |
| 80 | Berichon | Mike | $11.17 |
| 81 | Bey | Ronald | $32.14 |
| 82 | Bialorucki | Richard | $9.83 |
| 83 | Black | Burton | $2.06 |
| 84 | Bliss | Valerie | $1.46 |
| 85 | Blum III | Arthur | $0.56 |
| 86 | Boling | Freddy | $6.23 |

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661

*MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|    | A | B | C |
|----|---|---|---|
| 87 | Borja | Virginia | $5.39 |
| 88 | Bowen | Christopher | $7.96 |
| 89 | Bozic | Nebojsa | $3.10 |
| 90 | Bradley | Leroy | $28.22 |
| 91 | Brauchle | Michael | $39.46 |
| 92 | Briggs | Andrew | $0.62 |
| 93 | Brimhall | Tracy | $44.89 |
| 94 | Brisco | Allen | $38.07 |
| 95 | Briski | Louis | $2.67 |
| 96 | Brooks | Jose | $0.55 |
| 97 | Brown | Daniel | $8.62 |
| 98 | Brown | Maurice | $9.14 |
| 99 | Buergey | Christopher | $12.40 |
| 100 | Bunns | Tommy | $6.66 |
| 101 | Burns | Brittany | $1.45 |
| 102 | Caldwell Jr. | Paul | $4.30 |
| 103 | Calise | Domenic | $0.67 |
| 104 | Cancio-Betancourt | Rene | $3.34 |
| 105 | Capone | Gary | $13.90 |
| 106 | Carr | Jamaal | $1.50 |
| 107 | Carracedo | Sonny | $4.25 |
| 108 | Casiello | Anthony | $6.52 |
| 109 | Castellanos | Joaquin | $4.95 |
| 110 | Catoggio | Alfred | $1.69 |
| 111 | Caymite | Luc | $2.61 |
| 112 | Chana | Chen | $7.76 |
| 113 | Chang | Yun-Yu | $8.22 |
| 114 | Charouat | Malek | $4.86 |
| 115 | Charov | Ivaylo | $0.80 |
| 116 | Chasteen | Jeffery | $0.46 |
| 117 | Chatrizeh | Shahin | $8.79 |
| 118 | Chavez | Rosemarie | $0.16 |
| 119 | Chico | David | $26.56 |
| 120 | Choudhary | Krishna | $20.00 |
| 121 | Christensen | Rosa | $22.16 |
| 122 | Christodoulou | Panos | $6.89 |
| 123 | Clark | Dennis | $6.06 |
| 124 | Clarke | Michael | $0.82 |
| 125 | Cobon | Karl | $12.07 |
| 126 | Cobos | Aaron | $3.05 |
| 127 | Cohoon | Thomas | $24.63 |
| 128 | Coizeau | Leonardo | $38.76 |
| 129 | Collier | Ella | $3.46 |
| 130 | Collins | Lincoln | $4.82 |
| 131 | Comeau | Brian | $0.83 |

0032

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661 *MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|     | A | B | C |
| --- | --- | --- | --- |
| 132 | Conde | Carlos | $1.22 |
| 133 | Coney-Cummings | Keisha | $6.27 |
| 134 | Conway | James | $41.07 |
| 135 | Corona | Fernando | $9.16 |
| 136 | Costello | Brad | $15.40 |
| 137 | Craddock | Charles | $6.58 |
| 138 | Craffey | Richard | $7.93 |
| 139 | Crawford | Darryl | $1.67 |
| 140 | Crawford | Maximillian | $1.85 |
| 141 | Cruz-Decastro | Antonio | $0.56 |
| 142 | Curtin | Ronald | $22.32 |
| 143 | Dacayanan | Liza | $6.08 |
| 144 | Daffron | Daniel | $14.66 |
| 145 | Daggett Jr. | Rudolph | $7.30 |
| 146 | Daniels | Donald | $38.64 |
| 147 | Daniels | James | $0.67 |
| 148 | Danielsen | Danny | $4.46 |
| 149 | D'Arcy | Timothy | $54.63 |
| 150 | Davila-Romero | Monica | $0.69 |
| 151 | Davis | Bradley | $25.58 |
| 152 | Deguzman | Fermin | $3.47 |
| 153 | Deguzman | Leloi | $7.31 |
| 154 | Dejacto | Giovanna | $7.79 |
| 155 | Delgado | Carlos | $1.24 |
| 156 | DeMarco | William | $6.86 |
| 157 | Deocampo | Michael | $2.35 |
| 158 | Dial | Donald | $9.58 |
| 159 | Diamond | Jeffrey | $3.22 |
| 160 | Diaz | Aiser | $0.27 |
| 161 | Dibaba | Desta | $11.31 |
| 162 | Dillard | Corey | $10.67 |
| 163 | Dinok | Ildiko | $18.06 |
| 164 | Dionas | John | $1.04 |
| 165 | Disbrow | Ronald | $29.21 |
| 166 | Dixon | Julius | $7.89 |
| 167 | Djapa-Ivosevic | Davor | $3.48 |
| 168 | Dobszewicz | Gary | $26.89 |
| 169 | Donahoe | Stephen | $5.59 |
| 170 | Dontchev | Nedeltcho | $28.99 |
| 171 | Dotson | Contessa | $0.58 |
| 172 | Dotson | Eugene | $2.74 |
| 173 | Doyle | William | $3.60 |
| 174 | Draper | Ivan | $10.45 |
| 175 | Dudek | Anthony | $16.78 |
| 176 | Duna | Lawrence | $8.98 |

0033

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661

*MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|     | A | B | C |
|-----|---|---|---|
| 177 | Durey | Robert | $9.38 |
| 178 | Durtschi | Jeffrey | $5.86 |
| 179 | Dymond | Ernest | $0.74 |
| 180 | Eddik | Muhannad | $0.37 |
| 181 | Edwards | Jeffrey | $9.72 |
| 182 | Egan | Joseph | $36.44 |
| 183 | Ekoue | Ayi | $33.20 |
| 184 | Elgendy | Mohamed | $1.14 |
| 185 | Eliades | George | $3.22 |
| 186 | Ellis | Charles | $9.01 |
| 187 | Emling | Paul | $1.73 |
| 188 | Emter | Christopher | $1.47 |
| 189 | Ernst | William | $24.43 |
| 190 | Esfarjany | Mahmood | $0.73 |
| 191 | Eshaghi | Mohammad | $2.88 |
| 192 | Estrada | Michael | $2.57 |
| 193 | Evans | Steven | $0.28 |
| 194 | Fadlallah | Michel | $7.97 |
| 195 | Fair | Kirby | $5.86 |
| 196 | Farah | Yohannes | $4.62 |
| 197 | Fears | Thomas | $30.75 |
| 198 | Feleke | Melak | $11.68 |
| 199 | Fesehazion | Teabe | $15.42 |
| 200 | Filatov | Andrey | $0.24 |
| 201 | Filfel | Kamal | $37.03 |
| 202 | Fitzsimmons | Marc | $3.87 |
| 203 | Flanders | Mary | $2.46 |
| 204 | Fleming | Gary | $38.08 |
| 205 | Ford | Todd | $11.59 |
| 206 | Fox | Gordon | $3.05 |
| 207 | Frankenberger | Grant | $7.38 |
| 208 | Franklin | David | $6.26 |
| 209 | Furst III | James | $0.57 |
| 210 | Galtieri | Frank | $3.18 |
| 211 | Garcia | John | $68.75 |
| 212 | Garcia | Miguel | $13.20 |
| 213 | Gardea | Alfred | $17.24 |
| 214 | Gared | Yaekob | $0.91 |
| 215 | Garras | Bill | $1.89 |
| 216 | Garrett | Kathleen | $0.24 |
| 217 | Gaumond | Gerard | $2.33 |
| 218 | Gebrayes | Henock | $4.25 |
| 219 | Gebremariam | Meley | $2.37 |
| 220 | Gebreyes | Fanuel | $6.06 |
| 221 | Gelane | Samuel | $52.19 |

0034

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661

*MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|     | A | B | C |
|-----|---|---|---|
| 222 | Gessese | Worku | $0.96 |
| 223 | Ghori | Azhar | $2.42 |
| 224 | Gianopoulos | Samuel | $13.37 |
| 225 | Gillett | David | $6.13 |
| 226 | Gilmore | Paula | $0.20 |
| 227 | Gilo | Hobart | $7.62 |
| 228 | Glaser | Stephen | $1.82 |
| 229 | Gleason | John | $32.92 |
| 230 | Glogovac | Goran | $7.12 |
| 231 | Godsey | Kelly | $14.56 |
| 232 | Godsey | Thomas | $1.07 |
| 233 | Goettsche | Dale | $0.37 |
| 234 | Gokcek | Guney | $1.18 |
| 235 | Golden | Theresa | $8.10 |
| 236 | Golla | Dawit | $0.85 |
| 237 | Gomez-Gomez | Arlene | $1.63 |
| 238 | Gonzalez | Luis | $15.99 |
| 239 | Gonzalez | Pedro | $3.11 |
| 240 | Gonzalez | Ramon | $5.94 |
| 241 | Gonzalez-Ruiz | Jose | $2.11 |
| 242 | Goolsby | Victor | $11.01 |
| 243 | Grafton | Natasha | $20.90 |
| 244 | Granchelle | Andrew | $8.27 |
| 245 | Gray | Gary | $36.87 |
| 246 | Green | Tony | $14.82 |
| 247 | Gross | Timothy | $10.22 |
| 248 | Guerrero | Daniel | $14.29 |
| 249 | Guinan | William | $3.75 |
| 250 | Gyuro | John | $4.05 |
| 251 | Habtom | Ermias | $7.83 |
| 252 | Hadley | Aaron | $2.62 |
| 253 | Haigh III | Walter | $2.39 |
| 254 | Hammoud | Wissam | $7.30 |
| 255 | Handlon | Michael | $7.67 |
| 256 | Hanna | Christopher | $4.17 |
| 257 | Hansen | Jordan | $14.61 |
| 258 | Haralambov | Valko | $3.07 |
| 259 | Harms | Michael | $8.59 |
| 260 | Harrell | Mark | $12.63 |
| 261 | Harris | Dennis | $28.98 |
| 262 | Harris | Jay | $11.75 |
| 263 | Harris III | Reggie | $0.23 |
| 264 | Harrison | Andrew | $3.51 |
| 265 | Hart | Brandi | $1.92 |
| 266 | Harun | Idris | $1.35 |

0035

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661

*MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|     | A               | B        | C       |
| --- | --------------- | -------- | ------- |
| 267 | Hasen           | Akmel    | $1.35   |
| 268 | Haskell         | William  | $44.87  |
| 269 | Hays            | Larry    | $24.25  |
| 270 | Hearne          | Stephen  | $2.23   |
| 271 | Henderson       | Lloyd    | $5.51   |
| 272 | Hendricks       | Mark     | $4.16   |
| 273 | Herbert         | Christopher | $13.89 |
| 274 | Herga           | Ryan     | $3.53   |
| 275 | Hernandez       | Rene     | $3.21   |
| 276 | Hernandez-Ocampo | Amilcar | $2.59   |
| 277 | Hill            | Douglas  | $3.48   |
| 278 | Hinds           | Monroe   | $3.59   |
| 279 | Hinks           | Dana     | $9.18   |
| 280 | Hirsi           | Kamal    | $6.30   |
| 281 | Hodge           | Lee      | $13.84  |
| 282 | Hoffman         | Gery     | $0.36   |
| 283 | Holcomb         | Dalton   | $13.72  |
| 284 | Holler          | Alfonso  | $5.80   |
| 285 | Hollis          | James    | $1.10   |
| 286 | Holt            | John     | $34.45  |
| 287 | Hooper          | Donald   | $6.24   |
| 288 | Hoschouer       | Christina | $15.59 |
| 289 | Hosley          | Tracie   | $2.19   |
| 290 | Hu              | Karl     | $1.62   |
| 291 | Huerena         | Samuel   | $0.60   |
| 292 | Hughes          | Jerry    | $6.73   |
| 293 | Hunter          | James    | $3.78   |
| 294 | Huntington      | Walter   | $3.68   |
| 295 | Hurd            | Donald   | $18.02  |
| 296 | Hurley          | Robert   | $2.91   |
| 297 | Hurtado         | Hubert   | $30.02  |
| 298 | Hussien         | Leykun   | $6.71   |
| 299 | Imran           | Muhammad | $1.23   |
| 300 | Isaac           | Edsel    | $3.11   |
| 301 | Isanan          | Claro    | $2.35   |
| 302 | Ivanov          | Yordan   | $0.88   |
| 303 | Ivey            | Timothy  | $12.35  |
| 304 | Jackson         | Anthony  | $5.85   |
| 305 | Jackson         | Frederick | $32.76 |
| 306 | Jackson         | Willie   | $31.61  |
| 307 | Jacobi          | Donald   | $13.66  |
| 308 | Jafarian        | Moharram | $0.16   |
| 309 | Jelancic        | Vladko   | $16.12  |
| 310 | Jellison        | Charles  | $3.86   |
| 311 | Jimenez         | Michael  | $9.60   |

0036

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661 *MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|  | A | B | C |
|---|---|---|---|
| 312 | Johnson | Brian | $0.74 |
| 313 | Johnson | Cary | $1.08 |
| 314 | Johnson | Kennard | $9.18 |
| 315 | Johnson | Richard | $1.92 |
| 316 | Johnson | Rodney | $0.53 |
| 317 | Johnson | Tony | $4.46 |
| 318 | Jones | Glenn | $15.78 |
| 319 | Joseph | Leroy | $28.79 |
| 320 | Kabbaz | David | $0.91 |
| 321 | Kadir | Tura | $0.28 |
| 322 | Kadri | Abdelkrim | $0.12 |
| 323 | Kaiyoorawongs | Chaipan | $36.17 |
| 324 | Kalimba | Gaston | $6.26 |
| 325 | Kang | Chong | $1.20 |
| 326 | Karner | Adam | $10.31 |
| 327 | Keba | Woldmarim | $6.72 |
| 328 | Keller | Roger | $4.61 |
| 329 | Kenary | Brian | $4.15 |
| 330 | Kern | Gary | $99.31 |
| 331 | Key | Roy | $2.06 |
| 332 | Khan | Zaka | $0.63 |
| 333 | Kimler | Ryan | $2.35 |
| 334 | King Jr. | John | $1.36 |
| 335 | Kingsley | David | $0.59 |
| 336 | Kissel | Sean | $0.60 |
| 337 | Klein | Phillip | $42.86 |
| 338 | Knight | Tyree | $3.10 |
| 339 | Kogan | Martin | $79.92 |
| 340 | Krouse | Stephen | $1.01 |
| 341 | Kull Jr. | William | $1.60 |
| 342 | Kunik | Robert | $3.56 |
| 343 | Laico | Paul | $1.21 |
| 344 | Lant | Mark | $8.19 |
| 345 | Lantis | Glen | $5.04 |
| 346 | Lathan | Joseph | $3.18 |
| 347 | Lay | Gilbert | $1.65 |
| 348 | Leacock | Brian | $14.06 |
| 349 | Leal | Jill | $25.74 |
| 350 | Lee | Melvin | $5.54 |
| 351 | Lee | Thomas | $34.84 |
| 352 | Legesse | Dereje | $6.56 |
| 353 | Ligus | Thomas | $2.59 |
| 354 | Link | Peter | $12.54 |
| 355 | Linzer | Steven | $0.50 |
| 356 | Little | Dennis | $8.77 |

0037

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661
*MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|     | A | B | C |
|-----|---|---|---|
| 357 | Lombana | Francisco | $0.61 |
| 358 | Lonbani | Khosro | $7.17 |
| 359 | Lopez-Silvero | Fidel | $0.96 |
| 360 | Lorenz | Dierdra | $10.22 |
| 361 | Lovelady | Warren | $0.14 |
| 362 | Lovin | Charles | $2.92 |
| 363 | Macato | Jaime | $28.98 |
| 364 | Madi | Adam | $1.62 |
| 365 | Magana | Luis | $6.67 |
| 366 | Maharit | Khamkhrung | $0.75 |
| 367 | Mahoney | Kevin | $5.10 |
| 368 | Mainwaring | David | $36.33 |
| 369 | Majors | John | $81.27 |
| 370 | Manitien | Ted | $0.16 |
| 371 | Manor | Quincy | $16.12 |
| 372 | Maras | Maria | $25.90 |
| 373 | Martinez | Arturo | $0.75 |
| 374 | Martinez | Francisco | $20.21 |
| 375 | Martinez-Ramirez | Eduardo | $8.94 |
| 376 | Martins | Julio | $3.52 |
| 377 | Mastrio | Angelo | $3.39 |
| 378 | Mastrio | Pamela | $2.76 |
| 379 | Mathis | George | $3.51 |
| 380 | Maza | Inez | $4.13 |
| 381 | McCall | Melvin | $2.00 |
| 382 | McCarroll-Jones | Claudia | $0.21 |
| 383 | McCarter | Patrick | $25.36 |
| 384 | McCarthy | John | $41.00 |
| 385 | McConnell | Therral | $10.31 |
| 386 | McCoubrey | Earl | $15.90 |
| 387 | McDougle | Jeffrey | $1.47 |
| 388 | McGarry | James | $2.11 |
| 389 | McGowan | Sean | $2.70 |
| 390 | McGregor | Matthew | $10.12 |
| 391 | McNeece | James | $1.74 |
| 392 | McSkimming | John | $10.64 |
| 393 | Mekonen | Solomon | $4.53 |
| 394 | Melesse | Abebe | $0.39 |
| 395 | Melka | Tariku | $0.32 |
| 396 | Meloro | Paul | $38.39 |
| 397 | Mengesha | Alemayehu | $6.16 |
| 398 | Menocal | Pedro | $12.15 |
| 399 | Meyer | Ronald | $0.63 |
| 400 | Mezzenasco | Pedro | $15.54 |
| 401 | Michilena | Luis | $0.78 |

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661 *MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|  | A | B | C |
|---|---|---|---|
| 402 | Miller | Jason | $11.60 |
| 403 | Milliron | Darrol | $20.02 |
| 404 | Mindyas | James | $6.84 |
| 405 | Mirkulovski | Danny | $6.49 |
| 406 | Mitrikov | Ilko | $26.32 |
| 407 | Miyazaki | Nisaburo | $10.77 |
| 408 | Mogeeth | Ehab | $3.82 |
| 409 | Monforte II | Peter | $59.88 |
| 410 | Monteagudo | Oscar | $11.06 |
| 411 | Montoya Villa | Francisco | $6.51 |
| 412 | Moore | Aileen-Louise | $3.88 |
| 413 | Moreno | James | $51.60 |
| 414 | Moretti | Bryan | $16.79 |
| 415 | Morley | David | $6.07 |
| 416 | Morris | Robert | $17.07 |
| 417 | Morris | Thomas | $54.27 |
| 418 | Mosely | David | $13.49 |
| 419 | Mostafa | Ahmed | $5.90 |
| 420 | Motazedi | Kamran | $2.14 |
| 421 | Mottaghian | Joseph | $0.37 |
| 422 | Muhtari | Abdulrahman | $7.26 |
| 423 | Murawski | Richard | $18.80 |
| 424 | Murray | Mark | $0.28 |
| 425 | Murray | Michael P. | $9.09 |
| 426 | Nantista | Peter | $2.50 |
| 427 | Nazarov | Mikael | $28.98 |
| 428 | Ndichu | Simon | $4.32 |
| 429 | Nedyalkov | Atanas | $3.79 |
| 430 | Negashe | Legesse | $5.93 |
| 431 | Nemeth | Zoltan | $4.17 |
| 432 | Ngo | Tuan | $18.97 |
| 433 | Nichols | Keith | $3.97 |
| 434 | Nigussie | Gulilat | $5.67 |
| 435 | Nolan | Eamonn | $1.27 |
| 436 | Norberg | Christopher | $10.85 |
| 437 | Norvell | Chris | $55.36 |
| 438 | Ocampo | Leonardo | $10.41 |
| 439 | Ogbazghi | Dawit | $5.78 |
| 440 | O'Grady | Francis | $4.77 |
| 441 | Ohlson | Ryan | $8.88 |
| 442 | Olen | Virginia | $26.24 |
| 443 | Oliveros | Mario | $7.92 |
| 444 | Olson | Eric | $6.07 |
| 445 | Ontura | Tesfalem | $3.06 |
| 446 | Orr | Mark | $1.74 |

0039

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661 *MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|  | A | B | C |
|---|---|---|---|
| 447 | Ortega | Paul | $0.56 |
| 448 | Ortega | Saul | $5.19 |
| 449 | O'Shea | Kevin | $1.93 |
| 450 | Osterman | Victor | $2.47 |
| 451 | Overson | Michael | $7.50 |
| 452 | Oyebade | Vincent | $1.37 |
| 453 | Ozgulgec | Tunc | $17.43 |
| 454 | Pak | Kon | $4.42 |
| 455 | Paone | Chris | $12.91 |
| 456 | Pariso | David | $56.54 |
| 457 | Park | Danny | $0.46 |
| 458 | Parker | Gary | $16.37 |
| 459 | Parker | Shawnette | $5.68 |
| 460 | Parmenter | William | $20.22 |
| 461 | Paros | Nicholas | $0.17 |
| 462 | Passera | Charles | $0.78 |
| 463 | Patry | Michael | $25.80 |
| 464 | Patton | Dorothy | $0.51 |
| 465 | Peace | Kimberly | $2.85 |
| 466 | Peacock | Paula | $1.40 |
| 467 | Pearson | Jon | $11.67 |
| 468 | Peer | Yuda | $0.97 |
| 469 | Penera | Eric | $1.47 |
| 470 | Perrotti | Dominic | $4.05 |
| 471 | Petculescu | Ciprian | $0.34 |
| 472 | Peterson | Kenneth | $8.64 |
| 473 | Peterson | Steven | $37.77 |
| 474 | Petrie | Theodore | $0.58 |
| 475 | Petrossian | Robert | $8.01 |
| 476 | Phillips | Larry | $10.40 |
| 477 | Phonesavanh | Paul | $8.76 |
| 478 | Pilkington | Margaret | $20.13 |
| 479 | Pineda | Carlos | $35.33 |
| 480 | Pitts | Amir | $7.66 |
| 481 | Platania | John | $6.57 |
| 482 | Pletz | David | $25.83 |
| 483 | Pohl | Daniel | $2.20 |
| 484 | Polchinski | Paul | $1.31 |
| 485 | Pony | David | $0.61 |
| 486 | Portillo | Mario | $7.00 |
| 487 | Presnall | Darryl | $4.47 |
| 488 | Price | Allen | $7.44 |
| 489 | Price | James | $17.60 |
| 490 | Prifti | Ilia | $4.94 |
| 491 | Punzalan | Luciano | $2.79 |

0040

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661

*MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|  | A | B | C |
|---|---|---|---|
| 492 | Purdue | Robert | $2.48 |
| 493 | Pyles | Joseph | $8.05 |
| 494 | Rainey | James | $2.59 |
| 495 | Ramirez | Erney | $8.97 |
| 496 | Rasheed | Willie | $47.38 |
| 497 | Ray | William | $0.15 |
| 498 | Regans | Mark | $4.48 |
| 499 | Relopez | Craig | $18.95 |
| 500 | Reno | Michael | $45.17 |
| 501 | Riipi | Karl | $1.49 |
| 502 | Rios-Lopez | Oscar | $2.24 |
| 503 | Risby | Clifford | $12.51 |
| 504 | Risco | Pedro | $6.54 |
| 505 | Rivas | Victor | $14.87 |
| 506 | Rivero-Vera | Raul | $3.41 |
| 507 | Rivers | Willie | $7.58 |
| 508 | Roach | Jayson | $7.85 |
| 509 | Roberson | Ronnie | $1.19 |
| 510 | Roberts | James | $9.04 |
| 511 | Robinson | Mikalani | $4.71 |
| 512 | Robles | Mark | $0.59 |
| 513 | Rockett Jr. | Roosevelt | $0.96 |
| 514 | Rodriguez | Armando | $0.36 |
| 515 | Rohlas | Polly | $35.22 |
| 516 | Romano | Anthony | $13.80 |
| 517 | Romero | Ruben | $8.11 |
| 518 | Ross | Larry | $0.88 |
| 519 | Ross | Lee | $2.06 |
| 520 | Rothenberg | Edward | $2.82 |
| 521 | Rotich | Emertha | $15.77 |
| 522 | Rousseau | James | $7.76 |
| 523 | Ruby | Melissa | $3.14 |
| 524 | Ruiz | Travis | $6.92 |
| 525 | Russell | Darrell | $7.76 |
| 526 | Sadler | James | $0.98 |
| 527 | Saevitz | Neil | $3.28 |
| 528 | Salameh | George | $12.76 |
| 529 | Saleh | Jemal | $58.38 |
| 530 | Sam | Phea | $7.38 |
| 531 | Sameli | Sabino | $10.87 |
| 532 | Sampson | James | $7.60 |
| 533 | Sanchez-Ramos | Natasha | $3.40 |
| 534 | Sanders | Acy | $8.70 |
| 535 | Sans | Thomas | $9.07 |
| 536 | Sapienza | Gino | $3.09 |

0041

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661 *MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|     | A | B | C |
|-----|---|---|---|
| 537 | Saravanos | John | $60.68 |
| 538 | Sargeant | Michael | $1.94 |
| 539 | Sayed | Jamil | $7.62 |
| 540 | Schraeder | Scott | $6.72 |
| 541 | Schroeder | William | $24.90 |
| 542 | Schwartz | George | $7.10 |
| 543 | Schwartz | Steven | $27.33 |
| 544 | Secondo | Muridi | $4.62 |
| 545 | Sedgwick | Anthony | $1.53 |
| 546 | Serio | John | $9.04 |
| 547 | Serrano | Hector | $19.97 |
| 548 | Sevillet | Otto | $1.62 |
| 549 | Sexner | Alexis | $11.28 |
| 550 | Shafiei | Abdolreza | $6.51 |
| 551 | Shallufa | Azmy | $65.78 |
| 552 | Shein | Efraim | $3.59 |
| 553 | Sherman | Jason | $2.53 |
| 554 | Shinn | Kevin | $5.46 |
| 555 | Shoyombo | Rilwan | $16.83 |
| 556 | Siasat | Manuel | $0.38 |
| 557 | Sibre | Christopher | $3.47 |
| 558 | Siegel | Jeffrey | $1.08 |
| 559 | Siljkovic | Becir | $21.88 |
| 560 | Simmons | John | $2.39 |
| 561 | Sinay | Abraham | $2.76 |
| 562 | Singh | Baldev | $2.13 |
| 563 | Sitotaw | Haileab | $1.40 |
| 564 | Smale | Charles | $11.04 |
| 565 | Smith | Jepthy | $3.36 |
| 566 | Smith | Lottie | $36.00 |
| 567 | Smith Jr. | Willie | $15.19 |
| 568 | Solares | John | $5.35 |
| 569 | Solis | Brigido | $2.06 |
| 570 | Solymar | Istvan | $3.58 |
| 571 | Soree | Mladen | $17.06 |
| 572 | Sorkin | Jack | $3.97 |
| 573 | Sorrosa | Juan | $22.29 |
| 574 | Soto | Jacob | $1.39 |
| 575 | Soto | Johnny | $2.32 |
| 576 | Sparks | Cody | $0.23 |
| 577 | Spaulding | Ross | $2.88 |
| 578 | Spilmon | Mark | $54.80 |
| 579 | Springer | Marvin | $10.06 |
| 580 | Stanley | John | $3.38 |
| 581 | Stauff | John | $1.34 |

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661

*MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|  | A | B | C |
|---|---|---|---|
| 582 | Stayton | William | $1.40 |
| 583 | Stearns | Thomas | $6.23 |
| 584 | Steck | Gregory | $68.78 |
| 585 | Stephanov | Liuben | $2.59 |
| 586 | Stern | Robert | $3.45 |
| 587 | Stevenson | John | $20.09 |
| 588 | Stockton | Clarence | $15.77 |
| 589 | Stonebreaker | Dawn | $23.51 |
| 590 | Talley | George | $3.56 |
| 591 | Tapia-Vergara | Agustin | $6.93 |
| 592 | Tarragano | Stephen | $7.96 |
| 593 | Taylor | Brent | $7.46 |
| 594 | Taylor | David | $3.83 |
| 595 | Taylor | Marvin | $8.43 |
| 596 | Tedros | Biserat | $4.78 |
| 597 | Terry | James | $11.06 |
| 598 | Thomas | Cator | $5.05 |
| 599 | Thomas | Hasan | $2.92 |
| 600 | Thomas | Scott | $31.54 |
| 601 | Thompson | Glen | $34.47 |
| 602 | Thompson | Michael | $79.57 |
| 603 | Timko | Robert | $2.64 |
| 604 | Toka | Tamas | $5.26 |
| 605 | Travis | Brian | $8.90 |
| 606 | Trumpp | Robert | $2.49 |
| 607 | Tsegaye | Miheret | $0.60 |
| 608 | Tucker | Kenlon | $32.87 |
| 609 | Tullao | Isaac | $4.86 |
| 610 | Turner | Michael | $0.47 |
| 611 | Tyler | Christopher | $3.16 |
| 612 | Uba | Chima | $2.38 |
| 613 | Ullah | Mohammad | $1.06 |
| 614 | Urban | David | $1.21 |
| 615 | Urbanski | Anthony | $16.65 |
| 616 | Valdes | Lazaro | $1.91 |
| 617 | Vanluven | RJ | $20.37 |
| 618 | Vences | Alfredo | $9.91 |
| 619 | Viado | Ramon | $24.21 |
| 620 | VonEngel | Stephen | $0.35 |
| 621 | Vongthep | Christopher | $31.98 |
| 622 | Vonkageler | Mark | $1.54 |
| 623 | Wagg | John | $2.61 |
| 624 | Wakeel | Daud | $8.02 |
| 625 | Walker | Arthur | $1.35 |
| 626 | Wallace | Roy | $43.43 |

PROOF OF CLAIM - AMOUNTS OF SET OFF THAT CURRENTLY EXISTS IN FAVOR OF DEBTOR AGAINST EACH OF 661

*MURRAY* JUDGMENT CREDITOR CLAIMS

IN RE A CAB SERIES LLC - CASE # 22-14361

|  | A | B | C |
|---|---|---|---|
| 627 | Warner | Terrance | $19.99 |
| 628 | Weaver | Gerie | $44.74 |
| 629 | Webb | Ricky | $7.37 |
| 630 | Webster | Brock | $3.00 |
| 631 | Weiss | Matthew | $0.71 |
| 632 | Welborn | Paul | $10.03 |
| 633 | Weldu | Berhane | $3.14 |
| 634 | Welzbacher | Daniel | $27.93 |
| 635 | White II | Prinest | $1.81 |
| 636 | Williams | Danny | $3.23 |
| 637 | Wilson Jr. | Mose | $39.32 |
| 638 | Wing | Roland | $0.97 |
| 639 | Witte | Daniel | $2.69 |
| 640 | Wolde | Hailemariam | $4.55 |
| 641 | Woldeghebriel | Berhane | $12.24 |
| 642 | Wolfe | Thomas | $8.58 |
| 643 | Wondired | Eshetu | $4.99 |
| 644 | Wong | Jorge | $27.43 |
| 645 | Wong | Wanjin | $13.16 |
| 646 | Woodall | Charles | $7.20 |
| 647 | Workneh | Abent | $0.43 |
| 648 | Worku | Abiye | $2.99 |
| 649 | Wright | Edward | $8.78 |
| 650 | Yabut | Gerry | $37.32 |
| 651 | Yamaguchi | Alicia | $36.45 |
| 652 | Yepiz-Patron | Ubaldo | $0.22 |
| 653 | Yesayan | Razmik | $0.27 |
| 654 | Yihdego | Abdulkadir | $7.58 |
| 655 | Yimer | Yidersal | $7.60 |
| 656 | Younes | Ahmed | $2.69 |
| 657 | Yurckonis | Hilbert | $28.26 |
| 658 | Zabadneh | Randa | $1.97 |
| 659 | Zafar | John | $7.15 |
| 660 | Zawoudie | Masfen | $14.80 |
| 661 | Zekichev | Nick | $3.82 |
| 662 | Zeleke | Abraham | $4.87 |
| 663 |  |  |  |
| 664 |  | TOTAL: | $7,052.87 |

0044

0045

# EXHIBIT "B"

LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

Attorney for Creditor
Leon Greenberg Professional Corporation
Attorney for *Murray* Case Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

-----------------------------------------------------------X

In re:

                                                   **Case No. BK-22-14361-nmc**

**A CAB, SERIES L.L.C.**
    **fka A CAB, LLC,**                           **Chapter 11**

                        **Debtor.**            Hearing Date: February 14, 2023
                                         Hearing Time: 9:30 am
-----------------------------------------------------------X

**[PROPOSED] ORDER GRANTING
LEON GREENBERG, ESQ PERMISSION TO FILE A SINGLE
ITEMIZED PROOF OF CLAIM FOR 661 CREDITORS**

0046

Creditor Michael Murray and 660 additional creditors possessing judgments against the Debtor arising from the case of *Murray v. A Cab Taxi Service LLC,* Nevada Eighth Judicial District Court, A-12-669926-C, (the "*Murray* Creditors") having filed an Application in their *MOTION FOR AN ORDER GRANTING LEON GREENBERG, ESQ PERMISSION TO FILE A SINGLE ITEMIZED PROOF OF CLAIM FOR 661 CREDITORS* [ECF No.   ], for an Order directing the Clerk of the Court to accept the filing of a proof of claim for each of those 661 *Murray* Creditors, in different individual amounts, through the filing of a single document with the Clerk containing an itemized list as to the name and the claimed amount of each of those  661 *Murray* Creditor's claim, in the form annexed as Exhibit "A" to that motion, and in a single electronic transaction; the Court having reviewed the Application and materials submitted therewith, the notice of the Application having been proper; the Court having held a hearing on the matter and considered the support presented for the Application and the opposition thereto and the arguments of counsel; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Application to allow Leon Greenberg, Esq., to file a single proof of claim document, in the form attached as Ex. "A" to the motion [ECF No.  ], in a single electronic transaction with the Clerk of the Court, to effectuate the filing of a proof of claim for each of the 661 *Murray* Creditors in the amounts and

0047

subject to the conditions set forth in that proposed single proof of claim document, in lieu of requiring the filing of such proofs of claim through 661 separate documents and electronic transactions with the Clerk of the Court is GRANTED.

2. Leon Greenberg, as attorney for the 661 *Murray* Creditors, is authorized to file the single proof of claim document approved by this Court with the Clerk of the Court through the Court's electronic filing system in a single electronic transaction on behalf of "Michael Murray and attached list of 660 additional creditors," and the Clerk of the Court shall process and enter into the record of this case, if such single proof of claim document is filed before the proof of claim bar date, that each of the 661 *Murray* Creditor claims have timely filed a proof of claim for the amount recited in, and subject to the conditions recited in, that single proof of claim document for each of such 661 *Murray* Creditors.

**IT IS SO ORDERED.**

Respectfully submitted by:

Leon Greenberg Professional Corporation
/s/ *Leon Greenberg*
Leon Greenberg (NSB 8094)
1811 South Rainbow Boulevard, Suite 210
Las Vegas, Nevada 89146
Telephone: 702-383-6085
Facsimile: 702-385-1827
Email: leongreenberg@overtimelaw.com

Attorney for Creditor
Leon Greenberg Professional Corporation
Attorney for *Murray* Case Creditors

0048

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that the court has waived the requirement of approval under LR 9021(b)(1)

###

0050

# EXHIBIT "C"

Electronically Filed
11/17/2022 11:01 AM

*[signature]*

CLERK OF THE COURT

**ORDR**
LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
Ranni@overtimelaw.com

CHRISTIAN GABROY, ESQ., SBN 8805
Gabroy Law Offices
170 S. Green Valley Parkway - Suite 280
Henderson Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com

Attorneys for Plaintiffs

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| MICHAEL MURRAY, and MICHAEL RENO, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A CAB TAXI SERVICE LLC, A CAB, LLC, and CREIGHTON J. NADY,<br><br>Defendants. | Case No.: A-12-669926-C<br><br>Dept.: IX<br><br>**ORDER MODIFYING FINAL JUDGMENT ENTERED ON AUGUST 21, 2018** |

1

0051

The Court entered a final judgment in this case on August 21, 2018, as subsequently amended by its Order entered October 22, 2018, against defendant A Cab Series LLC, formerly known as A CAB, LLC.   An appeal of that final judgment and certain post-judgment Orders was taken by such defendant and duly heard by the Nevada Supreme Court, which issued an Opinion and remittitur received by this Court on February 4, 2022, wherein it directed a modification of such final judgment to reduce it by the amount of damages previously awarded to plaintiffs for the time period prior to the two year statute of limitations applicable to the plaintiffs' claims, meaning prior to October 8, 2010, this case being commenced on October 8, 2012, and otherwise affirming such final judgment.  Plaintiffs filed their Motion for Entry of a Modified Judgment pursuant to such remittitur on February 14, 2022, defendant filed their Response in Opposition on February 28, 2022, and plaintiffs filed their Reply in Support of their Motion on August 12, 2022, with the parties also having the opportunity to further address the issues in their supplemental briefs filed on September 30, 2022,   After due and proper deliberation, review of the arguments set forth in each of the parties' foregoing briefs and by their counsel, the Court entered an Order on November 11, 2022, granting that motion and directing the entry of an Order Modifying the Final Judgment in this case entered on August 21, 2018, and the Court hereby finds and orders:

2.

Plaintiffs, in their motion, have submitted to the Court the modified amount of damages to be awarded to the class members, properly reduced from the amounts specified for 890 class members at Ex. "A" to the judgment entered by the Court on August 21, 2018; and it is hereby

ORDERED that Ex. "A" annexed hereto, the list of the modified amount of damages to be awarded to the class members presented in plaintiffs' motion, shall be substituted for the Ex. "A" list annexed to the judgment entered by the Court on August 21, 2018, with that original Ex. "A" list being stricken, and with the Judgment modified accordingly; and it is further

ORDERED that the Clerk of the Court shall enter judgment for each individual class member in the amount specified in Column "F" in Ex. "A" as annexed hereto against defendants A CAB TAXI SERVICE LLC and A CAB SERIES LLC, formerly known as A CAB, LLC; in doing so it shall substitute such amounts for the prior amounts it was directed to enter for each class member pursuant to the judgment entered by the Court on August 21, 2018, it being further provided that the Clerk of the Court shall strike from its judgment docket the amount it had previously entered as a judgment in favor of any class member who does not appear on Ex. "A" of this Order; and it is further

3.

ORDERED the Court's Order and Judgment entered on August 21, 2018, shall remain in effect in all other respects except as modified herein and shall accrue post-judgment interest on the amounts specified in Column "F" in Ex. "A" annexed hereto as of August 21, 2018.

IT IS SO ORDERED.

Dated this ___ day of_____, 2022.

Dated this 17th day of November, 2022

_____
Hon. Maria Gall
DISTRICT COURT JUDGE
E39 CAC F3CC 83EE
Maria Gall
District Court Judge

Submitted by:

By: ___/s/ *Leon Greenberg*
Leon Greenberg, Esq.
LEON GREENBERG PROF. CORP.
2965 S. Jones Blvd. Ste. E-3
Las Vegas, NV  89146
Attorneys for Plaintiffs


Approved as to form and content:

         Not Approved
By:_____
Esther C. Rodriguez, Esq.
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive. Ste. 150
Las Vegas, NV  89145
Attorney for Defendants

4.

0054

Case 22-14361-nmc Doc 62 Entered 02/03/23 12:00:18 Page 64 of 118

# EXHIBIT "A"

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | **Totals for All Class Members** | | **$597,772.48** | **$88,114.12** | **$685,886.60** | **$669,340.72** | **($71,568.24)** |
| 2 | **Employee** | | | **Total Lower Tier Minimum Wages Owed 10/8/2010 - 12/31/2015 After Set Off and Over** | **Interest from 1/1 2016 through** | **Total with** | **Total 10/8/2010 - 12/31/2015** | **Set Off from USDOL** |
| 3 | **Number** | **Last Name** | **First Name** | **10.00** | **6/30/2018** | **Interest** | **Shortage** | **Settlement** |
| 4 | 3861 | Abarca | Enrique | $815.12 | $120.15 | $935.27 | $815.12 | $0.00 |
| 5 | 3638 | Abdella | Juhar | $178.63 | $26.33 | $204.96 | $319.03 | ($140.40) |
| 6 | 105408 | Abdulle | Abdirashid | $165.36 | $24.38 | $189.74 | $165.36 | $0.00 |
| 7 | 3606 | Abebe | Tamrat | $3,010.66 | $443.78 | $3,454.44 | $3,010.66 | $0.00 |
| 8 | 3302 | Abraha | Tesfalem | $411.83 | $60.70 | $472.53 | $411.83 | $0.00 |
| 9 | 105813 | Abt | Daniel | $891.35 | $131.39 | $1,022.74 | $891.35 | $0.00 |
| 10 | 2640 | Abuel | Alan | $26.99 | $3.98 | $30.97 | $259.30 | ($232.31) |
| 11 | 3513 | Abuhay | Fasil | $199.88 | $29.46 | $229.34 | $390.89 | ($191.01) |
| 12 | 100221 | Ackman | Charles | $385.21 | $56.78 | $441.99 | $385.21 | $0.00 |
| 13 | 3853 | Acosta | Lorrie | $135.08 | $19.91 | $154.99 | $135.08 | $0.00 |
| 14 | 3609 | Adamian | Robert | $794.61 | $117.13 | $911.74 | $995.17 | ($200.56) |
| 15 | 3896 | Adams | Michael | $193.46 | $28.52 | $221.98 | $283.69 | ($90.23) |
| 16 | 3641 | Adamson | Nicole | $1,012.32 | $149.22 | $1,161.54 | $1,306.43 | ($294.11) |
| 17 | 25411 | Adhanom | Tewoldebrhan | $124.16 | $18.30 | $142.46 | $124.16 | $0.00 |
| 18 | 3846 | Agacevic | Ibnel | $299.99 | $44.22 | $344.21 | $299.99 | $0.00 |
| 19 | 100821 | Agostino | Nicholas | $1,436.35 | $211.72 | $1,648.07 | $1,436.35 | $0.00 |
| 20 | 3684 | Ahmed | Ahmed | $926.12 | $136.51 | $1,062.63 | $1,290.23 | ($364.11) |
| 21 | 3678 | Alemayehu | Tewodros | $42.09 | $6.20 | $48.30 | $42.09 | $0.00 |
| 22 | 3692 | Alessi | Anthony | $13.62 | $2.01 | $15.63 | $13.62 | $0.00 |
| 23 | 3712 | Alexander | Darvious | $63.13 | $9.30 | $72.43 | $63.13 | $0.00 |
| 24 | 3869 | Alfaro | Joe | $300.71 | $44.33 | $345.03 | $300.71 | $0.00 |
| 25 | 3661 | Ali | Abraham | $2,224.87 | $327.95 | $2,552.82 | $2,224.87 | $0.00 |
| 26 | 104525 | Allegue | Yusnier | $1,414.77 | $208.54 | $1,623.31 | $1,414.77 | $0.00 |
| 27 | 2903 | Allen | Otis | $6,359.32 | $937.39 | $7,296.71 | $6,359.32 | $0.00 |
| 28 | 25979 | Alnaif | Abdul | $711.15 | $104.83 | $815.98 | $743.50 | ($32.35) |
| 29 | 3787 | Altamura | Vincent | $503.89 | $74.28 | $578.17 | $503.89 | $0.00 |
| 30 | 103822 | Alvarado | Santiago | $94.08 | $13.87 | $107.95 | $94.08 | $0.00 |
| 31 | 3769 | Alves | Mary | $988.61 | $145.72 | $1,134.33 | $988.61 | $0.00 |
| 32 | 3645 | Ameha | Samuale | $244.82 | $36.09 | $280.91 | $244.82 | $0.00 |
| 33 | 24038 | Anantagul | Kamol | $154.39 | $22.76 | $177.15 | $154.39 | $0.00 |
| 34 | 3564 | Anastasio | James | $111.24 | $16.40 | $127.63 | $111.24 | $0.00 |
| 35 | 29709 | Andersen | Jason | $1,197.51 | $176.52 | $1,374.03 | $1,968.47 | ($770.96) |
| 36 | 106828 | Anderson | Calvin | $1,353.44 | $199.50 | $1,552.95 | $1,353.44 | $0.00 |
| 37 | 3672 | Anderson | Roosevelt | $2,114.65 | $311.71 | $2,426.36 | $2,787.37 | ($672.72) |
| 38 | 3943 | Anderson | William | $289.40 | $42.66 | $332.06 | $289.40 | $0.00 |
| 39 | 3650 | Anif | Janeid | $1,406.55 | $207.33 | $1,613.88 | $1,406.55 | $0.00 |
| 40 | 2942 | Appel | Howard | $23.47 | $3.46 | $26.93 | $23.47 | $0.00 |
| 41 | 3614 | Applegate | Angela | $260.97 | $38.47 | $299.44 | $319.42 | ($58.45) |
| 42 | 3730 | Arar | Isam | $1,726.82 | $254.54 | $1,981.36 | $2,235.96 | ($509.14) |
| 43 | 104910 | Archer | Bert | $362.37 | $53.41 | $415.78 | $362.37 | $0.00 |
| 44 | 3709 | Arell | Roger | $42.41 | $6.25 | $48.66 | $92.02 | ($49.61) |
| 45 | 3931 | Arena | Francis | $527.13 | $77.70 | $604.83 | $527.13 | $0.00 |

0056

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 46 | 26553 | Arnwine | Howard | $2,020.90 | $297.89 | $2,318.78 | $2,185.05 | ($164.15) |
| 47 | 3676 | Asad | Tassawar | $28.49 | $4.20 | $32.69 | $28.49 | $0.00 |
| 48 | 31622 | Asefa | Wossen | $456.31 | $67.26 | $523.57 | $456.31 | $0.00 |
| 49 | 3828 | Aseffa | Mulubahan | $1,992.18 | $293.66 | $2,285.84 | $2,431.45 | ($439.27) |
| 50 | 3741 | Assena | Zenebech | $41.86 | $6.17 | $48.02 | $41.86 | $0.00 |
| 51 | 3873 | Atanasov | Nikolay | $154.17 | $22.73 | $176.90 | $154.17 | $0.00 |
| 52 | 3825 | Atterbury | Joseph | $159.92 | $23.57 | $183.49 | $159.92 | $0.00 |
| 53 | 110476 | Auberry Jr. | Glenn | $309.98 | $45.69 | $355.67 | $309.98 | $0.00 |
| 54 | 3667 | Aurich | Juan | $1,489.26 | $219.52 | $1,708.78 | $2,508.20 | ($1,018.94) |
| 55 | 2926 | Awalom | Alemayehu | $6,288.28 | $926.92 | $7,215.20 | $6,288.28 | $0.00 |
| 56 | 3707 | Azmoudeh | Bobby | $208.23 | $30.69 | $238.92 | $208.23 | $0.00 |
| 57 | 3605 | Azzouay | El | $135.48 | $19.97 | $155.45 | $135.48 | $0.00 |
| 58 | 20210 | Ba | Awa | $1,270.02 | $187.21 | $1,457.22 | $1,270.02 | $0.00 |
| 59 | 108404 | Baca | James | $105.93 | $15.61 | $121.54 | $105.93 | $0.00 |
| 60 | 27358 | Baca-Paez | Sergio | $2,124.87 | $313.21 | $2,438.08 | $2,501.92 | ($377.05) |
| 61 | 3838 | Baker | Timothy | $2,135.81 | $314.83 | $2,450.64 | $2,431.20 | ($295.39) |
| 62 | 27315 | Bakhtiari | Marco | $2,701.33 | $398.19 | $3,099.52 | $3,284.38 | ($583.05) |
| 63 | 112015 | Bambenek | Matthew | $337.56 | $49.76 | $387.31 | $337.56 | $0.00 |
| 64 | 112193 | Bandi | Pedram | $11.21 | $1.65 | $12.86 | $11.21 | $0.00 |
| 65 | 2523 | Banuelos | Ruben | $150.22 | $22.14 | $172.36 | $150.22 | $0.00 |
| 66 | 3909 | Barbu | Ion | $2,507.70 | $369.64 | $2,877.34 | $2,562.29 | ($54.59) |
| 67 | 3760 | Bardo | Timothy | $746.65 | $110.06 | $856.71 | $746.65 | $0.00 |
| 68 | 3369 | Barich | Edward | $189.31 | $27.90 | $217.21 | $189.31 | $0.00 |
| 69 | 100158 | Barnes | Benjamin | $5,936.88 | $875.12 | $6,812.00 | $5,936.88 | $0.00 |
| 70 | 2993 | Barr | Kenneth | $574.03 | $84.61 | $658.64 | $615.48 | ($41.45) |
| 71 | 107792 | Barrameda | Danilo | $56.83 | $8.38 | $65.20 | $56.83 | $0.00 |
| 72 | 3601 | Barseghyan | Artur | $373.48 | $55.05 | $428.54 | $488.18 | ($114.70) |
| 73 | 3887 | Barstow | Lance | $131.44 | $19.37 | $150.81 | $131.44 | $0.00 |
| 74 | 3829 | Bartunek | Johnny | $19.47 | $2.87 | $22.34 | $19.47 | $0.00 |
| 75 | 3649 | Bataineh | Ali | $218.35 | $32.18 | $250.53 | $218.35 | $0.00 |
| 76 | 2454 | Batista | Eugenio | $49.03 | $7.23 | $56.25 | $49.03 | $0.00 |
| 77 | 3926 | Bauer | William | $217.42 | $32.05 | $249.47 | $217.42 | $0.00 |
| 78 | 25454 | Bell | Jeffrey | $26.45 | $3.90 | $30.34 | $26.45 | $0.00 |
| 79 | 3594 | Bellegarde | Josue | $11.51 | $1.70 | $13.21 | $11.51 | $0.00 |
| 80 | 3622 | Benel | Christian | $1,457.21 | $214.80 | $1,672.01 | $1,589.84 | ($132.63) |
| 81 | 110687 | Berger | James | $58.09 | $8.56 | $66.65 | $58.09 | $0.00 |
| 82 | 103219 | Berichon | Mike | $947.14 | $139.61 | $1,086.75 | $947.14 | $0.00 |
| 83 | 23373 | Bey | Ronald | $2,724.05 | $401.54 | $3,125.58 | $2,724.05 | $0.00 |
| 84 | 2960 | Bialorucki | Richard | $833.46 | $122.86 | $956.32 | $1,071.81 | ($238.35) |
| 85 | 2986 | Black | Burton | $174.69 | $25.75 | $200.43 | $174.69 | $0.00 |
| 86 | 29914 | Bliss | Valerie | $124.09 | $18.29 | $142.38 | $124.09 | $0.00 |
| 87 | 112455 | Blum III | Arthur | $47.07 | $6.94 | $54.01 | $47.07 | $0.00 |
| 88 | 2487 | Boling | Freddy | $528.24 | $77.87 | $606.11 | $528.24 | $0.00 |
| 89 | 2802 | Borja | Virginia | $456.50 | $67.29 | $523.79 | $745.82 | ($289.32) |
| 90 | 3723 | Bowen | Christopher | $674.72 | $99.46 | $774.17 | $674.72 | $0.00 |
| 91 | 3508 | Bozic | Nebojsa | $263.10 | $38.78 | $301.88 | $263.10 | $0.00 |
| 92 | 28324 | Bradley | Leroy | $2,391.80 | $352.56 | $2,744.36 | $2,810.40 | ($418.60) |
| 93 | 2056 | Brauchle | Michael | $3,344.49 | $492.99 | $3,837.48 | $4,054.05 | ($709.56) |
| 94 | 3697 | Briggs | Andrew | $52.36 | $7.72 | $60.08 | $52.36 | $0.00 |
| 95 | 3716 | Brimhall | Tracy | $3,804.84 | $560.85 | $4,365.69 | $3,804.84 | $0.00 |

0057

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 96 | 3621 | Brisco | Allen | $3,226.36 | $475.58 | $3,701.93 | $3,226.36 | $0.00 |
| 97 | 100299 | Briski | Louis | $226.23 | $33.35 | $259.58 | $414.70 | ($188.47) |
| 98 | 110579 | Brooks | Jose | $46.30 | $6.83 | $53.13 | $46.30 | $0.00 |
| 99 | 3949 | Brown | Daniel | $730.19 | $107.63 | $837.82 | $730.19 | $0.00 |
| 100 | 3067 | Brown | Maurice | $774.77 | $114.20 | $888.97 | $774.77 | $0.00 |
| 101 | 2704 | Buergey | Christopher | $1,051.28 | $154.96 | $1,206.24 | $1,051.28 | $0.00 |
| 102 | 28249 | Bunns | Tommy | $564.89 | $83.27 | $648.16 | $564.89 | $0.00 |
| 103 | 111670 | Burns | Brittany | $122.95 | $18.12 | $141.08 | $122.95 | $0.00 |
| 104 | 109309 | Caldwell Jr. | Paul | $364.22 | $53.69 | $417.90 | $364.22 | $0.00 |
| 105 | 3892 | Calise | Domenic | $57.13 | $8.42 | $65.55 | $57.13 | $0.00 |
| 106 | 3791 | Cancio-Betancou | Rene | $282.86 | $41.69 | $324.55 | $282.86 | $0.00 |
| 107 | 106463 | Capone | Gary | $1,177.79 | $173.61 | $1,351.40 | $1,177.79 | $0.00 |
| 108 | 3733 | Carr | Jamaal | $127.11 | $18.74 | $145.84 | $127.11 | $0.00 |
| 109 | 2660 | Carracedo | Sonny | $360.54 | $53.15 | $413.69 | $360.54 | $0.00 |
| 110 | 3899 | Casiello | Anthony | $552.19 | $81.39 | $633.58 | $703.35 | ($151.16) |
| 111 | 102334 | Castellanos | Joaquin | $419.56 | $61.84 | $481.40 | $419.56 | $0.00 |
| 112 | 2531 | Catoggio | Alfred | $143.11 | $21.10 | $164.21 | $143.11 | $0.00 |
| 113 | 3843 | Caymite | Luc | $221.02 | $32.58 | $253.60 | $221.02 | $0.00 |
| 114 | 104310 | Chana | Chen | $658.00 | $96.99 | $754.99 | $658.00 | $0.00 |
| 115 | 3420 | Chang | Yun-Yu | $697.04 | $102.75 | $799.78 | $697.04 | $0.00 |
| 116 | 3831 | Charouat | Malek | $412.11 | $60.75 | $472.86 | $412.11 | $0.00 |
| 117 | 24737 | Charov | Ivaylo | $67.83 | $10.00 | $77.83 | $67.83 | $0.00 |
| 118 | 3663 | Chasteen | Jeffery | $38.80 | $5.72 | $44.52 | $38.80 | $0.00 |
| 119 | 3714 | Chatrizeh | Shahin | $744.82 | $109.79 | $854.61 | $950.52 | ($205.70) |
| 120 | 112394 | Chavez | Rosemarie | $13.29 | $1.96 | $15.25 | $13.29 | $0.00 |
| 121 | 3249 | Chico | David | $2,251.13 | $331.83 | $2,582.95 | $2,251.13 | $0.00 |
| 122 | 3729 | Choudhary | Krishna | $1,694.88 | $249.83 | $1,944.71 | $1,694.88 | $0.00 |
| 123 | 3588 | Christensen | Rosa | $1,878.35 | $276.88 | $2,155.22 | $1,878.35 | $0.00 |
| 124 | 3881 | Christodoulou | Panos | $584.13 | $86.10 | $670.23 | $584.13 | $0.00 |
| 125 | 26783 | Clark | Dennis | $513.57 | $75.70 | $589.27 | $513.57 | $0.00 |
| 126 | 31467 | Clarke | Michael | $69.42 | $10.23 | $79.65 | $69.42 | $0.00 |
| 127 | 107430 | Cobon | Karl | $1,023.14 | $150.81 | $1,173.95 | $1,023.14 | $0.00 |
| 128 | 3802 | Cobos | Aaron | $258.72 | $38.14 | $296.85 | $258.72 | $0.00 |
| 129 | 3885 | Cohoon | Thomas | $2,087.12 | $307.65 | $2,394.77 | $2,261.53 | ($174.41) |
| 130 | 3552 | Coizeau | Leonardo | $3,285.52 | $484.30 | $3,769.81 | $3,433.58 | ($148.06) |
| 131 | 102415 | Collier | Ella | $293.00 | $43.19 | $336.19 | $447.70 | ($154.70) |
| 132 | 3862 | Collins | Lincoln | $408.91 | $60.27 | $469.18 | $520.42 | ($111.51) |
| 133 | 108041 | Comeau | Brian | $70.76 | $10.43 | $81.19 | $70.76 | $0.00 |
| 134 | 3596 | Conde | Carlos | $103.01 | $15.18 | $118.19 | $103.01 | $0.00 |
| 135 | 3900 | Coney-Cumming | Keisha | $531.04 | $78.28 | $609.32 | $531.04 | $0.00 |
| 136 | 3738 | Conway | James | $3,480.75 | $513.08 | $3,993.82 | $3,980.61 | ($499.86) |
| 137 | 112398 | Corona | Fernando | $775.97 | $114.38 | $890.35 | $775.97 | $0.00 |
| 138 | 2051 | Costello | Brad | $1,305.53 | $192.44 | $1,497.97 | $1,696.23 | ($390.70) |
| 139 | 3550 | Craddock | Charles | $557.35 | $82.16 | $639.51 | $557.35 | $0.00 |
| 140 | 3935 | Craffey | Richard | $672.27 | $99.09 | $771.36 | $672.27 | $0.00 |
| 141 | 23774 | Crawford | Darryl | $141.24 | $20.82 | $162.05 | $224.46 | ($83.22) |
| 142 | 21457 | Crawford | Maximillian | $156.56 | $23.08 | $179.64 | $156.56 | $0.00 |
| 143 | 30300 | Cruz-Decastro | Antonio | $47.37 | $6.98 | $54.35 | $47.37 | $0.00 |
| 144 | 109796 | Curtin | Ronald | $1,891.68 | $278.84 | $2,170.52 | $1,891.68 | $0.00 |
| 145 | 109130 | Dacayanan | Liza | $515.01 | $75.91 | $590.92 | $515.01 | $0.00 |

0058

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 146 | 23948 | Daffron | Daniel | $1,242.13 | $183.10 | $1,425.23 | $1,242.13 | $0.00 |
| 147 | 32238 | Daggett Jr. | Rudolph | $618.68 | $91.20 | $709.87 | $618.68 | $0.00 |
| 148 | 3777 | Daniels | Donald | $3,274.58 | $482.69 | $3,757.26 | $3,274.58 | $0.00 |
| 149 | 110936 | Daniels | James | $57.14 | $8.42 | $65.56 | $57.14 | $0.00 |
| 150 | 3511 | Danielsen | Danny | $377.99 | $55.72 | $433.71 | $377.99 | $0.00 |
| 151 | 3428 | D'Arcy | Timothy | $4,630.45 | $682.55 | $5,313.00 | $4,630.45 | $0.00 |
| 152 | 101103 | Davila-Romero | Monica | $58.85 | $8.67 | $67.52 | $58.85 | $0.00 |
| 153 | 28065 | Davis | Bradley | $2,167.85 | $319.55 | $2,487.40 | $2,167.85 | $0.00 |
| 154 | 2573 | Deguzman | Fermin | $294.22 | $43.37 | $337.59 | $294.22 | $0.00 |
| 155 | 3675 | Deguzman | Leloi | $619.41 | $91.30 | $710.71 | $619.41 | $0.00 |
| 156 | 111137 | Dejacto | Giovanna | $660.42 | $97.35 | $757.77 | $660.42 | $0.00 |
| 157 | 25935 | Delgado | Carlos | $105.26 | $15.52 | $120.78 | $105.26 | $0.00 |
| 158 | 2057 | DeMarco | William | $581.36 | $85.69 | $667.05 | $581.36 | $0.00 |
| 159 | 3566 | Deocampo | Michael | $198.88 | $29.31 | $228.19 | $222.51 | ($23.63) |
| 160 | 3936 | Dial | Donald | $811.92 | $119.68 | $931.60 | $811.92 | $0.00 |
| 161 | 111062 | Diamond | Jeffrey | $273.19 | $40.27 | $313.46 | $273.19 | $0.00 |
| 162 | 3719 | Diaz | Aiser | $22.90 | $3.38 | $26.28 | $22.90 | $0.00 |
| 163 | 3657 | Dibaba | Desta | $958.68 | $141.31 | $1,099.99 | $958.68 | $0.00 |
| 164 | 3905 | Dillard | Corey | $904.27 | $133.29 | $1,037.56 | $978.27 | ($74.00) |
| 165 | 2031 | Dinok | Ildiko | $1,530.38 | $225.58 | $1,755.96 | $1,530.38 | $0.00 |
| 166 | 6832 | Dionas | John | $87.73 | $12.93 | $100.66 | $87.73 | $0.00 |
| 167 | 3756 | Disbrow | Ronald | $2,475.64 | $364.92 | $2,840.56 | $2,858.43 | ($382.79) |
| 168 | 3395 | Dixon | Julius | $669.09 | $98.63 | $767.72 | $669.09 | $0.00 |
| 169 | 2812 | Djapa-Ivosevic | Davor | $295.33 | $43.53 | $338.87 | $295.33 | $0.00 |
| 170 | 3704 | Dobszewicz | Gary | $2,278.69 | $335.89 | $2,614.57 | $3,064.20 | ($785.51) |
| 171 | 3024 | Donahoe | Stephen | $473.62 | $69.81 | $543.44 | $473.62 | $0.00 |
| 172 | 3478 | Dontchev | Nedeltcho | $2,456.69 | $362.13 | $2,818.81 | $2,562.54 | ($105.85) |
| 173 | 3830 | Dotson | Contessa | $49.54 | $7.30 | $56.84 | $49.54 | $0.00 |
| 174 | 3378 | Dotson | Eugene | $232.38 | $34.25 | $266.63 | $298.04 | ($65.66) |
| 175 | 106763 | Doyle | William | $304.91 | $44.94 | $349.85 | $304.91 | $0.00 |
| 176 | 2871 | Draper | Ivan | $885.79 | $130.57 | $1,016.35 | $1,988.56 | ($1,102.77) |
| 177 | 3754 | Dudek | Anthony | $1,421.81 | $209.58 | $1,631.39 | $1,421.81 | $0.00 |
| 178 | 3916 | Duna | Lawrence | $760.98 | $112.17 | $873.15 | $760.98 | $0.00 |
| 179 | 3617 | Durey | Robert | $795.00 | $117.19 | $912.19 | $1,086.96 | ($291.96) |
| 180 | 2006 | Durtschi | Jeffrey | $496.97 | $73.26 | $570.23 | $585.98 | ($89.01) |
| 181 | 100046 | Dymond | Ernest | $62.96 | $9.28 | $72.24 | $62.96 | $0.00 |
| 182 | 3907 | Eddik | Muhannad | $31.60 | $4.66 | $36.26 | $31.60 | $0.00 |
| 183 | 2637 | Edwards | Jeffrey | $823.78 | $121.43 | $945.21 | $1,307.78 | ($484.00) |
| 184 | 3381 | Egan | Joseph | $3,088.61 | $455.27 | $3,543.88 | $3,088.61 | $0.00 |
| 185 | 3595 | Ekoue | Ayi | $2,813.75 | $414.76 | $3,228.50 | $2,813.75 | $0.00 |
| 186 | 111822 | Elgendy | Mohamed | $96.88 | $14.28 | $111.17 | $96.88 | $0.00 |
| 187 | 18678 | Eliades | George | $272.83 | $40.22 | $313.04 | $272.83 | $0.00 |
| 188 | 3771 | Ellis | Charles | $763.81 | $112.59 | $876.40 | $763.81 | $0.00 |
| 189 | 109641 | Emling | Paul | $146.38 | $21.58 | $167.95 | $470.16 | ($323.78) |
| 190 | 106698 | Emter | Christopher | $124.52 | $18.36 | $142.88 | $124.52 | $0.00 |
| 191 | 3567 | Ernst | William | $2,071.00 | $305.27 | $2,376.27 | $3,661.62 | ($1,590.62) |
| 192 | 3937 | Esfarjany | Mahmood | $61.93 | $9.13 | $71.06 | $61.93 | $0.00 |
| 193 | 3689 | Eshaghi | Mohammad | $243.90 | $35.95 | $279.85 | $347.00 | ($103.10) |
| 194 | 3889 | Estrada | Michael | $217.71 | $32.09 | $249.80 | $217.71 | $0.00 |
| 195 | 3628 | Evans | Steven | $23.51 | $3.46 | $26.97 | $23.51 | $0.00 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 196 | 3703 | Fadlallah | Michel | $675.34 | $99.55 | $774.88 | $857.18 | ($181.84) |
| 197 | 29981 | Fair | Kirby | $496.57 | $73.20 | $569.77 | $496.57 | $0.00 |
| 198 | 3795 | Farah | Yohannes | $391.88 | $57.76 | $449.64 | $391.88 | $0.00 |
| 199 | 2682 | Fears | Thomas | $2,605.88 | $384.12 | $2,990.00 | $3,198.92 | ($593.04) |
| 200 | 3591 | Feleke | Melak | $989.78 | $145.90 | $1,135.67 | $1,190.60 | ($200.82) |
| 201 | 3549 | Fesehazion | Teabe | $1,306.55 | $192.59 | $1,499.14 | $1,865.61 | ($559.06) |
| 202 | 111068 | Filatov | Andrey | $20.19 | $2.98 | $23.16 | $20.19 | $0.00 |
| 203 | 3877 | Filfel | Kamal | $3,138.25 | $462.59 | $3,600.84 | $3,138.25 | $0.00 |
| 204 | 109381 | Fitzsimmons | Marc | $327.92 | $48.34 | $376.25 | $327.92 | $0.00 |
| 205 | 111729 | Flanders | Mary | $208.19 | $30.69 | $238.88 | $208.19 | $0.00 |
| 206 | 3705 | Fleming | Gary | $3,227.44 | $475.74 | $3,703.17 | $4,079.24 | ($851.80) |
| 207 | 3939 | Ford | Todd | $982.51 | $144.83 | $1,127.33 | $982.51 | $0.00 |
| 208 | 3927 | Fox | Gordon | $258.33 | $38.08 | $296.41 | $258.33 | $0.00 |
| 209 | 3860 | Frankenberger | Grant | $625.40 | $92.19 | $717.58 | $625.40 | $0.00 |
| 210 | 2614 | Franklin | David | $530.60 | $78.21 | $608.81 | $530.60 | $0.00 |
| 211 | 3774 | Furst III | James | $48.51 | $7.15 | $55.66 | $48.51 | $0.00 |
| 212 | 107590 | Galtieri | Frank | $269.32 | $39.70 | $309.02 | $269.32 | $0.00 |
| 213 | 2782 | Garcia | John | $5,827.20 | $858.95 | $6,686.15 | $5,985.76 | ($158.56) |
| 214 | 3652 | Garcia | Miguel | $1,119.02 | $164.95 | $1,283.96 | $1,119.02 | $0.00 |
| 215 | 3522 | Gardea | Alfred | $1,460.80 | $215.33 | $1,676.12 | $1,460.80 | $0.00 |
| 216 | 3694 | Gared | Yaekob | $76.99 | $11.35 | $88.34 | $76.99 | $0.00 |
| 217 | 3793 | Garras | Bill | $160.33 | $23.63 | $183.97 | $160.33 | $0.00 |
| 218 | 26636 | Garrett | Kathleen | $20.07 | $2.96 | $23.03 | $20.07 | $0.00 |
| 219 | 3642 | Gaumond | Gerard | $197.50 | $29.11 | $226.61 | $197.50 | $0.00 |
| 220 | 3503 | Gebrayes | Henock | $360.01 | $53.07 | $413.08 | $360.01 | $0.00 |
| 221 | 3801 | Gebremariam | Meley | $200.99 | $29.63 | $230.61 | $200.99 | $0.00 |
| 222 | 3580 | Gebreyes | Fanuel | $513.28 | $75.66 | $588.93 | $933.43 | ($420.15) |
| 223 | 3328 | Gelane | Samuel | $4,423.27 | $652.01 | $5,075.28 | $5,569.67 | ($1,146.40) |
| 224 | 3589 | Gessese | Worku | $81.57 | $12.02 | $93.59 | $81.57 | $0.00 |
| 225 | 3865 | Ghori | Azhar | $205.23 | $30.25 | $235.48 | $205.23 | $0.00 |
| 226 | 3759 | Gianopoulos | Samuel | $1,133.49 | $167.08 | $1,300.57 | $1,406.99 | ($273.50) |
| 227 | 3696 | Gillett | David | $519.94 | $76.64 | $596.58 | $1,435.64 | ($915.70) |
| 228 | 3600 | Gilmore | Paula | $16.54 | $2.44 | $18.98 | $82.81 | ($66.27) |
| 229 | 3924 | Gilo | Hobart | $645.59 | $95.16 | $740.75 | $645.59 | $0.00 |
| 230 | 31076 | Glaser | Stephen | $153.87 | $22.68 | $176.55 | $153.87 | $0.00 |
| 231 | 3121 | Gleason | John | $2,790.18 | $411.28 | $3,201.46 | $4,140.17 | ($1,349.99) |
| 232 | 3540 | Glogovac | Goran | $603.36 | $88.94 | $692.30 | $1,152.08 | ($548.72) |
| 233 | 3762 | Godsey | Kelly | $1,233.95 | $181.89 | $1,415.83 | $1,233.95 | $0.00 |
| 234 | 3739 | Godsey | Thomas | $90.55 | $13.35 | $103.89 | $90.55 | $0.00 |
| 235 | 106897 | Goettsche | Dale | $31.60 | $4.66 | $36.26 | $31.60 | $0.00 |
| 236 | 31840 | Gokcek | Guney | $99.83 | $14.72 | $114.55 | $99.83 | $0.00 |
| 237 | 3688 | Golden | Theresa | $686.85 | $101.24 | $788.10 | $686.85 | $0.00 |
| 238 | 3646 | Golla | Dawit | $72.45 | $10.68 | $83.12 | $72.45 | $0.00 |
| 239 | 3848 | Gomez-Gomez | Arlene | $138.32 | $20.39 | $158.70 | $138.32 | $0.00 |
| 240 | 3903 | Gonzalez | Luis | $1,355.04 | $199.74 | $1,554.78 | $1,355.04 | $0.00 |
| 241 | 111390 | Gonzalez | Pedro | $263.79 | $38.88 | $302.67 | $263.79 | $0.00 |
| 242 | 3586 | Gonzalez | Ramon | $503.17 | $74.17 | $577.33 | $503.17 | $0.00 |
| 243 | 3929 | Gonzalez-Ruiz | Jose | $178.96 | $26.38 | $205.34 | $178.96 | $0.00 |
| 244 | 3794 | Goolsby | Victor | $933.19 | $137.56 | $1,070.74 | $933.19 | $0.00 |
| 245 | 3391 | Grafton | Natasha | $1,771.74 | $261.16 | $2,032.90 | $1,771.74 | $0.00 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 246 | 24757 | Granchelle | Andrew | $700.68 | $103.28 | $803.96 | $700.68 | $0.00 |
| 247 | 19253 | Gray | Gary | $3,124.58 | $460.58 | $3,585.16 | $3,790.84 | ($666.26) |
| 248 | 3197 | Green | Tony | $1,256.38 | $185.19 | $1,441.57 | $2,445.41 | ($1,189.03) |
| 249 | 2971 | Gross | Timothy | $866.18 | $127.68 | $993.85 | $866.18 | $0.00 |
| 250 | 18964 | Guerrero | Daniel | $1,211.23 | $178.54 | $1,389.76 | $1,211.23 | $0.00 |
| 251 | 3655 | Guinan | William | $318.19 | $46.90 | $365.09 | $552.49 | ($234.30) |
| 252 | 3895 | Gyuro | John | $343.12 | $50.58 | $393.70 | $343.12 | $0.00 |
| 253 | 3636 | Habtom | Ermias | $663.42 | $97.79 | $761.21 | $663.42 | $0.00 |
| 254 | 3799 | Hadley | Aaron | $221.75 | $32.69 | $254.44 | $333.64 | ($111.89) |
| 255 | 3827 | Haigh III | Walter | $202.61 | $29.87 | $232.48 | $202.61 | $0.00 |
| 256 | 111568 | Hammoud | Wissam | $618.64 | $91.19 | $709.83 | $618.64 | $0.00 |
| 257 | 21446 | Handlon | Michael | $649.91 | $95.80 | $745.71 | $649.91 | $0.00 |
| 258 | 3734 | Hanna | Christopher | $353.39 | $52.09 | $405.48 | $353.39 | $0.00 |
| 259 | 3402 | Hansen | Jordan | $1,238.67 | $182.59 | $1,421.26 | $1,410.40 | ($171.73) |
| 260 | 29609 | Haralambov | Valko | $260.48 | $38.40 | $298.88 | $260.48 | $0.00 |
| 261 | 3519 | Harms | Michael | $728.33 | $107.36 | $835.69 | $728.33 | $0.00 |
| 262 | 3761 | Harrell | Mark | $1,070.06 | $157.73 | $1,227.79 | $1,484.83 | ($414.77) |
| 263 | 3855 | Harris | Dennis | $2,455.84 | $362.00 | $2,817.84 | $2,846.89 | ($391.05) |
| 264 | 2564 | Harris | Jay | $996.17 | $146.84 | $1,143.01 | $1,155.16 | ($158.99) |
| 265 | 3811 | Harris III | Reggie | $19.13 | $2.82 | $21.95 | $19.13 | $0.00 |
| 266 | 3941 | Harrison | Andrew | $297.76 | $43.89 | $341.65 | $297.76 | $0.00 |
| 267 | 24039 | Hart | Brandi | $162.45 | $23.95 | $186.40 | $162.45 | $0.00 |
| 268 | 3656 | Harun | Idris | $114.58 | $16.89 | $131.47 | $114.58 | $0.00 |
| 269 | 3515 | Hasen | Akmel | $114.78 | $16.92 | $131.69 | $188.59 | ($73.81) |
| 270 | 3742 | Haskell | William | $3,803.40 | $560.64 | $4,364.03 | $4,896.30 | ($1,092.90) |
| 271 | 3808 | Hays | Larry | $2,054.93 | $302.91 | $2,357.84 | $2,293.24 | ($238.31) |
| 272 | 109457 | Hearne | Stephen | $188.99 | $27.86 | $216.85 | $188.99 | $0.00 |
| 273 | 110194 | Henderson | Lloyd | $467.13 | $68.86 | $535.98 | $467.13 | $0.00 |
| 274 | 3933 | Hendricks | Mark | $352.95 | $52.03 | $404.97 | $352.95 | $0.00 |
| 275 | 3634 | Herbert | Christopher | $1,177.50 | $173.57 | $1,351.06 | $1,177.50 | $0.00 |
| 276 | 3763 | Herga | Ryan | $299.22 | $44.11 | $343.32 | $408.57 | ($109.35) |
| 277 | 101555 | Hernandez | Rene | $272.18 | $40.12 | $312.30 | $272.18 | $0.00 |
| 278 | 107072 | Hernandez-Ocan | Amilcar | $219.91 | $32.42 | $252.33 | $219.91 | $0.00 |
| 279 | 112038 | Hill | Douglas | $294.63 | $43.43 | $338.06 | $294.63 | $0.00 |
| 280 | 109792 | Hinds | Monroe | $304.22 | $44.84 | $349.06 | $304.22 | $0.00 |
| 281 | 2097 | Hinks | Dana | $778.37 | $114.73 | $893.10 | $927.59 | ($149.22) |
| 282 | 3765 | Hirsi | Kamal | $533.66 | $78.66 | $612.33 | $533.66 | $0.00 |
| 283 | 2464 | Hodge | Lee | $1,173.17 | $172.93 | $1,346.10 | $1,173.17 | $0.00 |
| 284 | 2490 | Hoffman | Gery | $30.38 | $4.48 | $34.86 | $30.38 | $0.00 |
| 285 | 2017 | Holcomb | Dalton | $1,162.76 | $171.40 | $1,334.16 | $1,162.76 | $0.00 |
| 286 | 3864 | Holler | Alfonso | $491.70 | $72.48 | $564.18 | $586.05 | ($94.35) |
| 287 | 3809 | Hollis | James | $92.91 | $13.70 | $106.61 | $252.73 | ($159.82) |
| 288 | 3822 | Holt | John | $2,920.16 | $430.44 | $3,350.60 | $2,920.16 | $0.00 |
| 289 | 3653 | Hooper | Donald | $528.58 | $77.92 | $606.50 | $709.80 | ($181.22) |
| 290 | 3607 | Hoschouer | Christina | $1,321.54 | $194.80 | $1,516.33 | $1,321.54 | $0.00 |
| 291 | 109584 | Hosley | Tracie | $185.20 | $27.30 | $212.50 | $185.20 | $0.00 |
| 292 | 31648 | Hu | Karl | $137.49 | $20.27 | $157.76 | $137.49 | $0.00 |
| 293 | 3849 | Huerena | Samuel | $51.18 | $7.54 | $58.72 | $51.18 | $0.00 |
| 294 | 2400 | Hughes | Jerry | $570.41 | $84.08 | $654.49 | $1,906.43 | ($1,336.02) |
| 295 | 3780 | Hunter | James | $320.69 | $47.27 | $367.96 | $320.69 | $0.00 |

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 296 | 3120 | Huntington | Walter | $311.96 | $45.98 | $357.94 | $311.96 | $0.00 |
| 297 | 27788 | Hurd | Donald | $1,527.27 | $225.13 | $1,752.39 | $1,786.78 | ($259.51) |
| 298 | 3782 | Hurley | Robert | $246.55 | $36.34 | $282.89 | $246.55 | $0.00 |
| 299 | 2751 | Hurtado | Hubert | $2,544.05 | $375.00 | $2,919.05 | $2,544.05 | $0.00 |
| 300 | 3835 | Hussien | Leykun | $568.36 | $83.78 | $652.14 | $568.36 | $0.00 |
| 301 | 17189 | Imran | Muhammad | $104.12 | $15.35 | $119.46 | $104.12 | $0.00 |
| 302 | 3187 | Isaac | Edsel | $263.62 | $38.86 | $302.48 | $263.62 | $0.00 |
| 303 | 108273 | Isanan | Claro | $199.02 | $29.34 | $228.35 | $199.02 | $0.00 |
| 304 | 107191 | Ivanov | Yordan | $74.55 | $10.99 | $85.54 | $74.55 | $0.00 |
| 305 | 2114 | Ivey | Timothy | $1,046.55 | $154.27 | $1,200.82 | $1,505.32 | ($458.77) |
| 306 | 3928 | Jackson | Anthony | $495.57 | $73.05 | $568.62 | $495.57 | $0.00 |
| 307 | 108839 | Jackson | Frederick | $2,776.86 | $409.32 | $3,186.18 | $3,154.65 | ($377.79) |
| 308 | 3701 | Jackson | Willie | $2,678.80 | $394.87 | $3,073.67 | $3,577.43 | ($898.63) |
| 309 | 107992 | Jacobi | Donald | $1,157.97 | $170.69 | $1,328.66 | $1,157.97 | $0.00 |
| 310 | 20466 | Jafarian | Moharram | $13.55 | $2.00 | $15.55 | $13.55 | $0.00 |
| 311 | 2412 | Jelancic | Vladko | $1,366.25 | $201.39 | $1,567.64 | $1,773.01 | ($406.76) |
| 312 | 3851 | Jellison | Charles | $327.35 | $48.25 | $375.60 | $513.14 | ($185.79) |
| 313 | 3315 | Jimenez | Michael | $814.06 | $120.00 | $934.05 | $1,010.10 | ($196.04) |
| 314 | 3539 | Johnson | Brian | $62.39 | $9.20 | $71.59 | $62.39 | $0.00 |
| 315 | 3898 | Johnson | Cary | $91.90 | $13.55 | $105.44 | $91.90 | $0.00 |
| 316 | 3151 | Johnson | Kennard | $778.01 | $114.68 | $892.69 | $1,770.30 | ($992.29) |
| 317 | 3844 | Johnson | Richard | $162.40 | $23.94 | $186.34 | $162.40 | $0.00 |
| 318 | 2127 | Johnson | Rodney | $44.73 | $6.59 | $51.32 | $206.39 | ($161.66) |
| 319 | 3602 | Johnson | Tony | $377.73 | $55.68 | $433.41 | $377.73 | $0.00 |
| 320 | 2253 | Jones | Glenn | $1,337.83 | $197.20 | $1,535.03 | $1,731.80 | ($393.97) |
| 321 | 3784 | Joseph | Leroy | $2,440.47 | $359.74 | $2,800.21 | $2,570.69 | ($130.22) |
| 322 | 3919 | Kabbaz | David | $76.92 | $11.34 | $88.26 | $76.92 | $0.00 |
| 323 | 111813 | Kadir | Tura | $23.88 | $3.52 | $27.39 | $23.88 | $0.00 |
| 324 | 106642 | Kadri | Abdelkrim | $10.24 | $1.51 | $11.75 | $10.24 | $0.00 |
| 325 | 3772 | Kaiyoorawongs | Chaipan | $3,065.66 | $451.89 | $3,517.55 | $3,065.66 | $0.00 |
| 326 | 101942 | Kalimba | Gaston | $530.48 | $78.19 | $608.67 | $530.48 | $0.00 |
| 327 | 29542 | Kang | Chong | $101.83 | $15.01 | $116.84 | $101.83 | $0.00 |
| 328 | 3631 | Karner | Adam | $873.51 | $128.76 | $1,002.27 | $1,141.88 | ($268.37) |
| 329 | 3819 | Keba | Woldmarim | $569.14 | $83.89 | $653.03 | $998.90 | ($429.76) |
| 330 | 106153 | Keller | Roger | $390.90 | $57.62 | $448.52 | $390.90 | $0.00 |
| 331 | 2736 | Kenary | Brian | $352.09 | $51.90 | $403.99 | $1,706.10 | ($1,354.01) |
| 332 | 3484 | Kern | Gary | $8,416.88 | $1,240.68 | $9,657.56 | $9,357.54 | ($940.66) |
| 333 | 3637 | Key | Roy | $174.71 | $25.75 | $200.46 | $174.71 | $0.00 |
| 334 | 3651 | Khan | Zaka | $53.04 | $7.82 | $60.86 | $53.04 | $0.00 |
| 335 | 105794 | Kimler | Ryan | $198.87 | $29.31 | $228.19 | $198.87 | $0.00 |
| 336 | 3798 | King Jr. | John | $115.51 | $17.03 | $132.54 | $179.87 | ($64.36) |
| 337 | 2901 | Kingsley | David | $49.73 | $7.33 | $57.06 | $49.73 | $0.00 |
| 338 | 111283 | Kissel | Sean | $51.23 | $7.55 | $58.78 | $51.23 | $0.00 |
| 339 | 3893 | Klein | Phillip | $3,633.02 | $535.52 | $4,168.54 | $3,633.02 | $0.00 |
| 340 | 3837 | Knight | Tyree | $262.37 | $38.67 | $301.04 | $262.37 | $0.00 |
| 341 | 3630 | Kogan | Martin | $6,773.74 | $998.48 | $7,772.22 | $7,609.17 | ($835.43) |
| 342 | 2789 | Krouse | Stephen | $85.40 | $12.59 | $97.99 | $366.44 | ($281.04) |
| 343 | 103826 | Kull Jr. | William | $135.94 | $20.04 | $155.98 | $135.94 | $0.00 |
| 344 | 3662 | Kunik | Robert | $301.44 | $44.43 | $345.87 | $301.44 | $0.00 |
| 345 | 3878 | Laico | Paul | $102.52 | $15.11 | $117.63 | $102.52 | $0.00 |

0062

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 346 | 111231 | Lant | Mark | $694.00 | $102.30 | $796.29 | $694.00 | $0.00 |
| 347 | 3535 | Lantis | Glen | $427.48 | $63.01 | $490.49 | $427.48 | $0.00 |
| 348 | 25362 | Lathan | Joseph | $269.57 | $39.73 | $309.30 | $269.57 | $0.00 |
| 349 | 111290 | Lay | Gilbert | $139.80 | $20.61 | $160.40 | $139.80 | $0.00 |
| 350 | 1053 | Leacock | Brian | $1,191.71 | $175.66 | $1,367.37 | $2,396.09 | ($1,204.38) |
| 351 | 3685 | Leal | Jill | $2,181.82 | $321.61 | $2,503.43 | $2,592.70 | ($410.88) |
| 352 | 18960 | Lee | Melvin | $469.33 | $69.18 | $538.51 | $469.33 | $0.00 |
| 353 | 3702 | Lee | Thomas | $2,952.81 | $435.26 | $3,388.06 | $2,952.81 | $0.00 |
| 354 | 3666 | Legesse | Dereje | $555.76 | $81.92 | $637.68 | $776.75 | ($220.99) |
| 355 | 3816 | Ligus | Thomas | $219.63 | $32.37 | $252.01 | $219.63 | $0.00 |
| 356 | 25522 | Link | Peter | $1,062.97 | $156.69 | $1,219.66 | $1,366.79 | ($303.82) |
| 357 | 3681 | Linzer | Steven | $42.56 | $6.27 | $48.83 | $42.56 | $0.00 |
| 358 | 15804 | Little | Dennis | $742.99 | $109.52 | $852.50 | $1,016.34 | ($273.35) |
| 359 | 3945 | Lombana | Francisco | $51.80 | $7.63 | $59.43 | $51.80 | $0.00 |
| 360 | 3858 | Lonbani | Khosro | $607.51 | $89.55 | $697.06 | $829.71 | ($222.20) |
| 361 | 111405 | Lopez-Silvero | Fidel | $81.02 | $11.94 | $92.96 | $81.02 | $0.00 |
| 362 | 3752 | Lorenz | Dierdra | $866.03 | $127.66 | $993.69 | $866.03 | $0.00 |
| 363 | 3813 | Lovelady | Warren | $11.90 | $1.75 | $13.65 | $11.90 | $0.00 |
| 364 | 1065 | Lovin | Charles | $247.32 | $36.46 | $283.77 | $422.42 | ($175.10) |
| 365 | 3778 | Macato | Jaime | $2,456.61 | $362.11 | $2,818.73 | $2,859.72 | ($403.11) |
| 366 | 20936 | Madi | Adam | $137.47 | $20.26 | $157.74 | $137.47 | $0.00 |
| 367 | 24918 | Magana | Luis | $565.73 | $83.39 | $649.12 | $749.60 | ($183.87) |
| 368 | 107940 | Maharit | Khamkhrung | $63.98 | $9.43 | $73.41 | $63.98 | $0.00 |
| 369 | 2738 | Mahoney | Kevin | $431.90 | $63.66 | $495.56 | $431.90 | $0.00 |
| 370 | 3096 | Mainwaring | David | $3,079.08 | $453.87 | $3,532.95 | $3,079.08 | $0.00 |
| 371 | 2757 | Majors | John | $6,888.13 | $1,015.34 | $7,903.46 | $6,888.13 | $0.00 |
| 372 | 22809 | Manitien | Ted | $13.83 | $2.04 | $15.87 | $13.83 | $0.00 |
| 373 | 3890 | Manor | Quincy | $1,366.55 | $201.44 | $1,567.99 | $1,544.98 | ($178.43) |
| 374 | 3583 | Maras | Maria | $2,195.44 | $323.62 | $2,519.05 | $2,614.23 | ($418.79) |
| 375 | 106666 | Martinez | Arturo | $63.48 | $9.36 | $72.83 | $63.48 | $0.00 |
| 376 | 110053 | Martinez | Francisco | $1,713.26 | $252.54 | $1,965.80 | $1,713.26 | $0.00 |
| 377 | 3866 | Martinez-Ramire | Eduardo | $757.35 | $111.64 | $868.98 | $1,043.05 | ($285.70) |
| 378 | 100287 | Martins | Julio | $298.27 | $43.97 | $342.24 | $298.27 | $0.00 |
| 379 | 3698 | Mastrio | Angelo | $287.39 | $42.36 | $329.75 | $287.39 | $0.00 |
| 380 | 110618 | Mastrio | Pamela | $234.23 | $34.53 | $268.76 | $234.23 | $0.00 |
| 381 | 110108 | Mathis | George | $297.42 | $43.84 | $341.26 | $297.42 | $0.00 |
| 382 | 3669 | Maza | Inez | $349.93 | $51.58 | $401.51 | $349.93 | $0.00 |
| 383 | 111284 | McCall | Melvin | $169.85 | $25.04 | $194.88 | $169.85 | $0.00 |
| 384 | 111199 | McCarroll-Jones | Claudia | $17.52 | $2.58 | $20.11 | $17.52 | $0.00 |
| 385 | 2587 | McCarter | Patrick | $2,149.19 | $316.80 | $2,465.99 | $2,268.60 | ($119.41) |
| 386 | 3690 | McCarthy | John | $3,474.77 | $512.20 | $3,986.97 | $4,182.28 | ($707.51) |
| 387 | 3654 | McConnell | Therral | $873.55 | $128.77 | $1,002.32 | $873.55 | $0.00 |
| 388 | 3743 | McCoubrey | Earl | $1,347.94 | $198.69 | $1,546.63 | $1,347.94 | $0.00 |
| 389 | 107427 | McDougle | Jeffrey | $124.87 | $18.41 | $143.27 | $124.87 | $0.00 |
| 390 | 3111 | McGarry | James | $178.50 | $26.31 | $204.81 | $178.50 | $0.00 |
| 391 | 3745 | McGowan | Sean | $228.69 | $33.71 | $262.40 | $228.69 | $0.00 |
| 392 | 3547 | McGregor | Matthew | $857.64 | $126.42 | $984.05 | $857.64 | $0.00 |
| 393 | 3722 | McNeece | James | $147.35 | $21.72 | $169.07 | $147.35 | $0.00 |
| 394 | 25641 | McSkimming | John | $901.92 | $132.95 | $1,034.87 | $901.92 | $0.00 |
| 395 | 3345 | Mekonen | Solomon | $383.94 | $56.59 | $440.54 | $383.94 | $0.00 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 396 | 3066 | Melesse | Abebe | $32.85 | $4.84 | $37.69 | $32.85 | $0.00 |
| 397 | 3665 | Melka | Tariku | $27.31 | $4.03 | $31.34 | $27.31 | $0.00 |
| 398 | 2596 | Meloro | Paul | $3,253.76 | $479.62 | $3,733.38 | $3,503.79 | ($250.03) |
| 399 | 3262 | Mengesha | Alemayehu | $521.70 | $76.90 | $598.60 | $861.06 | ($339.36) |
| 400 | 3568 | Menocal | Pedro | $1,029.70 | $151.78 | $1,181.48 | $1,029.70 | $0.00 |
| 401 | 102328 | Meyer | Ronald | $53.72 | $7.92 | $61.64 | $53.72 | $0.00 |
| 402 | 26609 | Mezzenasco | Pedro | $1,317.06 | $194.14 | $1,511.19 | $1,523.84 | ($206.78) |
| 403 | 110334 | Michilena | Luis | $66.26 | $9.77 | $76.03 | $66.26 | $0.00 |
| 404 | 30196 | Miller | Jason | $983.37 | $144.95 | $1,128.32 | $983.37 | $0.00 |
| 405 | 17855 | Milliron | Darrol | $1,696.99 | $250.14 | $1,947.13 | $3,469.18 | ($1,772.19) |
| 406 | 3620 | Mindyas | James | $579.57 | $85.43 | $665.00 | $855.65 | ($276.08) |
| 407 | 3904 | Mirkulovski | Danny | $550.09 | $81.09 | $631.18 | $550.09 | $0.00 |
| 408 | 31966 | Mitrikov | Ilko | $2,230.42 | $328.77 | $2,559.19 | $2,414.03 | ($183.61) |
| 409 | 104887 | Miyazaki | Nisaburo | $912.41 | $134.49 | $1,046.90 | $912.41 | $0.00 |
| 410 | 3317 | Mogeeth | Ehab | $323.43 | $47.67 | $371.10 | $323.43 | $0.00 |
| 411 | 105284 | Monforte II | Peter | $5,074.87 | $748.06 | $5,822.92 | $5,074.87 | $0.00 |
| 412 | 3882 | Monteagudo | Oscar | $937.81 | $138.24 | $1,076.04 | $937.81 | $0.00 |
| 413 | 3735 | Montoya Villa | Francisco | $551.62 | $81.31 | $632.93 | $1,112.68 | ($561.06) |
| 414 | 3913 | Moore | Aileen-Louise | $328.57 | $48.43 | $377.01 | $328.57 | $0.00 |
| 415 | 3664 | Moreno | James | $4,373.10 | $644.61 | $5,017.71 | $5,220.56 | ($847.46) |
| 416 | 3626 | Moretti | Bryan | $1,422.89 | $209.74 | $1,632.63 | $1,422.89 | $0.00 |
| 417 | 3411 | Morley | David | $514.74 | $75.87 | $590.61 | $718.67 | ($203.93) |
| 418 | 2162 | Morris | Robert | $1,446.92 | $213.28 | $1,660.20 | $1,446.92 | $0.00 |
| 419 | 8321 | Morris | Thomas | $4,599.67 | $678.01 | $5,277.68 | $4,599.67 | $0.00 |
| 420 | 106703 | Mosely | David | $1,143.38 | $168.54 | $1,311.92 | $1,143.38 | $0.00 |
| 421 | 3785 | Mostafa | Ahmed | $500.20 | $73.73 | $573.93 | $500.20 | $0.00 |
| 422 | 28917 | Motazedi | Kamran | $181.66 | $26.78 | $208.44 | $181.66 | $0.00 |
| 423 | 27059 | Mottaghian | Joseph | $30.98 | $4.57 | $35.54 | $30.98 | $0.00 |
| 424 | 107704 | Muhtari | Abdulrahman | $615.74 | $90.76 | $706.50 | $615.74 | $0.00 |
| 425 | 3847 | Murawski | Richard | $1,593.10 | $234.83 | $1,827.93 | $1,593.10 | $0.00 |
| 426 | 3856 | Murray | Mark | $23.74 | $3.50 | $27.24 | $23.74 | $0.00 |
| 427 | 2018 | Murray | Michael P. | $770.33 | $113.55 | $883.88 | $770.33 | $0.00 |
| 428 | 107440 | Nantista | Peter | $212.28 | $31.29 | $243.57 | $212.28 | $0.00 |
| 429 | 3859 | Nazarov | Mikael | $2,455.84 | $362.00 | $2,817.84 | $2,736.49 | ($280.65) |
| 430 | 3804 | Ndichu | Simon | $366.18 | $53.98 | $420.16 | $366.18 | $0.00 |
| 431 | 102656 | Nedyalkov | Atanas | $321.59 | $47.40 | $369.00 | $321.59 | $0.00 |
| 432 | 3530 | Negashe | Legesse | $502.82 | $74.12 | $576.93 | $838.75 | ($335.93) |
| 433 | 111494 | Nemeth | Zoltan | $353.54 | $52.11 | $405.65 | $353.54 | $0.00 |
| 434 | 25190 | Ngo | Tuan | $1,607.52 | $236.95 | $1,844.47 | $1,607.52 | $0.00 |
| 435 | 3545 | Nichols | Keith | $336.29 | $49.57 | $385.86 | $336.29 | $0.00 |
| 436 | 3823 | Nigussie | Gulilat | $480.17 | $70.78 | $550.95 | $620.79 | ($140.62) |
| 437 | 28989 | Nolan | Eamonn | $107.87 | $15.90 | $123.77 | $107.87 | $0.00 |
| 438 | 3639 | Norberg | Christopher | $919.23 | $135.50 | $1,054.73 | $996.85 | ($77.62) |
| 439 | 3876 | Norvell | Chris | $4,691.89 | $691.60 | $5,383.49 | $4,691.89 | $0.00 |
| 440 | 3841 | Ocampo | Leonardo | $882.56 | $130.09 | $1,012.66 | $967.99 | ($85.43) |
| 441 | 30295 | Ogbazghi | Dawit | $489.50 | $72.15 | $561.65 | $1,075.06 | ($585.56) |
| 442 | 109172 | O'Grady | Francis | $404.46 | $59.62 | $464.08 | $404.46 | $0.00 |
| 443 | 3836 | Ohlson | Ryan | $752.25 | $110.89 | $863.14 | $924.94 | ($172.69) |
| 444 | 3753 | Olen | Virginia | $2,224.07 | $327.84 | $2,551.91 | $2,224.07 | $0.00 |
| 445 | 3748 | Oliveros | Mario | $671.02 | $98.91 | $769.93 | $671.02 | $0.00 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 446 | 3868 | Olson | Eric | $514.53 | $75.84 | $590.38 | $514.53 | $0.00 |
| 447 | 3644 | Ontura | Tesfalem | $259.20 | $38.21 | $297.41 | $259.20 | $0.00 |
| 448 | 3934 | Orr | Mark | $147.62 | $21.76 | $169.38 | $147.62 | $0.00 |
| 449 | 104938 | Ortega | Paul | $47.24 | $6.96 | $54.20 | $47.24 | $0.00 |
| 450 | 3863 | Ortega | Saul | $439.49 | $64.78 | $504.27 | $439.49 | $0.00 |
| 451 | 3894 | O'Shea | Kevin | $163.81 | $24.15 | $187.96 | $163.81 | $0.00 |
| 452 | 25832 | Osterman | Victor | $209.00 | $30.81 | $239.81 | $683.24 | ($474.24) |
| 453 | 3783 | Overson | Michael | $636.00 | $93.75 | $729.74 | $636.00 | $0.00 |
| 454 | 3789 | Oyebade | Vincent | $116.31 | $17.14 | $133.45 | $116.31 | $0.00 |
| 455 | 3717 | Ozgulgec | Tunc | $1,477.21 | $217.75 | $1,694.95 | $1,626.46 | ($149.25) |
| 456 | 3618 | Pak | Kon | $374.87 | $55.26 | $430.13 | $374.87 | $0.00 |
| 457 | 106025 | Paone | Chris | $1,093.84 | $161.24 | $1,255.08 | $1,093.84 | $0.00 |
| 458 | 3597 | Pariso | David | $4,792.27 | $706.40 | $5,498.67 | $5,508.79 | ($716.52) |
| 459 | 109637 | Park | Danny | $38.85 | $5.73 | $44.58 | $38.85 | $0.00 |
| 460 | 16676 | Parker | Gary | $1,387.79 | $204.57 | $1,592.35 | $1,387.79 | $0.00 |
| 461 | 3750 | Parker | Shawnette | $481.18 | $70.93 | $552.10 | $713.53 | ($232.35) |
| 462 | 3884 | Parmenter | William | $1,713.94 | $252.64 | $1,966.58 | $1,713.94 | $0.00 |
| 463 | 3659 | Paros | Nicholas | $14.71 | $2.17 | $16.88 | $14.71 | $0.00 |
| 464 | 19858 | Passera | Charles | $65.93 | $9.72 | $75.64 | $65.93 | $0.00 |
| 465 | 3624 | Patry | Michael | $2,186.37 | $322.28 | $2,508.64 | $2,583.67 | ($397.30) |
| 466 | 3932 | Patton | Dorothy | $43.03 | $6.34 | $49.37 | $43.03 | $0.00 |
| 467 | 112811 | Peace | Kimberly | $241.57 | $35.61 | $277.18 | $241.57 | $0.00 |
| 468 | 29536 | Peacock | Paula | $118.57 | $17.48 | $136.04 | $118.57 | $0.00 |
| 469 | 3806 | Pearson | Jon | $988.94 | $145.77 | $1,134.71 | $1,150.94 | ($162.00) |
| 470 | 31112 | Peer | Yuda | $82.53 | $12.16 | $94.69 | $82.53 | $0.00 |
| 471 | 3396 | Penera | Eric | $124.81 | $18.40 | $143.21 | $279.36 | ($154.55) |
| 472 | 3834 | Perrotti | Dominic | $343.23 | $50.59 | $393.82 | $421.61 | ($78.38) |
| 473 | 111257 | Petculescu | Ciprian | $28.97 | $4.27 | $33.24 | $28.97 | $0.00 |
| 474 | 15968 | Peterson | Kenneth | $732.68 | $108.00 | $840.68 | $732.68 | $0.00 |
| 475 | 1076 | Peterson | Steven | $3,201.15 | $471.86 | $3,673.01 | $3,201.15 | $0.00 |
| 476 | 3736 | Petrie | Theodore | $49.32 | $7.27 | $56.59 | $49.32 | $0.00 |
| 477 | 3740 | Petrossian | Robert | $678.86 | $100.07 | $778.92 | $678.86 | $0.00 |
| 478 | 106089 | Phillips | Larry | $881.80 | $129.98 | $1,011.78 | $881.80 | $0.00 |
| 479 | 3281 | Phonesavanh | Paul | $742.40 | $109.43 | $851.84 | $742.40 | $0.00 |
| 480 | 3523 | Pilkington | Margaret | $1,706.19 | $251.50 | $1,957.69 | $2,529.94 | ($823.75) |
| 481 | 107617 | Pineda | Carlos | $2,994.17 | $441.35 | $3,435.52 | $2,994.17 | $0.00 |
| 482 | 2826 | Pitts | Amir | $649.35 | $95.72 | $745.07 | $884.48 | ($235.13) |
| 483 | 2407 | Platania | John | $556.69 | $82.06 | $638.75 | $1,038.00 | ($481.31) |
| 484 | 3265 | Pletz | David | $2,188.91 | $322.65 | $2,511.56 | $3,207.86 | ($1,018.95) |
| 485 | 3647 | Pohl | Daniel | $186.19 | $27.45 | $213.64 | $186.19 | $0.00 |
| 486 | 26679 | Polchinski | Paul | $111.37 | $16.42 | $127.78 | $111.37 | $0.00 |
| 487 | 31149 | Pony | David | $51.52 | $7.59 | $59.11 | $51.52 | $0.00 |
| 488 | 3563 | Portillo | Mario | $593.50 | $87.48 | $680.98 | $593.50 | $0.00 |
| 489 | 3201 | Presnall | Darryl | $379.09 | $55.88 | $434.97 | $508.92 | ($129.83) |
| 490 | 3800 | Price | Allen | $630.95 | $93.00 | $723.95 | $630.95 | $0.00 |
| 491 | 2568 | Price | James | $1,491.52 | $219.86 | $1,711.38 | $2,971.90 | ($1,480.38) |
| 492 | 3449 | Prifti | Ilia | $418.70 | $61.72 | $480.42 | $418.70 | $0.00 |
| 493 | 26363 | Punzalan | Luciano | $236.08 | $34.80 | $270.87 | $236.08 | $0.00 |
| 494 | 3687 | Purdue | Robert | $210.21 | $30.99 | $241.20 | $312.22 | ($102.01) |
| 495 | 3556 | Pyles | Joseph | $682.49 | $100.60 | $783.09 | $682.49 | $0.00 |

|     | A | B | C | D | E | F | G | H |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 496 | 107548 | Rainey | James | $219.28 | $32.32 | $251.60 | $219.28 | $0.00 |
| 497 | 3883 | Ramirez | Erney | $760.59 | $112.11 | $872.70 | $760.59 | $0.00 |
| 498 | 3525 | Rasheed | Willie | $4,016.07 | $591.98 | $4,608.05 | $4,016.07 | $0.00 |
| 499 | 3812 | Ray | William | $12.61 | $1.86 | $14.47 | $12.61 | $0.00 |
| 500 | 108758 | Regans | Mark | $379.98 | $56.01 | $435.99 | $379.98 | $0.00 |
| 501 | 2237 | Relopez | Craig | $1,606.09 | $236.74 | $1,842.84 | $2,373.26 | ($767.17) |
| 502 | 3544 | Reno | Michael | $3,828.40 | $564.32 | $4,392.72 | $3,828.40 | $0.00 |
| 503 | 14261 | Riipi | Karl | $126.47 | $18.64 | $145.11 | $126.47 | $0.00 |
| 504 | 109502 | Rios-Lopez | Oscar | $189.76 | $27.97 | $217.73 | $189.76 | $0.00 |
| 505 | 107701 | Risby | Clifford | $1,060.42 | $156.31 | $1,216.73 | $1,060.42 | $0.00 |
| 506 | 111756 | Risco | Pedro | $554.56 | $81.74 | $636.30 | $554.56 | $0.00 |
| 507 | 3191 | Rivas | Victor | $1,260.33 | $185.78 | $1,446.11 | $1,260.33 | $0.00 |
| 508 | 104109 | Rivero-Vera | Raul | $288.88 | $42.58 | $331.46 | $288.88 | $0.00 |
| 509 | 101317 | Rivers | Willie | $642.53 | $94.71 | $737.24 | $642.53 | $0.00 |
| 510 | 3575 | Roach | Jayson | $665.36 | $98.08 | $763.44 | $665.36 | $0.00 |
| 511 | 3305 | Roberson | Ronnie | $101.24 | $14.92 | $116.16 | $101.24 | $0.00 |
| 512 | 2842 | Roberts | James | $765.95 | $112.90 | $878.85 | $765.95 | $0.00 |
| 513 | 104171 | Robinson | Mikalani | $398.94 | $58.81 | $457.75 | $398.94 | $0.00 |
| 514 | 3629 | Robles | Mark | $49.78 | $7.34 | $57.11 | $49.78 | $0.00 |
| 515 | 3744 | Rockett Jr. | Roosevelt | $81.28 | $11.98 | $93.26 | $81.28 | $0.00 |
| 516 | 31847 | Rodriguez | Armando | $30.79 | $4.54 | $35.33 | $30.79 | $0.00 |
| 517 | 3814 | Rohlas | Polly | $2,985.34 | $440.05 | $3,425.39 | $3,615.12 | ($629.78) |
| 518 | 3874 | Romano | Anthony | $1,169.52 | $172.39 | $1,341.91 | $1,306.60 | ($137.08) |
| 519 | 3587 | Romero | Ruben | $687.24 | $101.30 | $788.54 | $687.24 | $0.00 |
| 520 | 3225 | Ross | Larry | $74.22 | $10.94 | $85.15 | $74.22 | $0.00 |
| 521 | 108742 | Ross | Lee | $174.37 | $25.70 | $200.07 | $174.37 | $0.00 |
| 522 | 3850 | Rothenberg | Edward | $239.11 | $35.25 | $274.36 | $239.11 | $0.00 |
| 523 | 3504 | Rotich | Emertha | $1,336.67 | $197.03 | $1,533.69 | $1,336.67 | $0.00 |
| 524 | 3912 | Rousseau | James | $657.44 | $96.91 | $754.35 | $657.44 | $0.00 |
| 525 | 3693 | Ruby | Melissa | $265.99 | $39.21 | $305.20 | $265.99 | $0.00 |
| 526 | 3477 | Ruiz | Travis | $586.19 | $86.41 | $672.60 | $586.19 | $0.00 |
| 527 | 3875 | Russell | Darrell | $657.42 | $96.91 | $754.33 | $657.42 | $0.00 |
| 528 | 3944 | Sadler | James | $82.91 | $12.22 | $95.13 | $82.91 | $0.00 |
| 529 | 3323 | Saevitz | Neil | $278.09 | $40.99 | $319.08 | $278.09 | $0.00 |
| 530 | 3169 | Salameh | George | $1,081.12 | $159.36 | $1,240.48 | $1,641.37 | ($560.25) |
| 531 | 3042 | Saleh | Jemal | $4,948.30 | $729.40 | $5,677.69 | $4,948.30 | $0.00 |
| 532 | 103096 | Sam | Phea | $625.84 | $92.25 | $718.09 | $625.84 | $0.00 |
| 533 | 21811 | Sameli | Sabino | $921.22 | $135.79 | $1,057.01 | $921.22 | $0.00 |
| 534 | 100128 | Sampson | James | $644.31 | $94.97 | $739.28 | $644.31 | $0.00 |
| 535 | 109349 | Sanchez-Ramos | Natasha | $288.44 | $42.52 | $330.96 | $288.44 | $0.00 |
| 536 | 3570 | Sanders | Acy | $737.61 | $108.73 | $846.33 | $737.61 | $0.00 |
| 537 | 29769 | Sans | Thomas | $769.01 | $113.35 | $882.36 | $769.01 | $0.00 |
| 538 | 3915 | Sapienza | Gino | $261.74 | $38.58 | $300.32 | $261.74 | $0.00 |
| 539 | 3648 | Saravanos | John | $5,143.32 | $758.15 | $5,901.46 | $5,143.32 | $0.00 |
| 540 | 26687 | Sargeant | Michael | $164.64 | $24.27 | $188.91 | $164.64 | $0.00 |
| 541 | 105273 | Sayed | Jamil | $645.44 | $95.14 | $740.58 | $904.94 | ($259.50) |
| 542 | 106913 | Schraeder | Scott | $569.96 | $84.01 | $653.98 | $569.96 | $0.00 |
| 543 | 25981 | Schroeder | William | $2,110.35 | $311.07 | $2,421.42 | $2,110.35 | $0.00 |
| 544 | 29172 | Schwartz | George | $601.41 | $88.65 | $690.06 | $601.41 | $0.00 |
| 545 | 3313 | Schwartz | Steven | $2,316.43 | $341.45 | $2,657.88 | $2,316.43 | $0.00 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 546 | 109028 | Secondo | Muridi | $391.43 | $57.70 | $449.12 | $391.43 | $0.00 |
| 547 | 3536 | Sedgwick | Anthony | $129.38 | $19.07 | $148.45 | $129.38 | $0.00 |
| 548 | 3134 | Serio | John | $766.46 | $112.98 | $879.43 | $1,119.04 | ($352.58) |
| 549 | 3057 | Serrano | Hector | $1,692.22 | $249.44 | $1,941.65 | $2,188.03 | ($495.81) |
| 550 | 3359 | Sevillet | Otto | $136.93 | $20.18 | $157.11 | $390.65 | ($253.72) |
| 551 | 3879 | Sexner | Alexis | $955.88 | $140.90 | $1,096.77 | $1,075.72 | ($119.84) |
| 552 | 19451 | Shafiei | Abdolreza | $552.17 | $81.39 | $633.56 | $552.17 | $0.00 |
| 553 | 2899 | Shallufa | Azmy | $5,575.23 | $821.81 | $6,397.04 | $6,060.24 | ($485.01) |
| 554 | 3619 | Shein | Efraim | $304.28 | $44.85 | $349.13 | $304.28 | $0.00 |
| 555 | 103821 | Sherman | Jason | $214.72 | $31.65 | $246.37 | $214.72 | $0.00 |
| 556 | 3724 | Shinn | Kevin | $463.14 | $68.27 | $531.41 | $463.14 | $0.00 |
| 557 | 3790 | Shoyombo | Rilwan | $1,426.49 | $210.27 | $1,636.76 | $1,833.70 | ($407.21) |
| 558 | 3803 | Siasat | Manuel | $32.38 | $4.77 | $37.15 | $32.38 | $0.00 |
| 559 | 112766 | Sibre | Christopher | $294.20 | $43.37 | $337.56 | $294.20 | $0.00 |
| 560 | 3758 | Siegel | Jeffrey | $91.32 | $13.46 | $104.78 | $91.32 | $0.00 |
| 561 | 105863 | Siljkovic | Becir | $1,854.68 | $273.39 | $2,128.06 | $2,017.09 | ($162.41) |
| 562 | 23388 | Simmons | John | $202.71 | $29.88 | $232.59 | $1,215.13 | ($1,012.42) |
| 563 | 3524 | Sinay | Abraham | $234.31 | $34.54 | $268.85 | $234.31 | $0.00 |
| 564 | 3677 | Singh | Baldev | $180.81 | $26.65 | $207.47 | $180.81 | $0.00 |
| 565 | 3683 | Sitotaw | Haileab | $118.59 | $17.48 | $136.06 | $118.59 | $0.00 |
| 566 | 2630 | Smale | Charles | $935.99 | $137.97 | $1,073.96 | $935.99 | $0.00 |
| 567 | 3870 | Smith | Jepthy | $284.41 | $41.92 | $326.33 | $484.69 | ($200.28) |
| 568 | 3041 | Smith | Lottie | $3,051.10 | $449.74 | $3,500.84 | $3,051.10 | $0.00 |
| 569 | 3610 | Smith Jr. | Willie | $1,287.44 | $189.77 | $1,477.21 | $2,123.86 | ($836.42) |
| 570 | 2667 | Solares | John | $453.45 | $66.84 | $520.29 | $453.45 | $0.00 |
| 571 | 3643 | Solis | Brigido | $174.25 | $25.69 | $199.94 | $174.25 | $0.00 |
| 572 | 22804 | Solymar | Istvan | $303.84 | $44.79 | $348.63 | $303.84 | $0.00 |
| 573 | 3854 | Soree | Mladen | $1,445.54 | $213.08 | $1,658.62 | $1,445.54 | $0.00 |
| 574 | 105304 | Sorkin | Jack | $336.28 | $49.57 | $385.85 | $336.28 | $0.00 |
| 575 | 3770 | Sorrosa | Juan | $1,888.94 | $278.44 | $2,167.38 | $2,214.82 | ($325.88) |
| 576 | 2638 | Soto | Jacob | $118.06 | $17.40 | $135.46 | $403.15 | ($285.09) |
| 577 | 3797 | Soto | Johnny | $196.46 | $28.96 | $225.41 | $352.89 | ($156.43) |
| 578 | 3727 | Sparks | Cody | $19.56 | $2.88 | $22.45 | $19.56 | $0.00 |
| 579 | 3845 | Spaulding | Ross | $244.25 | $36.00 | $280.25 | $244.25 | $0.00 |
| 580 | 3055 | Spilmon | Mark | $4,644.48 | $684.62 | $5,329.10 | $5,281.80 | ($637.32) |
| 581 | 3481 | Springer | Marvin | $852.53 | $125.67 | $978.20 | $852.53 | $0.00 |
| 582 | 111364 | Stanley | John | $286.26 | $42.20 | $328.46 | $286.26 | $0.00 |
| 583 | 3821 | Stauff | John | $113.93 | $16.79 | $130.72 | $113.93 | $0.00 |
| 584 | 3737 | Stayton | William | $119.03 | $17.55 | $136.57 | $119.03 | $0.00 |
| 585 | 109013 | Stearns | Thomas | $528.37 | $77.88 | $606.25 | $528.37 | $0.00 |
| 586 | 3757 | Steck | Gregory | $5,829.47 | $859.29 | $6,688.75 | $6,511.90 | ($682.43) |
| 587 | 3625 | Stephanov | Liuben | $219.81 | $32.40 | $252.21 | $398.92 | ($179.11) |
| 588 | 3695 | Stern | Robert | $292.29 | $43.08 | $335.37 | $292.29 | $0.00 |
| 589 | 3165 | Stevenson | John | $1,702.39 | $250.94 | $1,953.33 | $1,702.39 | $0.00 |
| 590 | 3872 | Stockton | Clarence | $1,336.84 | $197.06 | $1,533.89 | $1,336.84 | $0.00 |
| 591 | 3713 | Stonebreaker | Dawn | $1,992.26 | $293.67 | $2,285.92 | $2,489.85 | ($497.59) |
| 592 | 102400 | Talley | George | $301.76 | $44.48 | $346.24 | $301.76 | $0.00 |
| 593 | 112063 | Tapia-Vergara | Agustin | $587.64 | $86.62 | $674.26 | $587.64 | $0.00 |
| 594 | 3338 | Tarragano | Stephen | $675.03 | $99.50 | $774.54 | $675.03 | $0.00 |
| 595 | 111807 | Taylor | Brent | $632.29 | $93.20 | $725.49 | $632.29 | $0.00 |

0067

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 596 | 109745 | Taylor | David | $324.21 | $47.79 | $372.00 | $324.21 | $0.00 |
| 597 | 31977 | Taylor | Marvin | $714.56 | $105.33 | $819.89 | $714.56 | $0.00 |
| 598 | 3728 | Tedros | Biserat | $405.38 | $59.75 | $465.13 | $588.25 | ($182.87) |
| 599 | 3720 | Terry | James | $937.23 | $138.15 | $1,075.38 | $937.23 | $0.00 |
| 600 | 31400 | Thomas | Cator | $427.93 | $63.08 | $491.01 | $427.93 | $0.00 |
| 601 | 104732 | Thomas | Hasan | $247.81 | $36.53 | $284.34 | $247.81 | $0.00 |
| 602 | 3726 | Thomas | Scott | $2,673.14 | $394.03 | $3,067.17 | $2,673.14 | $0.00 |
| 603 | 3867 | Thompson | Glen | $2,921.34 | $430.62 | $3,351.95 | $2,921.34 | $0.00 |
| 604 | 27963 | Thompson | Michael | $6,744.25 | $994.13 | $7,738.38 | $7,044.25 | ($300.00) |
| 605 | 29040 | Timko | Robert | $224.07 | $33.03 | $257.09 | $224.07 | $0.00 |
| 606 | 110796 | Toka | Tamas | $445.88 | $65.72 | $511.60 | $445.88 | $0.00 |
| 607 | 22120 | Travis | Brian | $753.92 | $111.13 | $865.05 | $1,472.90 | ($718.98) |
| 608 | 104747 | Trumpp | Robert | $211.10 | $31.12 | $242.22 | $211.10 | $0.00 |
| 609 | 103413 | Tsegaye | Miheret | $51.23 | $7.55 | $58.78 | $51.23 | $0.00 |
| 610 | 3207 | Tucker | Kenlon | $2,786.14 | $410.69 | $3,196.83 | $2,786.14 | $0.00 |
| 611 | 3679 | Tullao | Isaac | $411.83 | $60.71 | $472.54 | $411.83 | $0.00 |
| 612 | 3880 | Turner | Michael | $39.72 | $5.86 | $45.58 | $39.72 | $0.00 |
| 613 | 3686 | Tyler | Christopher | $267.85 | $39.48 | $307.33 | $267.85 | $0.00 |
| 614 | 110836 | Uba | Chima | $201.50 | $29.70 | $231.20 | $201.50 | $0.00 |
| 615 | 3612 | Ullah | Mohammad | $90.03 | $13.27 | $103.30 | $90.03 | $0.00 |
| 616 | 3073 | Urban | David | $102.49 | $15.11 | $117.60 | $102.49 | $0.00 |
| 617 | 3792 | Urbanski | Anthony | $1,411.23 | $208.02 | $1,619.25 | $1,411.23 | $0.00 |
| 618 | 3668 | Valdes | Lazaro | $162.21 | $23.91 | $186.12 | $162.21 | $0.00 |
| 619 | 3640 | Vanluven | RJ | $1,726.16 | $254.44 | $1,980.60 | $1,726.16 | $0.00 |
| 620 | 3710 | Vences | Alfredo | $839.90 | $123.81 | $963.71 | $839.90 | $0.00 |
| 621 | 3721 | Viado | Ramon | $2,051.73 | $302.43 | $2,354.16 | $2,369.87 | ($318.14) |
| 622 | 3682 | VonEngel | Stephen | $29.89 | $4.41 | $34.30 | $29.89 | $0.00 |
| 623 | 3796 | Vongthep | Christopher | $2,710.64 | $399.56 | $3,110.20 | $2,710.64 | $0.00 |
| 624 | 109475 | Vonkageler | Mark | $130.27 | $19.20 | $149.48 | $130.27 | $0.00 |
| 625 | 3842 | Wagg | John | $221.46 | $32.64 | $254.10 | $221.46 | $0.00 |
| 626 | 3776 | Wakeel | Daud | $679.94 | $100.23 | $780.16 | $679.94 | $0.00 |
| 627 | 28448 | Walker | Arthur | $114.57 | $16.89 | $131.46 | $114.57 | $0.00 |
| 628 | 3820 | Wallace | Roy | $3,681.35 | $542.65 | $4,224.00 | $3,681.35 | $0.00 |
| 629 | 3766 | Warner | Terrance | $1,694.50 | $249.78 | $1,944.27 | $2,356.86 | ($662.36) |
| 630 | 3496 | Weaver | Gerie | $3,791.56 | $558.89 | $4,350.45 | $5,428.88 | ($1,637.32) |
| 631 | 3826 | Webb | Ricky | $624.58 | $92.07 | $716.64 | $923.04 | ($298.46) |
| 632 | 109066 | Webster | Brock | $254.41 | $37.50 | $291.91 | $254.41 | $0.00 |
| 633 | 3578 | Weiss | Matthew | $60.25 | $8.88 | $69.13 | $60.25 | $0.00 |
| 634 | 2785 | Welborn | Paul | $849.94 | $125.28 | $975.22 | $972.84 | ($122.90) |
| 635 | 3632 | Weldu | Berhane | $266.45 | $39.28 | $305.73 | $266.45 | $0.00 |
| 636 | 3616 | Welzbacher | Daniel | $2,367.50 | $348.98 | $2,716.47 | $2,789.72 | ($422.22) |
| 637 | 111878 | White II | Prinest | $153.22 | $22.59 | $175.81 | $153.22 | $0.00 |
| 638 | 3611 | Williams | Danny | $273.88 | $40.37 | $314.25 | $273.88 | $0.00 |
| 639 | 3608 | Wilson Jr. | Mose | $3,332.43 | $491.21 | $3,823.64 | $3,332.43 | $0.00 |
| 640 | 3947 | Wing | Roland | $81.95 | $12.08 | $94.04 | $81.95 | $0.00 |
| 641 | 107624 | Witte | Daniel | $228.39 | $33.67 | $262.05 | $228.39 | $0.00 |
| 642 | 3623 | Wolde | Hailemariam | $385.93 | $56.89 | $442.81 | $385.93 | $0.00 |
| 643 | 3603 | Woldeghebriel | Berhane | $1,037.22 | $152.89 | $1,190.11 | $1,037.22 | $0.00 |
| 644 | 110866 | Wolfe | Thomas | $726.91 | $107.15 | $834.06 | $726.91 | $0.00 |
| 645 | 3840 | Wondired | Eshetu | $423.24 | $62.39 | $485.63 | $423.24 | $0.00 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 646 | 3910 | Wong | Jorge | $2,325.07 | $342.72 | $2,667.79 | $2,325.07 | $0.00 |
| 647 | 28160 | Wong | Wanjin | $1,115.61 | $164.45 | $1,280.06 | $1,115.61 | $0.00 |
| 648 | 3706 | Woodall | Charles | $610.19 | $89.94 | $700.13 | $610.19 | $0.00 |
| 649 | 3582 | Workneh | Abent | $36.29 | $5.35 | $41.63 | $36.29 | $0.00 |
| 650 | 3573 | Worku | Abiye | $253.73 | $37.40 | $291.13 | $253.73 | $0.00 |
| 651 | 108239 | Wright | Edward | $744.31 | $109.71 | $854.02 | $744.31 | $0.00 |
| 652 | 3092 | Yabut | Gerry | $3,163.13 | $466.26 | $3,629.39 | $3,284.17 | ($121.04) |
| 653 | 108389 | Yamaguchi | Alicia | $3,089.15 | $455.35 | $3,544.50 | $3,089.15 | $0.00 |
| 654 | 3852 | Yepiz-Patron | Ubaldo | $18.78 | $2.77 | $21.54 | $18.78 | $0.00 |
| 655 | 3472 | Yesayan | Razmik | $23.30 | $3.43 | $26.73 | $23.30 | $0.00 |
| 656 | 3691 | Yihdego | Abdulkadir | $642.61 | $94.72 | $737.33 | $642.61 | $0.00 |
| 657 | 3633 | Yimer | Yidersal | $643.72 | $94.89 | $738.61 | $643.72 | $0.00 |
| 658 | 2081 | Younes | Ahmed | $228.31 | $33.65 | $261.96 | $228.31 | $0.00 |
| 659 | 17259 | Yurckonis | Hilbert | $2,395.57 | $353.12 | $2,748.69 | $2,395.57 | $0.00 |
| 660 | 3824 | Zabadneh | Randa | $167.13 | $24.64 | $191.77 | $167.13 | $0.00 |
| 661 | 30374 | Zafar | John | $605.99 | $89.33 | $695.32 | $605.99 | $0.00 |
| 662 | 2273 | Zawoudie | Masfen | $1,254.40 | $184.90 | $1,439.30 | $1,254.40 | $0.00 |
| 663 | 17936 | Zekichev | Nick | $324.17 | $47.78 | $371.95 | $324.17 | $0.00 |
| 664 | 3235 | Zeleke | Abraham | $412.94 | $60.87 | $473.81 | $1,003.66 | ($590.72) |

0069

# EXHIBIT "D"

LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

Attorney for Creditor
Leon Greenberg Professional Corporation
Attorney for *Murray* Case Creditors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

-------------------------------------------------------X

**In re:**

                                   **Case No. BK-22-14361-nmc**

**A CAB, SERIES L.L.C.**
      **fka A CAB, LLC,**                  **Chapter 11**

              **Debtor.**              **DECLARATION**

-------------------------------------------------------X

      Leon Greenberg, an attorney duly licensed to practice law in the State of Nevada, and a member of the bar of this Court, hereby affirms, under penalty of perjury, as follows:

      1.    I am submitting this declaration in support of the motion of my clients seeking to allow the filing of a proof of claim for 661 persons via one electronic filing transaction. My clients are the 661 persons awarded judgments (the *Murray* judgment creditors) against the Debtor pursuant to the order entered on November 17, 2022, in *Murray v. A Cab Taxi Service LLC,* Eighth Judicial District Court, a copy at Ex. "C" of

0071

that motion.   I was previously appointed by the state court as the attorney for those 661 judgment creditors in an order entered on August 21, 2018, at pages 33-34 (Ex. "E" of the motion).

2.    On January 20, 2023, I was preparing to file a proof of claim on behalf of my 661 *Murray* case judgment creditor clients and reviewed the Court Clerk's electronic proof of claim filing systems.  One system is available on the Court's public website, the other is accessed through the Court's ECF filing system.   Both of those systems require a proof of claim be electronically filed by manually inserting, on various computer screens, particular information, including the name of one, individual, creditor.   Because that system did not provide any means to file a proof of claim with an instruction to see "attached list of creditors and claim amounts" or anything similar I telephoned the Court Clerk's office and inquired if such a "see attached list" form of proof of claim filing would be processed by the Clerk's office.  The staff in that office advised they would not process such a proof of claim filing and had me speak with a supervisor in that office, Ms. Hess. I was advised by Ms. Hess that the Clerk's office would not, absent an Order from the Court, deviate in this case from its protocol of only processing one individual creditor's proof of claim per electronic filing transaction and requiring a "per creditor manual docket entry" proof of claim filing process.  She further stated that it was the understanding of her office that case trustees desired to have proofs of claim filed in that fashion.

3.    In response to the foregoing situation, I promptly spoke with Nathan Smith, the case trustee.  He advised me he had no objections to the 661 *Murray* case creditors filing a single proof of claim document, with an annexed itemized list, as I had

0072

contemplated.   I afterwards communicated repeatedly with Debtor's counsel by email about securing their agreement to such a process and drafted and provided such counsel with a stipulation to effectuate such an agreement.   On January 27, 2023, Debtor's counsel indicated they would not agree to any such stipulation.

4.   I have reviewed my clients' 661 judgments and those judgments (as originally awarded) range from $11.75 to $9,657 in amount.  Most are relatively modest in size: 323 being awards for amounts under $500; 165 being awards for less than $200; and 94 being awards for less than $100.

I have read the foregoing and affirm the same is true and correct.

Affirmed this 2nd day of February, 2023

_____/s/ *Leon Greenberg*
Leon Greenberg, Esq.

0073

# EXHIBIT "E"

Electronically Filed
8/21/2018 6:00 PM
Steven D. Grierson
CLERK OF THE COURT

ORDR

# DISTRICT COURT

# CLARK COUNTY, NEVADA

MICHAEL MURRAY and
MICHAEL RENO, individually and
on behalf of all others similarly
situated,

Plaintiffs,

vs.

A CAB TAXI SERVICE LLC, A
CAB, LLC, and CREIGHTON J.
NADY,

Defendants.

Case No.:  A-12-669926-C

DEPT.:  I

**ORDER GRANTING SUMMARY
JUDGMENT, SEVERING CLAIMS,
AND DIRECTING ENTRY OF FINAL
JUDGMENT**

**Hearing Date: June 5, 2018**
**Hearing Time: 3:00 p.m.**

On June 5, 2018, with all the parties appearing before the Court by their respective counsel as noted in the record, the Court heard argument on plaintiffs' motion filed on April 17, 2018 on an Order Shortening Time seeking various relief ("Plaintiffs' Motion"), including the holding of defendants in contempt for their violation of the Court's prior Orders appointing a Special Master; granting partial summary judgment to the plaintiffs pursuant to their motion filed on November 2, 2017; striking defendants' answer, granting a default judgment, and directing a prove

☐ Voluntary Dismissal
☐ Involuntary Dismissal
☐ Stipulated Dismissal
☐ Motion to Dismiss by Deft(s)

☒ Summary Judgment
☐ Stipulated Judgment
☐ Default Judgment
☐ Judgment of Arbitration

0075

up hearing.   Certain portions of Plaintiffs' Motion, not further discussed in this Order, were resolved pursuant to other Orders issued by the Court and at a hearing held on May 23, 2018.   The Court grants plaintiffs' motion, to the extent indicated in this Order; it Orders a severance of the previously bifurcated claims against defendant Creighton J. Nady ("Nady"); and it Orders entry of final judgment against defendants A Cab Taxi Service LLC and A Cab, LLC (collectively "A Cab") and other relief as indicated herein.

## RELEVANT PRIOR HISTORY - CLASS CERTIFICATION

On February 10, 2016 the Court initially granted class action certification under NRCP Rule 23(b)(2) and (b)(3) of claims made in this case pursuant to Article 15, Section 16 of the Nevada Constitution, the Minimum Wage Amendment (the "MWA") and for penalties under NRS 608.040 alleged to have arisen in favor of certain class members as a result of such MWA violations.   The class so certified in that Order was, for purposes of damages under NRCP Rule 23(b)(3), composed of current and former taxi driver employees of defendant A-Cab from July 1, 2007 through December 31, 2015, and for appropriate equitable or injunctive relief under NRCP Rule 23(b)(2) from July 1, 2007 to the present and continuing into the future. Via subsequent Orders the Court modified and amended that initial class certification order pursuant to NRCP Rule 23(c)(1).   Via its Order entered on November 21, 2016, it granted class certification under NRCP Rule 23 of the third and fourth claims for relief, first made in the Second Amended and Supplemental Complaint filed on August 19, 2016 and made solely against defendant Nady based upon "alter ego" and similar allegations.  Via its Order entered on June 7, 2017, it limited the membership in the class for the period of July 1, 2007 through October 8, 2010 and dismissed certain class members and claims under the MWA accruing during that time period.  It did so consistent with the Nevada Supreme Court's ruling in *Perry v. Terrible Herbst*,

*Inc.*, 383 P.3d 257 (Nev. Sup. Ct. 2016) on the MWA's applicable statute of limitations and what the Court found was the proper granting of an equitable toll of the statute of limitations under the MWA for certain class members.

## FINDINGS SUPPORTING RELIEF GRANTED BY THE COURT

The Court makes the following findings of fact and law supporting the relief granted by this Order. The recited findings are not necessarily all of the findings that would appropriately support the relief granted based upon the extensive record presented, but they are the ones of fact and law that the Court believes provide at least minimally sufficient support for its decision to grant the relief set forth in this Order:

1.  A Cab was an employer of the class members during the time period at issue and was required to pay the class members the minimum wage specified by the MWA.

2.  A Cab used Quickbooks computer software to prepare the paychecks issued to the class members during the class period. A record of the gross wages paid by A Cab to every class member during every pay period exists in the Quickbooks computer files maintained by A Cab. The Court Ordered A Cab to produce those records to the plaintiffs' counsel and A Cab provided certain Excel files to the plaintiffs' counsel in compliance with that Order.

3.  A Cab used a computer software system called Cab Manager in which it recorded the activities of its taxi cabs and the class members. The Cab Manager software created a computer data file record indicating that a

3.

particular class member worked, meaning they drove a taxi cab, on a particular date. The Court Ordered A Cab to produce its Cab Manager computer data file records to the plaintiffs' counsel and A Cab provided those computer data files to the plaintiffs' counsel in compliance with that Order.

4.    Pursuant to NRS 608.115(1)(d), A Cab was required to maintain a record of the total hours worked by each class member for both each day they worked and for each pay period. NRS 608.115(2) required A Cab to furnish to each employee the information required by that section within 10 days after the employee submits a request. A Cab had this obligation throughout the entire period of July 1, 2007 through December 31, 2015 during which the class members' damages under the MWA are at issue (the "Class Period").

5.    Except for the period between January 1, 2013 and December 31, 2015, A Cab has not produced any record of hours worked by the class members that it can properly claim complies with any of the requirements of NRS 608.115(1)(d).

6.    For the period between January 1, 2013 and December 31, 2015, the Excel files produced by A Cab and discussed in ¶ 2 set forth an amount of hours worked by each class member during each pay period. A Cab gave testimony at an NRCP Rule 30(b)(6) deposition, the relevant excerpts being placed in the record, that its Quickbooks records for that time period contained an accurate statement of the total hours worked by each class member during each pay period. Plaintiffs do not agree that such

4.

0078

Quickbooks hours of work are fully accurate, but insist A Cab should be bound by its testimony that such hours of work are accurately set forth in those Quickbooks records. The Court agrees and finds A Cab cannot dispute that the Quickbooks records it produced for the period between January 1, 2013 and December 31, 2015 contain an accurate statement of the hours worked during each pay period by each class member.

7.  Except for the Quickbooks records discussed in ¶ 6, the only information that A Cab admits possessing on the hours worked by the class members during the Class Period is information in paper "trip sheets" that its taxi drivers are required to complete each work shift. Those trip sheets, when properly completed and legible, will be time stamped with the taxi driver's shift start time and shift end time for a workday and will also indicate periods of time that the taxi driver recorded themselves as being on a break and not working during that workday. A Cab has repeatedly asserted that those trip sheets contain an accurate record of the hours worked by every class member and can, and should, be relied upon to determine their hours of work.

8.  The trip sheets in the possession of A Cab, to the extent they contain accurate information, do not meet the requirements of NRS 608.115(1)(d) or NRS 608.115(2). They are not a record of a total amount of hours or fractions thereof worked in a pay period or in a workday by an individual taxi driver. They are, at most, a record from which such information could be obtained by further examination and calculation, however such examination and calculation could not, and was not, furnished within 10 days as required by NRS 608.115(2). Assuming a trip sheet is accurate,

5.

0079

by examining the start time and end time of each trip sheet and calculating the interval between those two times a workday length could be ascertained.  After deducting any non-working break time recorded on the trip sheet from that workday length, the total amount of time worked by the taxi driver for that workday could be determined.

9.    The requirements of NRS 608.115(1)(d) are mandatory for employers and compliance with those requirements are of critical importance to the MWA.[1]  Whether an employer has paid the minimum wage required by the MWA during a particular pay period requires an examination of both the wages paid to the employee and the hours they worked during the pay period.[2]  A Cab's failure to maintain the records required by NRS 608.115(1)(d) prior to 2013, unless remedied, would render a pay period by pay period accounting of its MWA compliance, based upon an exact record of the hours worked by and wages paid to each individual class member, impossible for the period prior to 2013.

10.    The MWA, being a provision of the Nevada Constitution, commands and requires vigorous enforcement by this Court.  By its express language it confers upon employees a right to "....be entitled to all remedies available

---

[1]  A Cab was also advised on April 30, 2009 by an investigator for the United States Department of Labor that it "must keep a record of actual hours worked" of the class members.  *See,* Plaintiffs' Motion for Class Certification filed May 19, 2015, Ex. "B." While the absence of such an advisement would not relieve A Cab of its duty to keep the records required by NRS 608.115(1)(d), such history would support a conclusion that A Cab's failure to maintain those records was intentional and designed to render any future minimum wage law enforcement less effective.

[2]  An exception exists if the wages paid are large enough to render an MWA violation impossible.  A week only contains 168 hours and a weekly wage of $1,218 would establish minimum wage compliance at $7.25 an hour (168 x 7.25 = $1,218).

6.

0080

under the law or in equity appropriate to remedy any violation..."[3] of its provisions. As a result, A Cab's failure to maintain the records required by NRS 608.115(1)(d) can be neither minimized nor tolerated and cannot be allowed to frustrate the enforcement of the class members' rights secured by the MWA.

11.   The Court, in response to its foregoing findings, and in furtherance of its obligation under the MWA, via Orders entered on February 7, 2018 and February 13, 2018, appointed a Special Master in this case who was tasked with reviewing the trip sheets in the possession of A Cab and creating the record of hours worked per pay period for each class member required by NRS 608.115(1)(d).   The Court directed that A Cab pay for such Special Master because of A Cab's failure to maintain proper records under NRS 608.115, and to deposit $25,000 with the Special Master as a payment towards the cost of their work. At that stage in litigation, it would not have been equitable nor justified to require Plaintiffs to pay for work performed by the Special Master when it was Defendant A Cab's failure to comply with NRS.608.115.  A Cab failed to make such payment within the time period specified by the Court.  As a result, the Special Master advised the Court that they have incurred $41,000 in costs towards their completion of their assignment and will not proceed further with that assignment until they are in receipt of sufficient assurances that they will be paid for their work.  The Special Master has budgeted $180,000 as the projected total cost to complete their assignment.

---

[3] Nevada Constitution, Article 15, Section 16 (B).

7.

0081

12. In assessing the character of A Cab's conduct, it is instructive to note that A Cab did not make, or offer to make, an *admissible* showing of its financial position in order to evidence that it was unable to make such payment. Rather, it relied solely on its strenuous protests and summary balance sheet buttressed only by the self-serving affidavit of Defendant Nady.

13. The Court, in a minute Order issued on March 6, 2018, noted its awareness of A Cab's failure to pay the then overdue $25,000 deposit to the Special Master and A Cab's communication with the Court advising it was experiencing financial difficulties and claiming it did not currently possess the funds to make that payment. For unrelated reasons the Court in that Order stayed this case, suspended the Special Master's work, and granted A Cab additional time to raise the funds needed to pay the Special Master during the pendency of that stay. Via a minute Order on May 22, 2018 the Court lifted that stay.

14. On May 23, 2018, June 2, 2018, and June 5, 2018 the Court conducted hearings in connection with Plaintiffs' Motion and also received various written submissions from A Cab and plaintiffs' counsel regarding A Cab's failure to pay the Special Master. The result of those hearings and submissions, in respect to the status of the Special Master and A Cab's payment to him for the completion of his work, was that A Cab either will not or cannot make any payment to the Special Master. Except for urging this Court to stay this case, and await the conclusion of certain other proceedings that A Cab asserts will narrow the class claims in this

8.

case, A Cab proposed no cure for its violation of the Court's Orders appointing the Special Master.   It did not state when, if ever, it intended to comply with those Orders or propose any other method for the Court to properly, promptly and appropriately bring this case to conclusion.

15.   The conduct of A Cab in violating the Court's Orders appointing a Special Master is not the first instance of A Cab violating the Court's Orders or engaging in documented litigation misconduct in this case.   On March 4, 2016 the Court, over A Cab's objections, entered an Order adopting the Report and Recommendation of the Discovery Commissioner sanctioning A Cab $3,238.95 for obstructing discovery.   The Court made specific and detailed findings in that Order in respect to A Cab's failure to produce the Quickbooks and Cab Manager computer data files; A Cab's delay in producing such materials during the eight months plaintiffs' motion to compel their production had been pending; A Cab's compelling of the unnecessary deposition of a non-party witness in respect to the production of the Cab Manager records; and the abusive and inexcusable conduct of defendant Nady as an NRCP Rule 30(b)(6) deposition witness.   As reflected at pages 2 and 3 in the transcript of the hearing held on November 18, 2015 by the Discovery Commissioner that resulted in such Order, the Discovery Commissioner's review of that deposition transcript raised extremely serious concerns about the defendants' inexcusable conduct.[4]

---

[4]   The Discovery Commissioner advised defendants of her concern at that time that defendant's conduct, if it continued, might result in some form of default judgment: "It was inexcusable, what your client called Plaintiffs' counsel during the deposition, which I will not repeat in open court.  Inexcusable, almost to the point where I'm not sure he should be allowed to be a Defendant in the 8th Judicial District Court-- that's how serious this is-- because I have no confidence in what he's-- how he's answering questions."

9.

16. The Court has made every effort to fashion a method for the fair, just, and most precise disposition of the MWA claims in this case in light of A Cab's failure to maintain a record of the hours worked per pay period of each class members as required by NRS 608.115(1)(d). It is not disputed that an accurate record exists in A Cab's Quickbooks computer files of the amount of wages paid every pay period to every class member. If the records required by NRS 608.115(1)(d) had been maintained, disposition of the "lower tier" (currently $7.25 an hour) MWA claims in this case would be a matter of simple arithmetic. In response to A Cab's insistence that the hours of work information required by NRS 608.115(1)(d) can be accurately ascertained by examining and performing calculations on the trip sheets, albeit not within 10 days as required by NRS 608.115(2), the Court appointed a Special Master. Yet A Cab's failure to pay the Special Master, or propose any other process, such as the application of statistical sample or other reasonable methodology as a substitute would, unless other measures were taken by the Court, render a recovery for the class members on their MWA claims impossible. That would appear to be precisely what A Cab's conduct is designed to achieve.

17. A Cab's argument that the only way to determine the class members' hours of work is to examine every one of their trip sheets, and that it should be the burden of the plaintiffs' themselves (or more properly their appointed class counsel) to bear the expense of doing so, cannot be adopted by the Court, and is inapposite under the guidance provided by *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 687 (1946),

10.

superseded by statute on other grounds, 29 U.S.C. § 254(a) ("When the employer has kept proper and accurate records the employee may easily discharge his burden by securing the production of those records. But where the employer's records are inaccurate or inadequate and the employee cannot offer convincing substitutes a more difficult problem arises. The solution, however, is not to penalize the employee by denying him any recovery on the ground that he is unable to prove the precise extent of uncompensated work. Such a result would place a premium on an employer's failure to keep proper records in conformity with his statutory duty; it would allow the employer to keep the benefits of an employee's labors without paying due compensation").  Doing so would serve to reward A Cab for its violation of NRS 608.115(1)(d) by shifting the now considerable burden and cost of ascertaining the class members' hours of work onto the plaintiffs' themselves.  It is A Cab that should properly bear that burden and expense and it was directed to do so through the offices of the Special Master that it has failed to pay.

18. In resolving MWA claims where no record of the total hours of work of the employees per pay period exists as required by NRS 608.115(1)(d), or such an amount cannot be precisely calculated in every instance (in this case as a result of A Cab's failure to pay the Special Master), the Court must adopt a reasonable approximation of those hours of work and fashion an award of unpaid minimum wages based upon that approximation even though the amount so awarded is not exact. *See, Anderson v. Mt. Clemons Pottery Co.*, 328 U.S. 680, 685-88 (1946) ("The employer cannot be heard to complain that the damages lack the exactness of measurement that would be possible had he kept records....")

11.

0085

*Bell v. Farmers Ins. Exchange*, 115 Cal. App. 4th 715, 750 (Cal. Ct. App., 1st Dist. 2004) and other cases.  Applying any approach other than the one adopted by *Mt. Clemons* would frustrate the purposes of the MWA and make effective enforcement of the Nevada Constitution's right to a minimum wage impossible.

19.     In support of their motion for partial summary judgment ("plaintiffs' MPSJ"), filed on November 2, 2017, the plaintiffs rely on portions of an Excel file that contain information for the time period of January 1, 2013 through December 31, 2015, such information for that time period being compiled from the Quickbooks records produced by defendants.  That Excel file, "ACAB-ALL," was created by Charles Bass whose work doing so was reviewed by Terrence Clauretie Ph.D. and the subject of his report, at Ex. "B" of plaintiffs' MPSJ, which was furnished to A Cab along with the "ACAB-ALL" Excel file.  Both Dr. Clauretie and Charles Bass were designated as expert witnesses by the plaintiffs and deposed by the defendants in that capacity.

20.     The "A CAB ALL" Excel file created by plaintiffs contains various types of information taken from the Quickbooks and Cab Manager computer data files produced by A Cab to plaintiffs.   As germane to this Order, it summarizes that information for the period October 8, 2010 through December 31, 2015 and makes calculations on that information, in respect to the following:

(a)     In respect to every pay period, it sets forth the amount of wages paid by A Cab to the class member as recorded in A

12.

Cab's Quickbooks records and the number of shifts they worked during the pay period as recorded in A Cab's Cab Manager records (the "shifts worked");

(b)    For the period January 1, 2013 through December 31, 2015, it sets forth the amount of hours worked by the class member for each pay period as recorded by A Cab's Quickbooks records (the "payroll hours");

(c)    By dividing the class member's wages paid per pay period by the recorded payroll hours worked per pay, for the period January 1, 2013 through December 31, 2015, it calculates the amount, if any, that the class member's wages were below the $7.25 an hour requirement for each pay period;

(d)    It allows the user of the Excel file to enter a "shift length" amount that it applies as a uniform length to every shift worked during every pay period from October 8, 2010 through December 31, 2012. It then, based upon that selected shift length, calculates the amount, if any, that the class members' wages were below the $7.25 an hour requirement for each pay period.

21.    A Cab argues that the "A CAB ALL" Excel file is inaccurate and the calculations it makes cannot be relied upon but it cites no error in any calculation it purports to perform. That Excel file was furnished to defendants and examined by their own expert, Scott

13.

0087

Leslie, who testified at his deposition, the relevant excerpts being presented to the Court, that he concurred with Dr. Clauretie's finding that the calculations it made were arithmetically correct.   A Cab also argues it cannot be sure the information contained in the "A CAB ALL" Excel file and upon which its calculations rely (the payroll hours worked recorded in the Quickbooks records from January 1, 2013 through December 31, 2015, the wages paid, and the shifts worked, during each pay period for each class member) is accurately taken from A Cab's Quickbooks and Cab Manager records.   Yet it has not provided to the Court a single instance where its records contain information that conflicts with the per pay period information set forth in the "A CAB ALL" Excel file.

22.   Plaintiffs assert the "ACAB ALL" Excel file, and the work of Charles Bass in placing information from A Cab's Quickbooks and Cab Manager files in that Excel file and performing calculations on that information, is a "summary or calculation" of A Cab's voluminous records pursuant to NRS 52.275 though Charles Bass is also designated as an expert witness.  It asserts the calculations made by the "ACAB ALL" Excel file are properly considered on that basis.  A Cab asserts that the "ACAB ALL" Excel file's calculations are not properly considered under NRS 52.275 or on any other basis and that neither Charles Bass nor Dr. Clauretie are properly qualified as expert witnesses.  The calculations made by the  "ACAB ALL" Excel file are not the product of any expert "opinion."   They involve simple arithmetic, dividing an amount paid per pay period by a number of hours worked per pay period

14.

and calculating the amount, if any, that such resulting number is less than $7.25 an hour.   The plaintiffs, based upon Dr. Clauretie's report of the detailed review he conducted of how Charles Bass assembled the "ACAB ALL" Excel file, and the declaration of Charles Bass, have met their *prima facie* burden of showing that such Excel file contains information properly assembled from the Quickbooks and Cab Manager computer files produced by A Cab pursuant to the Court's Order.   A Cab has provided no contrary evidence identifying even a single instance in the many thousands of pay periods set forth in the "ACAB ALL" Excel file where it contains either inaccurate information that does not match A Cab's records or incorrect arithmetic calculations.   Accordingly, the Court finds that the calculations made by the "ACAB ALL" Excel file are properly relied upon and constitute  facts which are undisputed by any evidence to the contrary and may be properly relied upon by the Court, both to establish liability and to establish the amount of damages..

23.    Plaintiffs have also furnished to defendants on September 29, 2017 an Excel File "Damages 2007-2010" with the Supplemental Expert Report (Declaration) of Charles Bass of September 27, 2017.[5] That "Damages 2007-2010" Excel file, as discussed in the September 27, 2017 declaration of Charles Bass, performs calculations in a fashion identical to the "A CAB ALL" file by allowing the assignment of a uniform "shift length" to every shift

---

[5]  This document, but not the Excel file, is introduced into the record at Ex. "A" of the declaration of class counsel filed on June 20, 2018.

15.

worked by a class member during a pay period. It also contains the same information in respect to wages paid and shifts worked for that time period for each pay period for each class member, as taken from A Cab's Quickbooks and Cab Manager computer files. It was assembled using the same process reviewed by Dr. Clauretie and discussed in his report in respect to the "A CAB ALL" file. A Cab has not disputed the accuracy of any calculations made in, or information contained in, the "Damages 2007-2010" Excel file. For the reasons discussed in ¶ 22, the Court finds that the calculations made by the "Damages 2007-2010" Excel file are properly relied upon and constitute  facts undisputed by any counter evidence from A Cab.

24. The "ACAB ALL" Excel file, for the 14,200 pay periods it examines for the time period January 1, 2013 through December 31, 2015, calculates that the class members' average shift length (average working time per shift) was 9.21 hours. It arrived at that figure based upon A Cab's payroll hours worked Quickbooks records and the total number of shifts class members were recorded as working by A Cab's Cab Manager records. A Cab does not dispute that is an accurate figure and Dr. Clauretie, in his report, verifies its accuracy. A Cab's expert, Scott Leslie, in connection with his rebuttal expert report,[6] for which he was paid $47,203,[7]

---

[6]    This report is introduced into the record at Ex. "B" of the declaration of class counsel filed on June 20, 2018 who, in that declaration, also states the particulars contained in the report regarding the average shift length shown by the trip sheet review conducted by Mr. Leslie.

[7]    Ex. "B" of the declaration of class counsel filed on June 20, 2018.

16.

undertook to examine the actual trip sheets of class members for 56 pay periods between January 1, 2013 and December 31, 2015 and concluded that, on average, each shift worked by each class member during those 56 pay periods consisted of 9.5 hours of working time.   He also undertook an examination of the actual trip sheets of class members for 38 pay periods between October 8, 2010 and December 31, 2012 and concluded that, on average, each shift worked by each class member during those 38 pay periods consisted of 9.8 hours of working time.   He concluded that the average shift length was 9.7 hours of working time for all of the trip sheets he examined for 123 pay periods.   Plaintiffs submitted declarations from three class members indicating that class members were, in most instances, assigned to work 12 hour shifts; they typically worked shifts of 11 hours or longer in length after deducting their break time; that class members took few breaks during their shifts or averaged breaks of less than one hour in length during a shift; and unless a taxi broke down a shift was at least 10 hours long. *See,* Ex "F" and "O" plaintiffs' motion for class certification filed May 19, 2015, Ex. "B" of opposition to defendants' motion for summary judgment filed December 14, 2017.   A Cab, through Nady, pursuant to an NRCP Rule 30(b)(6) deposition notice directed to the topic, testified it could only provide a "guess" as to the average amount of time worked by the class members each shift. *See,* plaintiffs' motion in limine filed December 22, 2017 at Ex. "J" and "K."

25.   Plaintiffs' MPSJ includes the calculations made by the "ACAB

17.

ALL" Excel file using A Cab's Quickbooks payroll hours for the 2013-2015 time period in respect to unpaid minimum wages owed at the $7.25 an hour "lower tier" minimum wage rate (Column "K" to Ex. "D" to that motion, showing its examination of each of 14,200 pay period and consisting of 375 pages). It also includes a consolidated statement of the amount, if any, of unpaid minimum wages owed to each class member at $7.25 an hour (Column "D" to Ex. "E" listing 548 class members stretching over 19 pages).

26.   Plaintiffs have introduced into the record the following:

(a)   The amounts owed at $7.25 an hour, if any, using the "ACAB ALL" Excel file for the period October 8, 2010 through December 31, 2012 for each of 9,759 pay periods and to each of 527 class members when a constant shift length of 9.21 hours per shift is used to make those calculations;[8]

(b)   The amounts owed at $7.25 an hour, and prior to July 1, 2010 at the applicable "lower tier" minimum wage which was less than $7.25 an hour, if any, using the "Damages 2007-2010" Excel file for the period July 1, 2007 through October 7, 2010 for each of 13,948 pay periods and to each of 378 class members when a constant shift length of 9.21

---

[8]   These are introduced into the record at Ex. "3" and Ex. "4" to Ex. "C" of the declaration of class counsel filed on June 20, 2018.

18.

0092

hours per shift is used to make those calculations;[9]

(c)    A consolidated chart listing the amounts owed to each class member when the amounts detailed in ¶ 25 and ¶ 26(a) and ¶ 26(b) are combined.[10]

27.    On November 5, 2014, A Cab and Nady entered into a consent judgment in the United States District Court for the District of Nevada with the United States Department of Labor that provided for the payment by A Cab of $139,988.80 to resolve certain claims for unpaid minimum wages owed under the Fair Labor Standards Act for the time period October 1, 2010 through October 1, 2012. *See,* Plaintiffs' Motion for Class Certification filed May 19, 2015, Ex. "A."   That consent judgment included a list of persons, A Cab employees who are also class members in this case, who were subject to that consent judgment and were to receive portions of such $139,988.80 payment in amounts determined by the United States Secretary of Labor. *Id.*   Such consent judgment does not, by its terms, or by operation of law, either preempt or resolve the MWA claims made in this case.   A Cab, in its Answers filed with the Court, has raised a Twenty-Third Affirmative defense of accord and satisfaction.   Plaintiffs served an interrogatory request seeking details of that defense, including the amounts paid to the class

---

[9]   These are introduced into the record at Ex. "1" and Ex. "2" to Ex. "C" of the declaration of class counsel filed on June 20, 2018.

[10]   These are introduced into the record at Ex. "5" to Ex. "C" of the declaration of class counsel filed on June 20, 2018.

19.

members alleged by A Cab to support such defense.[11]   A Cab referenced the consent judgment case in its interrogatory answer, but provided no information on the amounts so paid under the same to any particular class members.  It also referred to its production of documents that it implied may contain such information. Plaintiffs' counsel asserts it has not been provided with documentation from A Cab of the amounts so paid, in respect to the exact amount paid to each individual involved class member and not the entire $139,988.80, though it does believe some such amounts were paid.[12]

28.   In response to plaintiffs' counsel's assertions regarding the United States Department of Labor ("USDOL") settlement, A Cab, in its "Supplemental Authority In Response to Declaration of June 20, 2018," filed on July 10, 2018, asserts it provided relevant documentation regarding that settlement at Response 7 to plaintiffs' Fifth Set of Interrogatories. That response to plaintiffs' request that A Cab specify the amounts paid to each involved class member under the USDOL settlement consists of three words: "Please see attached." A Cab provides "attached" to that interrogatory response seven pages of documents with the names of various persons, and associated amounts that, facially, would seem to indicate a record of payments made to those persons. It offers no explanation, in its interrogatory response, of what those documents

[11]   That interrogatory and defendants' response, No. 26, is introduced into the record at Ex. "D" of the declaration of class counsel filed on June 20, 2018.

[12]   This is set forth at ¶ 5 of the declaration of class counsel filed on June 20, 2018.

20.

0094

are. Nor in its July 10, 2018 filing did A Cab include any declaration corroborating and authenticating those seven pages of documents that, facially, seem to indicate payments of itemized amounts to certain class members from the USDOL settlement. In a further supplement filed by plaintiffs' counsel on July 13, 2018 plaintiffs' counsel noted that A Cab's supplement filed on July 10, 2018 lacked any proper corroboration or authentication of the facially relevant documents. Plaintiffs' counsel also noted that those documents only itemized payments totaling $77,178.87 of the total $139,988.80 paid under the USDOL settlement, meaning A Cab could not, from those documents, corroborate which class members may have received an additional $62,800.43 from that settlement. In a further supplement filed on July 18, 2018 A Cab's counsel furnished their declaration (Ex. "F" thereto) purporting to authenticate the previously provided documents from the USDOL and certain additional, and not previously furnished, USDOL documents provided with that supplement.

29.   Plaintiffs, upon review of the July 18, 2018 supplement filed by A Cab, filed a further supplement with the Court on August 3, 2018. In that August 3, 2018 Supplement and the Ex. "A" declaration of plaintiffs' counsel thereto, plaintiffs have established to the Court's satisfaction that A Cab has demonstrated the disposition of $81,852.19 from the USDOL settlement. The Court is further satisfied that Ex. "B" of such supplement, based upon that $81,852.19 from the USDOL settlement, properly applies a set off in A Cab's favor of the judgment amounts owed to the class

21.

0095

members previously submitted to the Court and discussed at ¶ 26. As further detailed by that supplement, $58,136.61 of the $139,988.80 USDOL settlement paid by A Cab remains unaccounted for. That $58,136.61 is potentially, in whole or in part, an additional amount that A Cab can set off against the judgments to be awarded by the Court to the class members if A Cab can itemize the amounts of that $58,136.61 paid to the involved class members.

## DISCUSSION OF RELIEF GRANTED

### Plaintiffs' Motion for Summary Judgment

The Court notes we are dealing with important rights, important because the people of Nevada have said so by virtue of inserting what would have otherwise been a statutory provision into the Constitution of the State of Nevada. The Court has great respect for the constitutions and constitutional law. The Court believes that they form the basic backbone of the laws and government enumerated therein, both for the United States of America and for the State of Nevada. If the people of this state have said that there is a minimum wage act which entitles employees to be paid a certain amount, in conformity therewith, it is incumbent upon the Court to assure that at the end of the day justice is done, even though the justice that is done turns out to be of a somewhat imprecise nature.

Plaintiffs filed three (3) versions of their motion for partial summary judgment (filed on January 11, 2017, November 2, 2017, and April 17, 2018) each of which was opposed by defendants, fully briefed and argued through several hours of oral argument. Although fashioned as a motion for partial summary judgment, by the time

22.

Plaintiffs reached oral argument on the present motion it became clear that application of their arguments regarding the Quickbooks records and the *Mt. Clemens* rationale effectively resolved not only the period January 1, 2013 to December 31, 2015, but also July 1, 2007 to January 1, 2013, effectively resolving all issues in the case and that therefore final summary judgment is warranted.[13] The Court finds that because the Defendants could not or would not pay for the special master then pursuant to *Mt. Clemens* the burden of proof shifted to the defense. The Court is satisfied that the rationale of the *Mt. Clemens* case not only provides ample authority and justification for this result, but also provides an avenue for this Court to do essential justice to the parties.

Even under *Wood v. Safeway, Inc.*, 121 P.3d 1026, 1031 (Nev. 2005), the Defendants, as the nonmoving party, had the burden to "'do more than simply show that there is some metaphysical doubt' as to the operative facts in order to avoid summary judgment being entered in the moving party's favor." *Id* quoting *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574, 586 (1986). The Court finds there is an absence of evidence to support the Defendants' arguments and to demonstrate a triable issue of fact. Defendants failed to transcend the pleadings by putting forth admissible evidence to show a genuine issue of material fact exists given the aforementioned posture of the case. *See Cuzze v. U. and Community College System of Nevada*, 172 P.3d 131, 134 (Nev. 2007).

Furthermore, under *Mt. Clemens Pottery Co.*, 328 U.S. 680, 687–88 (1946) "the burden then shifts to the employer to come forward with evidence of the precise amount of work performed or with evidence to negative the reasonableness of the

---

[13] On June 5, 2018, during the hours-long oral argument regarding A Cab's failure to comply with the Court's Orders and Plaintiffs' basis for their calculations, Plaintiffs' counsel moved the Court for summary judgment on the entire case applying an approximation to the time period July 1, 2007, to January 1, 2013, based on A Cab's Quickbooks records.                23.

inference to be drawn from the employee's evidence. If the employer fails to produce such evidence, the court may then award damages to the employee, even though the result be only approximate."

Upon the filing of plaintiffs' first motion for partial summary judgment, and its attendant evidence showing the class members performed work for which they were improperly compensated, filed on January 11, 2017, defendants had the burden to either put forth evidence of the precise amount of work performed, or negate the reasonableness of the inference to be drawn by plaintiffs' evidence in order to create a genuine issue of material fact. *See Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 688 (1946); *see also Wood v. Safeway, Inc.*, 121 P.3d 1026, 1031 (Nev. 2005). However, the defendants have failed to do so. Thus, to ensure a both equitable and just determination of the calculation of damages, the Court appointed a Special Master to review the tripsheets in order to determine the precise amount of damages. However, the defendants failed to comply with the Court's orders and failed to pay for the special master. Therefore, the Court finds that summary judgment is appropriate as "it would be a perversion of fundamental principles of justice to deny all relief to the injured person[s], and thereby relieve the wrongdoer from making any amend for his acts." *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 688 (1946) quoting *Story Parchment Co. v. Paterson Parchment Co.*, 282 U.S. 555, 563, 51 S.Ct. 248, 250, 75 L.Ed. 544. Plaintiffs have put forth enough evidence to prove that the class members have performed work and have not been paid in accordance with the MWA; the uncertainty lies only in the amount of damages arising from the Defendants' violations. *See Id.* It is enough for this Court to follow *Mt. Clemens* in that it is enough under these circumstances for this Court to find a reasonable inference as to the extent of the damages and grants summary judgment accordingly as set forth in this order. *See Id.*

The Court made effort to provide fair, equitable, and precise justice to the

24.

drivers and to the defendant business. However, it was the Defendants, through a claimed but unproven inability to pay for the special master, whom continued to frustrate the Court's intent to provide precise justice, thereby requiring the Court to deviate from an exact calculation and instead rely upon an approximation as set forth by *Mt. Clemens*.

No disputed triable issues of material fact are presented by A Cab warranting a denial of the plaintiffs' Motion for Summary Judgment.   The motions involve a review of every pay period, 14,200 in total, contained in A Cab's Quickbooks records for the time period from January 1, 2013 through December 31, 2015.   The question presented by the motions,  is whether A Cab during those 14,200 pay periods complied with the MWA during the period in question. The Court is satisfied that information, furnished by A Cab, was accurately placed in the "ACAB ALL" Excel file upon which plaintiffs' rely.   The Court is also satisfied that the "ACAB ALL" Excel file performs the correct arithmetical calculation to determine the underpaid minimum wage amount, if any, at $7.25 an hour, for each of the 14,200 pay periods. The Court is also satisfied it provides an accurate resulting statement of the total amount, if any, owed for that reason to each class member.

A Cab's assertions that the amounts calculated and presented by plaintiffs'  are unreliable is speculative.   A Cab does not set forth even a single instance where the calculations presented in those Exhibits is performed upon information that is not set forth in A Cab's Quickbooks records or that involves erroneous arithmetic.  Its opposition to the plaintiffs' MPSJ is based upon pure speculation (or an assertion it should be relieved of its admissions that the Quickbooks records contained accurate information) and the MPSJ is granted.

The primary principle upon which the Court relies in entering the judgment specified, *infra*, is derived from *Mt. Clemons*.   A Cab cannot successfully oppose the entry of such a judgment in the summary judgment context under the principles set

25.

0099

forth in Mt. Clemons. There is no other practical means by which the Court can resolve the MWA claims in this case, except by applying a reasonable approximation of hours worked to render substantial, though inexact, justice as in *Mt. Clemons*. As discussed in ¶ 24, the Court's application of an average shift length of 9.21 hours to fashion a judgment for the class members under the MWA for the time period prior to January 1, 2013 is a proper, albeit perhaps too favorable to A Cab, application of the *Mt. Clemons* principles. That 9.21 hours long average shift length is taken from the very records (the 2013-2015 Quickbooks records) that defendant Nady swore under oath were *more* accurate than the trip sheets. The class members assert their hours of work per shift were, on average, considerably longer. Defendants' own expert came up with *longer* average shift lengths (9.5 and 9.8 hours) based upon his review of 56 and 38 trips sheets for two periods and a 9.7 hours long average shift length for 123 pay periods that he studied. A Cab is bound by its NRCP Rule 30(b)(6) testimony that it can only "guess" at the proper average shift length of the class members. Accordingly, it has no competent evidence it can present as to the proper average shift length prior to January 1, 2013 that should be adopted by the Court and applied under *Mt. Clemons*. As a result, plaintiffs' request that the Court, as discussed at the June 5, 2018 hearing, enter a final judgment in this matter applying the *Mt. Clemons* principals, and using an average shift length of 9.21 hours for the class members' claims accruing prior to January 1, 2013, is properly adopted by the Court and it is granting a judgment accordingly. Such judgment shall also include interest on each amount as calculated from January 1, 2016 given the difficulty of applying NRS 17.130 to all of the class members' MWA claims, some of which did not arise until after the service of the summons and complaint.[14] there is no material issue of fact

---

[14] The judgment amounts, with interest, so calculated for each class member are at Column "G" of Ex. "5" to Ex. "C" of class counsel's declaration of June 20, 2018, that chart being annexed hereto as Ex. "A." 26.

that A Cab can dispute in respect to the Court's entry of judgment using the *Mt. Clemons* principles given A Cab's inability to proffer any competent evidence on the class members' average shift length prior to January 1, 2013.

A Cab's assertion, made in its affirmative defense and interrogatory response, that it is entitled to some measure of satisfaction of the class members' MWA claims based upon the payments it made under the U.S. Department of Labor's consent judgment (¶ 27) would be properly ignored as a sanction. Such action by the Court would be justified and appropriate in light of A Cab's documented litigation abuses in this case and its failure to properly respond to plaintiffs' interrogatory seeking such information. Such action by the Court would also be justified in light of its need to enter a judgment under the *Mt. Clemons* principles in response to A Cab's conduct, a judgment that does not afford the class members the full, and precise, measure of justice they would be entitled to, and receive, if A Cab had complied with NRS 608.115(1)(d). In the exercise of discretion, the Court will, nonetheless, afford A Cab an opportunity to proffer proof of such payments post judgment and receive appropriate satisfactions of the judgment amounts entered by this Order for the involved class members. The Court will not delay entry of final judgment over this issue, involving a potential offset to A Cab of less than 20% of the amount it is awarding to the class, and only involving claims accruing to certain identified class members during the period October 1, 2010 to October 1, 2012. But it has fashioned, *infra*, provisions that afford A Cab a very fair opportunity to receive the offset it claims from the consent judgment.

In connection with the MPSJ the plaintiffs have asked that the Court forego entering judgment in favor of any class member when the amount so indicated by Ex. "E" to the MPSJ is less than $10.00, on the basis that amounts of under $10.00 are *de minimis*. Accordingly, the final judgment to be entered in this case for the amount of unpaid minimum wages owed to the class members for the period January 1, 2013

27.

through December 31, 2015 shall be the amounts calculated to be owed to every class member in Column "D" of Ex. "E" of the MPSJ if such amount is at least $10.00. As discussed at ¶ 25 and ¶ 26 plaintiffs have introduced into the record calculations showing the total amount (if any) owed to each A Cab taxi driver in unpaid minimum wages for the January 1, 2013 through December 31, 2015 time period, based upon the Quickbooks time worked records as sought in the MPSJ, and for the period of time from July 1, 2007 through January 1, 2013 based upon the application of *Mt. Clemons* principles as discussed further *infra*.   The Court has found those calculations to be accurate as discussed at ¶¶ 19-24.  Accordingly, attached to this Order as Ex. "A," as discussed further, *infra*, are the total amounts the Clerk of the Court shall enter as Judgment amounts for each class member.[15]   Those total owed amounts are based upon the reasoning of the MPSJ which is adopted by the Court to grant judgment to the class members for the period January 1, 2013 through December 31, 2015 and the application of the *Mt. Clemons* principles for the time period prior to January 1, 2013.

**Plaintiffs' Motion to Hold Defendants in Contempt for Their Violation of the Court's Prior Orders Appointing a Special Master and Striking Defendants' Answer and Directing a Prove Up Hearing.**

Alternatively, given the deference this Court must give in enforcing the Constitution of the State of Nevada, the Court finds that Defendants' persistent failure to comply with Court orders, and for reasons stated herein, warrants holding defendants in contempt and striking their answer. Plaintiffs have argued strenuously for the Court to strike Defendants' answer and award judgment accordingly. While this Court has been at pains to resolve important issues without resort to sanctions, the Court cannot avoid the conclusion that if other, less drastic bases were not available, it

---

[15] These amounts are the same amounts as Ex. "5" to Ex. "C" of the declaration of class counsel filed on June 20, 2018                28.

would proceed by way of sanction, strike the answer, and award judgment to Plaintiffs.[16]

Accordingly, the following alternative basis is offered.

While Plaintiffs' Motion uses the term contempt it does not seek an arrest for civil contempt but an appropriate remedy, sanction, against A Cab for its failure to comply with the Court's Orders appointing a Special Master. If those Orders had been complied with, the Special Master's work would now be complete. The Court would be proceeding to fashion an appropriate final judgment for the class members based upon that report and the precise findings, in respect to the hours of work, wages paid, and minimum wage amounts owed to the class members, it would have contained. A Cab's failure to comply with those Orders has prevented that result. Plaintiffs do not propose an order of civil contempt and imprisonment against defendant Nady, A Cab's principal, as a remedy for that failure. Nor does the Court believe such an Order, while within the Court's power, is sensible or will serve the interests of justice. As the Plaintiffs' Motion requests, the Court should fashion some sort of alternative relief, and judgment, that will resolve this litigation and render substantial justice, albeit not in the precise form that would have been arrived at if A Cab had complied with the Court's Orders appointing the Special Master.

The Court has inherent power to appropriately sanction, and tailor remedies for,

_____

[16] The Court finds no prove up hearing is necessary under NRCP Rule 55(b)(2) as A Cab admits it has no evidence to present on the proper average shift length to be used by the Court in fashioning a judgment. The Court also finds A Cab is properly prohibited from presenting further evidence on the proper amount of a default judgment even if it possessed any germane evidence on that issue as a sanction under *Young* for the reasons already stated. *See, Blanco v. Blanco,* 311 P.3d 1170, 1176 (Nev. Sup. Ct. 2013) *citing Foster v. Dingwall,* 227 P.3d 1042, 1050 (Nev. Sup. Ct. 2010) (Recognizing such a sanction is proper under *Young*).

0103

violations of its Orders and in response to a party's improper conduct. *See, Young v. Johnny Ribeiro* 787 P.2d 777, 779 (Nev. Sup. Ct. 1990) ("Litigants and attorneys alike should be aware that these [inherent] powers may permit sanctions for discovery and other litigation abuses not specifically proscribed by statute.")   As discussed in *Young* and the subsequent cases from the Nevada Supreme Court that follow *Young*, this Court should make appropriately detailed and thoughtful written findings when imposing such sanctions, which can include the striking of an answer and the granting of a default judgment.   Some of the factors the Supreme Court has said may be considered in determining whether to impose such sanctions are the degree of willfulness of the offending party, the feasibility and fairness of lesser sanctions, and the prejudice sustained by the non-offending party. *Id.*, 787 P.2d at 780.  It is also apparent from *Bahena v. Goodyear Tire & Rubber Co.*, 235 P.3d 592, 599 (Nev. Sup. Ct. 2010) citing and quoting *Foster v. Dingwall*, 227 P.3d 1042, 1047, 1048 (Nev. Sup. Ct. 2010) that a demonstrated course of "repetitive, abusive and recalcitrant" conduct by a party can justify the imposition of such sanctions. *Bahena*, further discussing *Foster* and approving of its holding, also stated: "[w]e further concluded [in *Forster*] that entries of complete default are proper where "litigants are unresponsive and engaged in abusive litigation practices that cause interminable delays." *Id.*

The Court concludes that the record in this case is sufficient under *Young* and the other controlling precedents to warrant an award of relief in the form requested by plaintiffs, a striking of defendant A Cab's answer and the entry of a default judgment. A Cab's improper conduct in violating the Court's Orders appointing a Special Master is not an isolated incident but "repetitive."   Its prior history of improper conduct is discussed in ¶ 15.  That improper conduct has also caused "interminable delays" in the production of A Cab's critically important Cab Manager and Quickbooks records, delays A Cab may well have intended to foster in pursuit of an NRCP Rule 41(e)

30.

0104

dismissal. The willfulness of A Cab in disregarding the Court's Orders appointing a Special Master is apparent and A Cab's assertion its failure to comply with those Orders is a result of a financial inability to pay the Special Master cannot be properly considered and its evidence to establish same is deficient. If A Cab truly lacks the financial resources to comply with those Orders it has a remedy under the United States Bankruptcy Code to seek the protection of the Bankruptcy Court which is empowered to relieve it from those Orders and oversee the proper disposition of whatever financial resources it does possess. It has declined to do so and continues to do business and defend this case in this Court. Having elected to do so, it must comply with this Court's Orders or face the consequences of its failure to do so.

If the Court did not grant summary judgment pursuant to the burden shifting under Mt. Clemens, the Court would find there are no feasible or fair lesser sanctions that it can properly impose in lieu of the judgment it is granting *infra*, and the prejudice sustained by the non-offending party in this case, the class members, would be too great if it failed to grant that judgment. A Cab has violated its obligations under NRS 608.115(1)(d), obligations which, if met, would allow the Court to render full, complete, and precise justice in this matter on the class members' MWA claims. In response to that violation, the Court directed A Cab to pay a Special Master to correct such deficiencies in its NRS 608.115(1)(d) compliance. It has failed to do so and proposed no alternative approach to bring this case to a proper conclusion. The Court cannot envision any sanction or any other feasible means to justly and properly redress constitutional grievances, and resolve this case under the circumstances presented, except through directing entry of the judgment specified, *infra*.

The prejudice that would inure to the class members if the Court failed to enter the judgment specified, *infra*, is manifest and extreme. A Cab's proposal that the Court await the outcome of other proceedings that may or may not impact some amount of the class members' claims seeks to have the Court abdicate its

31.

0105

responsibility to hear and resolve the claims before it, something it cannot do. Alternatively, A Cab postures it is entitled to rely on its failure to create the records required by NRS 608.115(1)(d) and place upon the plaintiffs the burden, which they should not have to meet and clearly cannot meet, to specify from their trip sheets their precise hours of work for each pay period. Indeed, A Cab paid its expert in excess of $47,000 to produce a report asserting that position in its defense.

Despite plaintiffs' warranted request to hold defendants in contempt and strike their answer, the Court has not viewed this as warranted to remedy this point, and therefore has declined to do so. As an alternative ruling, the Court is prepared to do so now.

## THE COURT'S JUDGMENT AND THE RELIEF ORDERED

For the foregoing reasons, the Court hereby Orders the following relief and enters a Final Judgment in this case in the following form:

A.     The Court, pursuant to NRCP Rule 23(c)(1) amends the class claims certified for disposition pursuant to NRCP Rule 23(b)(3). Those claims, in respect to defendant A Cab, are now limited to the claims of the previously identified class members arising under the MWA against A Cab prior to January 1, 2016 but only to the extent A Cab failed to pay such class members the "lower tier" (health benefits provided) minimum wage required by the MWA; only in the amounts specified and arrived at in this Order based upon the hours of work used by the Court to determine such amounts; and only for interest owed on those claims on and after January 1, 2016. Individual class members who seek to collect "higher tier" minimum wage payments under the MWA; or amounts

32.

owed under the MWA based upon them having actually worked more hours in a pay period than the Court used in making the award to them in this Order; or to collect the penalties proscribed by NRS 608.040; or for additional amounts in interest that may be owed to them on their MWA claims from A Cab may pursue those claims individually. Such claims are dismissed from this case for all class members without prejudice;

B.      All claims made against the defendant Nady are severed from the claims against A Cab pursuant to NRCP Rule 21;

C.      The Clerk of the Court shall enter judgment for each individual class member in the amount specified in Column "F" in Ex. "A" as annexed hereto against defendants A CAB TAXI SERVICE LLC and A CAB, LLC. Such judgment shall conclude the class claims for damages certified for disposition pursuant to NRCP Rule 23(b)(3) and constitute a final judgment on such claims;

D.      The Court retains continuing jurisdiction over the class claims it has certified for disposition pursuant to NRCP Rule 23(b)(2), and for enforcement of the monetary judgments it has rendered in favor of the class members, and appoints class counsel, Leon Greenberg, Dana Sniegocki, Christian Gabroy and Kaine Messer, as counsel for the class member judgment creditors listed on Exhibit "A" and for whom the Court is directing entry of judgment. Defendants, their agents, and their attorneys, are prohibited from communicating with the class member judgment creditors about their judgments granted by this Order or securing any release or satisfaction of those judgments without first

33.

0107

securing a further Order of this Court in this case. Class counsel is authorized to proceed with whatever remedies it deems advisable to enforce the money judgments rendered for the class members but shall hold in their IOLTA account any amounts collected on such judgments and only release such monies as specified by a further Order of this Court in this case. Class counsel is also authorized to use all of the judgment enforcement remedies provided for by NRS Chapter 21 in the name of "Michael Murray as Judgment Creditor" for the total amount of the unsatisfied judgments rendered in favor of all class members, they need not seek or issue writs of judgment execution or levy individually for each judgment creditor class member. Class counsel is also prohibited, in light of the potential for A Cab to receive satisfaction of certain judgment amounts as provided for under G, *infra*, until further Order is issued by the Court, from taking action to collect more than $960,000 of the combined judgment value of $1,033,027.81 that is entered under this Order;

E.    The time for class counsel to apply for an award of fees and costs pursuant to NRCP Rule 54 is extended to 60 days after the service of this Order with Notice of Entry;

F.    The court stays the severed case against defendant Nady for 60 days from the date of entry of this Order. That case shall remain stayed after that date until the Court issues an Order lifting such stay, the Court not anticipating doing so, or receiving any request from the parties to do so, until expiration of that 60 day period.

34.

G.    A Cab may present to the Court, at anytime after entry of this Order, a motion to have the Court enter satisfactions towards each class member judgment creditor's judgment amount for the amounts A Cab paid them under the consent judgment that are a portion of the $58,136.61 paid under the consent judgment but not previously accounted for (¶ 29). . It shall also have the right, within 60 days from the date of service of this Judgment and Order with Notice of Entry, to present to class counsel evidence of how the $58,136.61 paid under the consent judgment but not previously accounted for (¶ 29) should be set off against each class member judgment creditor.  Class counsel shall be obligated to advise A Cab within 30 days thereafter if it agrees that A Cab it is entitled to a judgment satisfaction based upon such evidence. If it so agrees, class counsel must submit a motion to the Court within 10 days thereafter seeking an Order entering such agreed upon satisfactions.  If after that date A Cab, after completing that process of conferral with class counsel, must still file a motion with the Court to secure any such judgment satisfactions, the Court will, if it grants that motion and also finds class counsel did not act reasonably in cooperating with A Cab on determining the amount of the satisfactions, award A Cab attorney's fees in connection with the bringing of such a motion.

**IT IS SO ORDERED.**

Honorable Kenneth Cory
District Court Judge

Date 8-21-18

35.

0109