_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 16, 2023
_____

LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
Attorney for Creditor
Leon Greenberg Professional Corporation
Attorney for *Murray* Case Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

-------------------------------------------------------X   **Case No. BK-22-14361-nmc**

**In re:**

**A CAB, SERIES L.L.C.**
    **fka A CAB, LLC,**

                        **Debtor.**
-------------------------------------------------------X

**Chapter 11**

Hearing Date: February 14, 2023
Hearing Time: 9:30 am

### ORDER DENYING MOTION TO
### FILE A SINGLE ITEMIZED PROOF OF CLAIM FOR
### 661 CREDITORS AND EXTENDING THE PROOF OF CLAIM DATE

Creditor Michael Murray and 660 additional creditors possessing judgments against the Debtor arising from the case of *Murray v. A Cab Taxi Service LLC,* Nevada Eighth Judicial District Court, A-12-669926-C,  (the "*Murray* Creditors") having filed

an Application in their *MOTION FOR AN ORDER GRANTING LEON GREENBERG, ESQ PERMISSION TO FILE A SINGLE ITEMIZED PROOF OF CLAIM FOR 661 CREDITORS*, ECF No. 62, for an Order directing the Clerk of the Court to accept the filing of a proof of claim for each of those 661 *Murray* Creditors, in different individual amounts, through the filing of a single document with the Clerk containing an itemized list as to the name and the claimed amount of each of those  661 *Murray* Creditor's claim, in the form annexed as Exhibit "A" to that motion, and in a single electronic transaction; the Court having reviewed the Application and materials submitted therewith, the notice of the Application having been proper; the Court having held a hearing on the matter and considered the support presented for the Application and the opposition thereto and the arguments of counsel; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Application to allow Leon Greenberg, Esq., to file a single proof of claim document, in the form attached as Ex. "A" to the motion ECF 62 in a single electronic transaction with the Clerk of the Court, to effectuate the filing of a proof of claim for each of the 661 *Murray* Creditors in the amounts and subject to the conditions set forth in that proposed single proof of claim document, in lieu of requiring the filing of such proofs of claim through 661

separate documents and electronic transactions with the Clerk of the Court is DENIED.

2. The Court, for the reasons recited in the record, good cause being shown pursuant to Fed. R. Bankr. P. § 3003(c)(3),  GRANTS an extension of time to March 16, 2023 for the filing of proofs of claim for the 661 *Murray* Case Creditors, only, pursuant to Fed. R. Bankr. P. § 3001.

**IT IS SO ORDERED.**

Respectfully submitted by:                    Approved by:


 */s/ Leon Greenberg*                             */s/ Matthew C. Zirzow*
Leon Greenberg, Esq.                        Matthew C. Zirzow, Esq.


GABRIEL DEL VIRGINIA, ESQ              MATTHEW C. ZIRZOW, ESQ.
(Pro Hac Vice Admitted)                       Nevada Bar No. 7222
30 Wall Street, 12th Floor                       Larson & Zirzow, LLC
New York, NY 10005                            850 E. Bonneville Ave
Telephone:  (212) 371-5478                  Las Vegas, Nevada 89101
Gabriel.delvirginia@verizon.net              Telephone: (702) 382-1170
and                                                     Attorney for Debtor
LEON GREENBERG, ESQ.
Nevada Bar No. 8094
1811 South Rainbow Blvd., Suite 210
Las Vegas, Nevada 89146
Telephone: (702) 383-6085
leongreenberg@overtimelaw.com

*Counsel for Murray Case Creditors*


Approved by:

SUBCHAPTER V TRUSTEE
*/s/ Nathan F. Smith*
Nathan F. Smith
949-252-9400
nathan@mclaw.org

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

The court waived the requirement of approval under LR 9021(b)(1).

No party appeared at the hearing or filed an objection to the motion.

**X**  A copy of the order was delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond. as indicated above.

I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###