_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 31, 2023

LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

Attorney for Creditor
Leon Greenberg Professional Corporation
Attorney for *Murray* Case Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

-----------------------------------------------------------X

**In re:**

                               **Case No. BK-22-14361-nmc**

**A CAB, SERIES L.L.C.**
    **fka A CAB, LLC,**                  **Chapter 11**

              **Debtor.**

-----------------------------------------------------------X

**ORDER EXPANDING THE POWERS**
**OF THE SUBCHAPTER V TRUSTEE NATHAN F. SMITH**

Creditor Michael Murray and 660 additional creditors possessing judgments against the Debtor arising from the case of *Murray v. A Cab Taxi Service LLC,* Nevada Eighth Judicial District Court, A-12-669926-C, and creditor Leon Greenberg Professional Corporation, (the "*Murray* Creditors") having filed an Application, as so limited by their counsel at the hearing of March 30, 2023, in their *MOTION FOR ORDER EXPANDING THE POWERS OF THE SUBCHAPTER V TRUSTEE NATHAN F. SMITH*, ECF No. 94, for an Order authorizing the Chapter V case trustee, Nathan F. Smith, pursuant to 11 U.S.C. 1106(a)(3) and 11 U.S.C. 1106(a)(4) to investigate a fraudulent conveyance claim that they assert is a valuable asset of the Debtor's bankruptcy estate, and to file a statement with the Court as to the results of that investigation; the Court having reviewed the Application and materials submitted therewith, the notice of the Application having been proper; the Court having held hearings on the matter and considered the support presented for the Application and the opposition thereto and the arguments of counsel; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;

**IT IS HEREBY ORDERED:**

1. Good cause being shown, as required by 11 U.S.C. 1183(b)(2), to grant the application to allow the Subchapter V Case Trustee Nathan F. Smith, pursuant to 11 U.S.C. 1106(a)(3) and 11 U.S.C. 1106(a)(4) to investigate a fraudulent conveyance claim that is property of the Debtor's bankruptcy estate, and currently pending in the Eighth Judicial District Court of the State of Nevada,

*Michael Murray v. Creighton J. Nady,* A-19-790884-C (the "Fraudulent Conveyance Action") and to file a statement with this Court as to the results of his investigation, the application is hereby GRANTED;

**IT IS SO ORDERED.**

Respectfully submitted by:                              Approved by:

*/s/ Leon Greenberg*                                      */s/ Matthew C. Zirzow*
Leon Greenberg, Esq.                              Matthew C. Zirzow, Esq.

GABRIEL DEL VIRGINIA, ESQ                MATTHEW C. ZIRZOW, ESQ.
(Pro Hac Vice Admitted)                              Nevada Bar No. 7222
30 Wall Street, 12th Floor                          Larson & Zirzow, LLC
New York, NY 10005                              850 E. Bonneville Ave
Telephone:  (212) 371-5478                    Las Vegas, Nevada 89101
Gabriel.delvirginia@verizon.net              Telephone: (702) 382-1170
and                                                              Attorney for Debtor
LEON GREENBERG, ESQ.
Nevada Bar No. 8094
1811 South Rainbow Blvd., Suite 210
Las Vegas, Nevada 89146
Telephone: (702) 383-6085
leongreenberg@overtimelaw.com

*Counsel for Murray Case Creditors*


Approved by:                                                Approved by:

SUBCHAPTER V TRUSTEE                    UNITED STATES TRUSTEE
*/s/ Nathan F. Smith*                                  */s/ Edward M. McDonald Jr.*
Nathan F. Smith                                          Edward M. McDonald
949-252-9400                                              Office of the United States Trustee
nathan@mclaw.org                                      300 Las Vegas Blvd. South, Suite 4300
                                                                    Las Vegas, Nevada 89101
                                                                    Cell: (202) 603-5222
                                                                    Telephone No: (702) 388-6602
                                                                    Facsimile No: (702) 388-6658
                                                                    Email:      edward.m.mcdonald@usdoj.gov

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that the court has waived the requirement of approval under LR 9021(b)(1)

###