_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 10, 2023
_____

LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
Attorney for Creditor
Leon Greenberg Professional Corporation
Attorney for *Murray* Case Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

-----------------------------------------------------------X

**In re:**

**A CAB, SERIES L.L.C.**
    **fka A CAB, LLC,**

          **Debtor.**

**Case No. BK-22-14361-nmc**

**Chapter 11**

Hearing Date: March 21, 2023
Hearing Time: 11:00 am

-----------------------------------------------------------X

**ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S MOTION TO QUASH OR MODIFY SUBPOENA, AND FOR PROTECTIVE ORDER RE: SUBPOENA FOR RULE 2004 EXAMINATION OF "DEBTOR A CAB SERIES LLC BY IT MANAGER/RESPONSIBLE PERSON CREIGHTON J. NADY"**

The debtor A Cab, Series L.L.C. having filed their MOTION TO QUASH OR MODIFY

SUBPOENA, AND FOR PROTECTIVE ORDER RE: SUBPOENA FOR RULE 2004

EXAMINATION OF "DEBTOR A CAB SERIES LLC BY ITS MANAGER/RESPONSIBLE PERSON CREIGHTON J. NADY"; the Court having reviewed the Application and materials submitted therewith, the notice of the Application having been proper; the Court having held a hearing on the matter and considered the support presented for the Application and the opposition thereto and the arguments of counsel; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;

**IT IS HEREBY ORDERED:**

Debtor's request to convert the Murray Case Creditors subpoena issued pursuant to Rule 2004 into a document request pursuant to Bankruptcy Rule 7030 is **GRANTED**;

It is further Ordered that Debtor's request to quash the Murray Case Creditors' subpoena is **DENIED** without prejudice.

And it is further Ordered that Debtor's request for a protective order limiting the documents requested, as well as the Murray Case Creditors' inquiries in any testimonial examination or deposition of the Debtor or the Debtor's representative is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Respectfully submitted by:                    NOT APPROVED

Leon Greenberg Professional Corporation      MATTHEW C. ZIRZOW, ESQ.
/s/ *Leon Greenberg*                          Nevada Bar No. 7222
Leon Greenberg (NSB 8094)                     Larson & Zirzow, LLC
1811 South Rainbow Boulevard, Suite 210       850 E. Bonneville Ave
Las Vegas, Nevada 89146                       Las Vegas, Nevada 89101
Telephone: 702-383-6085                       Telephone: (702) 382-1170
Facsimile: 702-385-1827                       Attorney for Debtor
Email: leongreenberg@overtimelaw.com

Attorney for Creditor
Leon Greenberg Professional Corporation
Attorney for *Murray* Case Creditors

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling. Counsel for the *Murray* Case Creditors sent this Order via email to Counsel for Debtor on March 26, 2023. Having received no response from such counsel and no objections having been brought before the Court pursuant to LR 9021(b)(2)(a), Counsel for the *Murray* Case Creditors now submit this order.

###