Leon Greenberg (NSB 8094)
Ruthann Devereaux-Gonzalez (NSB 15904)
Leon Greenberg Professional Corporation
1811 South Rainbow Boulevard, Suite 210
Las Vegas, Nevada 89146
Telephone: 702-383-6085
Facsimile: 702-385-1827
Email: leongreenberg@overtimelaw.com

Counsel for Creditors *Murray* et. al and
Leon Greenberg Professional Corporation

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

-----------------------------------------------------------X

In re:

A CAB, SERIES L.L.C.

Case No. 22-14361-nmc
Chapter 11

**STIPULATION TO EXTEND
BRIEFING DEADLINES**

Hearing Date: October 3, 2023
Time: 9:30 am

                    Debtor.

-----------------------------------------------------------X

Debtor, A Cab Series L.L.C., ("Debtor") and the *Murray* case judgment creditors (the "*Murray* Creditors)" by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 31, 2023, Debtor filed its Objection to Proof of Claim of Leon Greenberg, P.C. Claim No. 16 (ECF 338), which noticed the hearing for the Motion for October 3, 2023.

WHEREAS, pursuant to Local Rule 9014(d), the *Murray* Creditors response to the Objection is presently due on September 19, 2023;

WHEREAS, the *Murray* Creditors have requested, and the Debtor has agreed to extend the briefing deadlines thereby extending the Murray Creditors response due date to September 25, 2023, and the Debtor's reply due date to September 29, 2023;

Page 1 of 2

WHEREAS, this stipulation is not requested for any improper purpose or delay, but rather to allow adequate time to properly respond to the Objection;

THEREFORE, the Parties respectfully request that the Court enter the proposed Order attached as exhibit A, approving this stipulation.

**IT IS SO STIPULATED**

Dated this 18th day of September, 2023

**LARSON AND ZIRZOW, LLC.**


/s/ Matthew Zirzow
MATTHEW ZIRZOW, ESQ.
Nevada Bar 7787
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
*Counsel for the Debtor*

Dated this 18th day of September, 2023.

**LEON GREENBERG PROF. CORP.**


/s/ Leon Greenberg
LEON GREENBERG, ESQ.
Nevada Bar No. 8094
1811 South Rainbow Boulevard, Suite 210
Las Vegas, Nevada 89146
*Counsel for Murray Creditors*

# EXHIBIT "A"

Leon Greenberg (NSB 8094)
Ruthann Devereaux-Gonzalez (NSB 15904)
Leon Greenberg Professional Corporation
1811 South Rainbow Boulevard, Suite 210
Las Vegas, Nevada 89146
Telephone: 702-383-6085
Facsimile: 702-385-1827
Email: leongreenberg@overtimelaw.com

Counsel for Creditors *Murray* et. al and
Leon Greenberg Professional Corporation

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

-----------------------------------------------------------X

In re:

A CAB, SERIES L.L.C.

                                        Debtor.

-----------------------------------------------------------X

Case No. 22-14361-nmc
Chapter 11

Hearing Date: October 3, 2023
Time: 9:30 am

## ORDER GRANTING STIPULATION CONTINUING BRIEFING DEADLINES

Debtor, A Cab Series L.L.C., ("Debtor") and the *Murray* case judgment creditors (the "*Murray* Creditors)" having filed their Stipulation to Extend Briefing Deadlines; the Court having reviewed and considered the Stipulation, and good cause appearing;

Page 1 of 2

IT IS HEREBY ORDERED:

1.  The Stipulation is APPROVED.

2.  The deadlines for briefing related to Debtor's Objection to Proof of Claim of Leon Greenberg, P.C. Claim No. 16 (ECF 338) are extended with the Murray Creditors response due date September 25, 2023, and the Debtor's reply due date September 29, 2023.

**IT IS SO ORDERED**.

Dated this 18th day of September, 2023.

PREPARED AND SUBMITTED:

**LEON GREENBERG PROF. CORP.**

_/s/ Leon Greenberg_
LEON GREENBERG, ESQ.
Nevada Bar No. 8094
1811 South Rainbow Boulevard, Suite 210
Las Vegas, Nevada 89146
*Counsel for Murray Creditors*

APPROVED:

Dated this 18th day of September, 2023.

**LARSON AND ZIRZOW, LLC.**

/s/ *Matthew Zirzow*
MATTHEW ZIRZOW, ESQ.
Nevada Bar 7787
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
*Counsel for the Debtor*