

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 23, 2024

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 22-14361-nmc |
| | Chapter 11 |
| A CAB, SERIES L.L.C., | |
| Debtor. | Date:  August 20, 2024 |
| | Time: 9:30 a.m. |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF**
**RODRIGUEZ LAW OFFICES, P.C. AS SPECIAL COUNSEL TO THE**
**DEBTOR FOR THE ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**

A Cab, Series L.L.C., a Nevada series limited liability company, as debtor and debtor in possession (the "Debtor"), having filed its *First Interim Fee Application of Rodriguez Law Offices, P.C. as Special Counsel to the Debtor for the Allowance of Compensation for Services Rendered and Request for Reimbursement of Expenses Incurred* (the "Application") [ECF No.

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel:  (702) 382-1170  Fax:  (702) 382-1169

527], thereby seeking the interim allowance of compensation for services rendered and reimbursement of expense incurred on behalf of its special counsel, the Rodriguez Law Offices, P.C., for the period from the commencement of the bankruptcy case through December 31, 2023 (the "Compensation Period"); the Court having reviewed and considered the Application, and any papers or evidence filed in support or in opposition; the Court having held a hearing on the Application, and all appearances having been noted on the record; the Court having made its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;[1]

**IT IS HEREBY ORDERED**:

1.      The Application is GRANTED.

2.      For the Compensation Period, Rodriguez Law Offices, P.C. is allowed total professional compensation for services rendered of $53,384.30, and total reimbursement of expenses incurred of $1,930.82, for a total allowed amount of $55,315.12, and all on an interim basis pursuant to 11 U.S.C. § 331.

3.      Rodriguez Law Offices, P.C. is authorized to be paid the fees and costs allowed herein.

**IT IS SO ORDERED.**

. . .

. . .

. . .

---

[1] Unless otherwise indicated, all capitalized terms shall have the same meaning as set forth in the Application.

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

PREPARED AND SUBMITTED BY:

By:    /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐    The court has waived the requirement of approval under LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Leon Greenberg, P.C. (Counsel to the Murray Claimants):        APPROVED

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3