

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 23, 2024

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 22-14361-nmc |
| | Chapter 11 |
| A CAB, SERIES L.L.C, | |
| Debtor. | Date:  August 20, 2024 |
| | Time: 9:30 a.m. |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF LEWIS ROCA**
**ROTHGERBER CHRISTIE LLP AS SPECIAL COUNSEL TO THE DEBTOR**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**

A Cab, Series L.L.C., a Nevada series limited liability company, as debtor and debtor in possession (the "Debtor"), having filed its *First Interim Fee Application of Lewis Roca Rothgerber Christie LLP as Special Counsel to the Debtor for Allowance of Compensation for Services Rendered* (the "Application") [ECF No. 532], thereby seeking the interim allowance of compensation for services rendered on behalf of its special litigation counsel, Lewis Rothgerber

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Christie LLP ("Lewis Roca") for the period from commencement through March 31, 2024 (the "Compensation Period"); the Court having reviewed and considered the Application, and any papers or evidence filed in support or in opposition; the Court having held a hearing on the Application, and all appearances having been noted on the record; the Court having made its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;[1]

**IT IS HEREBY ORDERED**:

1.  The Application is GRANTED.

2.  For the Compensation Period, Lewis Roca is allowed total professional compensation for services rendered in the amount of $111,962.31 in fees for services rendered and on an interim basis pursuant to 11 U.S.C. § 331.

3.  Lewis Roca is authorized to be paid the full amount of fees allowed herein.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

By:    /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

. . .

. . .

---

[1] Unless otherwise indicated, all capitalized terms shall have the same meaning as set forth in the Application.

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

## **LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court has waived the requirement of approval under LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Leon Greenberg, P.C. (Counsel for Murray Claimants):      APPROVED

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

3