

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 23, 2024

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

A CAB, SERIES L.L.C,

              Debtor.

Case No. 22-14361-nmc
Chapter 11

Date:  August 20, 2024
Time: 9:30 a.m.

**ORDER GRANTING THIRD INTERIM APPLICATION OF**
**LARSON & ZIRZOW, LLC AS BANKRUPTCY COUNSEL TO THE**
**DEBTOR FOR THE ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**

A Cab, Series L.L.C., f/k/a A Cab, LLC, a Nevada series limited liability company, as debtor and debtor in possession (the "Debtor"), having filed its *Third Interim Application of Larson & Zirzow, LLC as Bankruptcy Counsel to the Debtor for the Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application") [ECF No.

524], which seeks the interim allowance of compensation for services rendered and expenses incurred from September 2, 2023 through June 30, 2024 (the "Compensation Period") for its bankruptcy counsel, Larson & Zirzow, LLC; the Court having reviewed and considered the Application, and any papers or evidence filed in support or in opposition; the Court having held a hearing on the Application, with all appearances having been noted on the record at the hearing; the Court having made its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;

**IT IS HEREBY ORDERED**:

1.      The Application of Larson & Zirzow, LLC is GRANTED.

2.      For the Compensation Period, Larson & Zirzow, LLC is allowed professional compensation of $91,495.00 in fees for services rendered, and reimbursement of $4,125.87 for expenses incurred, for a total allowed amount of $95,620.87, and all on an interim basis pursuant to section 331 of the Bankruptcy Code.

3.      The Debtor is authorized to pay Larson & Zirzow, LLC all fees and costs allowed herein.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

By:    /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

. . .

. . .

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

2

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐    The court has waived the requirement of approval under LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Leon Greenberg (Counsel for Murray Claimants):    APPROVED

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

3